# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARMSTRONG FLOORING, INC., et al.,[1] | ) | Case No 22-10426 |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Flexport International, LLC, Flexport Customs, LLC and Flexport, Inc. (collectively "Flexport") hereby appears in the above-captioned case through their co-counsel, Weir Greenblatt Pierce LLP and Robl Law Group, LLC, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in this case be given and served upon:

| ROBL LAW GROUP, LLC | WEIR GREENBLATT PIERCE LLP |
|---|---|
| Michael D. Robl, Esquire | Jeffrey S. Cianciulli, Esquire |
| 3754 Lavista Road, Suite 250 | 824 Market Street, Suite 800 |
| Tucker, Georgia  30084 | Wilmington, DE  19899 |
| P:  (404) 373-5180 | P: (302) 652-8181 |
| max@roblgroup.com | jcianciulli@wgpllp.com |

PLEASE TAKE FURTHER NOTICE that this request for notice and service includes copies of all papers, including but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in this case

---

[1] The Debtors in these jointly administered Chapter 11 cases, and the last four digits of their respective tax identification numbers, are:  Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

668350_1

or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

PLEASE TAKE FURTHER NOTICE that Flexport intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions defenses, set-offs, or recoupments to which Flexport is or may be entitled under agreements in law or in equity.

Dated: May 10, 2022                              WEIR GREENBLATT PIERCE LLP

By:   /s/ *Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli (#4369)
824 N. Market Street, Suite 800
Wilmington, DE 19801
T: (302) 652-8181
F: (302) 652-8909
jcianciulli@wgpllp.com

And

ROBL LAW GROUP, LLC
Michael D. Robl *(Pro Hac Vice Pending)*
3754 Lavista Road, Suite 350
Tucker, Georgia 30084
P: (404) 373-5180
max@roblgroup.com

*Counsel for Creditors,
Flexport International, LLC
Flexport Customs, LLC and
Flexport, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARMSTRONG FLOORING, INC., et al.,[1] | ) | Case No 22-10426 |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, hereby certify that on May 10, 2022, a true and correct copy the foregoing Notice of Appearance and Request for Service of Papers was served upon all parties registered via the Court's CM/ECF notification system.

By:    /s/ *Jeffrey S. Cianciulli*
        Jeffrey S. Cianciulli

---

[1] The Debtors in these jointly administered Chapter 11 cases, and the last four digits of their respective tax identification numbers, are: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

668350_1