UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered) |
| ARMSTRONG FLOORING, INC.,<br><br>Plaintiff-Appellee,<br><br>-against-<br><br>ARMSTRONG WORLD INDUSTRIES, INC. and AWI LICENSING LLC,<br><br>Defendants-Appellants. | Adv. Proc. No. 22-50394 (MFW)<br><br>Misc. Action No. 22-00307 (UNA)<br><br>Civ. Action No. 22-00969 (UNA)<br><br>Civ. Action No. 22-00970 (UNA) |

**STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, Appellants Armstrong World Industries, Inc. and AWI Licensing LLC, on the one hand, and Appellee Armstrong Flooring, Inc., on the other hand, by and through their respective undersigned counsel, stipulate and agree that the above-captioned appeal is dismissed. Each party to the appeal shall bear its own costs. Any fees due have been paid.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

29594477.1

Dated: July 26, 2022

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **CHIPMAN BROWN CICERO & COLE, LLP** |
| */s/ Robert F. Poppiti, Jr.* <br> Matthew B. Lunn (No. 4119) <br> Robert F. Poppiti, Jr. (No. 5052) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 576-3312 <br> Email: mlunn@ycst.com <br>          rpoppiti@ycst.com | */s/ Robert A. Weber* <br> Robert A. Weber (I.D. No. 4013) <br> Mark L. Desgrosseilliers (I.D. No. 4083) <br> Aidan T. Hamilton (I.D. No. 6729) <br> Hercules Plaza <br> 1313 N. Market Street, Suite 5400 <br> Wilmington, DE 19801 <br> Telephone: (302) 295-0196 <br> Email: weber@chipmanbrown.com <br>          desgross@chipmanbrown.com <br>          hamilton@chipmanbrown.com |
| -and- | -and- |
| **PAUL HASTINGS LLP** <br> Daniel Fliman (admitted *pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 318-6000 <br> Facsimile: (212) 319-4090 <br> Email: danfliman@paulhastings.com | **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** <br> Edward A. Friedman (*pro hac vice*) <br> Robert J. Lack (*pro hac vice*) <br> Jeffrey C. Fourmaux (*pro hac vice*) <br> Bria D. Delaney (*pro hac vice*) <br> 7 Times Square <br> New York, NY 10036-6516 <br> Telephone: (212) 833-1100 <br> Email: efriedman@fklaw.com <br>          rlack@fklaw.com <br>          jfourmaux@fklaw.com <br>          bdelaney@fklaw.com |
| -and- | *Co-Counsel for Appellee Armstrong Flooring, Inc.* |
| Matthew J. Micheli (admitted *pro hac vice*) <br> 71 South Whacker Drive, Suite 4500 <br> Chicago, IL 60606 <br> Telephone: (312) 499-6000 <br> Facsimile: (312) 499-6100 <br> Email: mattmicheli@paulhastings.com | |
| *Co-Counsel for Appellants Armstrong World Industries, Inc. and AWI Licensing LLC* | |

IT IS SO ORDERED this ____ day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

29594477.1