DocuSign Envelope ID: 655F44B0-17AD-4B32-A15B-54912F76C691

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**ARMSTRONG FLOORING, INC.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered)<br>Related Docket No. 252 |

## DECLARATION OF ORDINARY COURSE PROFESSIONAL

I, Chad Stine, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am CEO of Bennett Williams Commercial (the "**Firm**"), which maintains offices at 3528 Concord Road, York, PA 17402.

2. This Declaration is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on June 28, 2022, authorizing the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") to employ and compensate certain professionals in the ordinary course of business during the pendency of their chapter 11 cases (the "**Chapter 11 Cases**").

3. The Debtors have requested that the Firm provide real estate brokerage, including disposition of property, services to the Debtors, and the Firm has agreed to provide such services.

4. The Firm is not a legal services firm.

5. The Firm did not provide services to the Debtors prior to the filing of the Debtors' chapter 11 cases on May 8, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

00030136.2

6. The Firm's current customary rates, subject to change from time to time, are six percent of gross sale price of Debtors' property. In the normal course of its business, the Firm revises its billing rates on [Not Applicable] of each year and requests that, effective [Not Applicable] of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

7. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Debtors or the Chapter 11 Cases, for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, its attorneys, or its accountants that would be adverse to the Debtors or their estates.

8. Neither I nor agent of Bennett Williams Commercial of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to, the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Neither I nor Bennett Williams Commercial of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

10. The Firm did not provide prepetition services to the Debtors and do not owe the Firm any amounts for prepetition services. The Firm does not hold a retainer.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its

employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

12. I declare under penalty of perjury that, to the best of my knowledge and belief after reasonable inquiry, the foregoing is true and correct. Executed on this 20th day of December, 2022.

*DocuSigned by:*

*Chad Stine*

5FB114D47CBA4F3...

Chad Stine, CEO

00030136.2

3