IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARMSTRONG FLOORING, INC., *et al.*, | Case No. 22-10426 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 26, 2023 AT 10:30 A.M. (EASTERN TIME)**

> **PLEASE NOTE THAT THE HEARING WILL BE CONDUCTED ENTIRELY *VIA* ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE NO LATER THAN 4:00 P.M. (*PREVAILING EASTERN TIME*) ON DECEMBER 19, 2022**
>
> ***COURTCALL WILL NOT BE USED TO DIAL IN***
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItd-CupjoiHjOY4YyNpCNNOXerTA3EE7Q

**I.    RESOLVED/ADJOURNED MATTERS**

1. Second Interim Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2022 through October 31, 2022, filed November 29, 2022 [Docket No. 1024].

    Objection Deadline: December 20, 2022 at 4:00 p.m. (Eastern Time).

    Related Pleadings:

    A.    Certification of Counsel Regarding Omnibus Order Awarding Official Committee of Unsecured Creditors' Professionals with Allowance of Compensation for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17605.

        Services Rendered and for Reimbursement of Expenses for Interim Compensation Period August 1, 2022 Through and Including October 31, 2022, filed December 28, 2022 [Docket No. 1061].

    B.    Omnibus Order Awarding Official Committee of Unsecured Creditors' Professionals with Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Interim Compensation Period August 1, 2022 Through and Including October 31, 2022, entered January 3, 2023 [Docket No. 1066].

Objections Received: None.

Status: An order has been signed. No hearing is necessary.

2.    Second Interim Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from August 1, 2022 through October 31, 2022, filed November 29, 2022 [Docket No. 1025].

Objection Deadline: December 20, 2022 at 4:00 p.m. (Eastern Time).

Related Pleadings:

    A.    Certification of Counsel Regarding Omnibus Order Awarding Official Committee of Unsecured Creditors' Professionals with Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Interim Compensation Period August 1, 2022 Through and Including October 31, 2022, filed December 28, 2022 [Docket No. 1061].

    B.    Omnibus Order Awarding Official Committee of Unsecured Creditors' Professionals with Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Interim Compensation Period August 1, 2022 Through and Including October 31, 2022, entered January 3, 2023 [Docket No. 1066].

Objections Received: None.

Status: An order has been signed. No hearing is necessary.

## II.    CONTESTED MATTERS

3.    Debtors' Motion for Entry of An Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof, filed January 3, 2023 [Docket No. 1067].

Objection Deadline: January 17, 2023 at 4:00 p.m. (Eastern Time).

Related Pleadings:

```
```
A.    Notice of Withdrawal, filed January 24, 2023 [Docket No. 1098].

Objections Received:

A.    Mexichem Specialty Resins, Inc.'s Objection to Debtors' Motion for Entry of An Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof, filed January 17, 2023 [Docket No. 1087].

Status:  The Debtors have withdrawn this motion.

### III. STATUS CONFERENCE

Status:  The Debtors will provide an update to the Court regarding the status of the Chapter 11 cases.

Dated:  Wilmington, Delaware
         January 24, 2023

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
Carl T. Tullson (I.D. No. 6704)
Jacqueline M. Dakin (I.D. No. 6650)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-3000
              Joseph.Larkin@skadden.com
              Carl.Tullson@skadden.com
              Jacqueline.Dakin@skadden.com

        - and -

Ron E. Meisler (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone:    (312) 407-0700
              Ron.Meisler@skadden.com
              Jennifer.Madden@skadden.com

        - and -

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Robert A. Weber
Robert A. Weber (I.D. No. 4013)
Mark L. Desgrosseilliers (I.D. No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191

*Co-Counsel to Debtors and Debtors-in-Possession*