# Exhibit A

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Company Name | Gross Amount Demanded | Settlement | Adversary Number | Asserted Defenses/ Settlement Summary |
|---|---|---|---|---|
| Aberdeen Dynamics Supply, Inc. | $ 9,576.22 | $ 4,764.17 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| ADP, Inc. fdba ADP, LLC | $ 9,597.75 | $ 5,000.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Advanced Technology Services Group, LLC | $ 17,325.00 | $ 10,000.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Atlas First Access, LLC | $ 61,784.72 | $ 500.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Cleveland Research Company, LLC | $ 40,000.00 | $ 30,000.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Fluid Dynamics Midwest, Inc. | $ 14,264.10 | $ 12,837.69 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Low & Bonar Inc. | $ 59,450.64 | $ 50,000.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Reliable Packaging Systems, Inc. dba Astro Packaging | $ 21,999.00 | $ 6,784.20 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Steam Logistics, LLC | $144,063.66 | Reduction of allowed administrative claim by $25,000.00. | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| TBL Services, Inc.; and Radiant Logistics, Inc. dba Distribution By Air | $ 44,444.60 | $ 1,500.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Viking Automatic Sprinkler Company dba VFP Fire Systems | $ 32,391.50 | $ 11,631.00 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Yeager Supply, Inc. | $ 7,734.27 | $ 2,751.30 | N/A | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |