# Exhibit A

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Company Name | Gross Amount Demanded | Settlement | Adversary Number | Asserted Defenses/ Settlement Summary |
|---|---|---|---|---|
| Bridge Crane Specialists, LLC dba Bridge Crane Specialists Ltd. | $ 24,182.50 | $ 17,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| C. B. Manufacturing and Sales Company, Inc. | $ 7,773.87 | $ 2,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Corbett Industries, Inc. | $ 11,311.50 | $ 1,250.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| First Capital Paper Company, LLC | $ 24,040.13 | $ 10,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| FirstEnergy Corp. dba West Penn Power Co. | $ 13,978.58 | $ 500.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Healthtrust Purchasing Group, L.P. | $ 10,571.40 | $ 3,859.03 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Maxcess International Corporation fdba Maxcess Americas Inc. | $ 18,093.72 | $ 6,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| My Supply Chain Group, LLC | $ 95,000.00 | $ 20,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| N.G.T. Corporation dba Coverall Service Company | $ 23,296.68 | $ 2,563.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| Page White & Farrer Ltd. | $ 14,951.13 | $ 4,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Patrick O. McGhee dba McGhee Excavating and Hauling | $ 8,260.00 | $ 1,610.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| R.A. Walker Enterprises Inc. dba Walker Services, Inc. | $ 73,859.00 | $ 12,000.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Resource Arizona, LLC dba InteriorWorx Commercial Flooring | $ 9,279.60 | $ 2,500.00 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Warehouse Services, Inc. | $ 11,615.35 | $ 3,368.70 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Englewood Company, Inc. | $ 64,834.63 | Reduction of allowed administrative claim by $17,500.00. | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Right Turn Promotions, LLC | $ 19,835.45 | $ 6,139.00 | 23-50044 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Robert Half International Inc. dba Robert Half Management Resources | $ 57,990.04 | $ 30,000.00 | 23-50046 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |