# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Armstrong Flooring, Inc. | |
| c/o Riveron Management Services, LLC | |
| 265 Franklin Street | |
| Suite 1004 | |
| Boston, MA 02110 | |
| **EIN:** 47–4303305 | **Case No.:** 22–10426–MFW |

## ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 5/24/23, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

Debtor's Counsel is required to attend the hearing.
Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 5/2/23

Mary F. Walrath
Bankruptcy Judge

(VAN–460)