| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 22-10426 (MGW)<br><br>(Jointly Administered)<br><br>Hearing Date: June 21, 2023 at 2:00 p.m. (ET)<br>Objection Deadline: June 7, 2023 at 4:00 p.m. (E.T.) |

# NOTICE OF FINAL APPLICATION OF GROOM LAW GROUP, CHARTERED FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM MAY 8, 2022 THROUGH AND INCLUDING JANUARY 31, 2023

**PLEASE TAKE NOTICE** that on May 15, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed *Final Application of Groom Law Group, Chartered, for Compensation and Reimbursement of Expenses as Special Employee Benefits Counsel for the Debtors for the Period from May 8, 2022 Through and Including January 31, 2023* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Application, must be filed on or before **June 7, 2023, at 4:00 p.m. (Eastern)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline:

i. the Debtors, c/o Armstrong Flooring, Inc., P.O. Box 10068, 1770 Hempstead Road, Lancaster, PA 17065 (Attn: Christopher Parisi (csparisi@armstrongflooring.com));

ii. the Applicant, Groom Law Group, Chartered, 1701 Pennsylvania Ave. N.W., Washington, D.C. 20006 (Attn: Katherine B. Kohn (kkohn@groom.com);

iii. counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King St., Wilmington DE 19801 (Attn: Joseph Larkin, Esq.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

00049232.1

    ([joseph.larken@skadden.com](joseph.larken@skadden.com)) and Jacqueline Dakin, Esq. ([jacqueline.dakin@skadden.com)](jacqueline.dakin@skadden.com)) and 155 North Wacker Drive, Chicago, Illinois 60606 (Attn: Ron Meisler ([ron.meisler@skadden.com](ron.meisler@skadden.com)), Jennifer Madden ([Jennifer.madden@skadden.com](Jennifer.madden@skadden.com)), and Anthony Joseph ([anthony.joseph@skadden.com)](anthony.joseph@skadden.com))); and Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: Robert A. Weber ([weber@chipmanbrown.com](weber@chipmanbrown.com)), and Mark L. Desgrosseilliers ([desgross@chipmanbrown.com](desgross@chipmanbrown.com))).

iv. counsel to the Official Committee of Unsecured Creditors, Cole Schotz PC; 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, (Attn: Justin Alberto ([jalberto@coleschotz.com](jalberto@coleschotz.com))), and, 1325 Avenue of the Americas, 19th Floor, New York, New York, 10019 (Attn: Seth Van Aalten ([svanaalten@coleschotz.com](svanaalten@coleschotz.com)));

v. the U.S. Trustee, 844 King Street, Suite 2007, Wilmington, DE 19801 (Attn: Linda Casey, Esq. ([linda.casey@usdoj.gov](linda.casey@usdoj.gov))); and

vi. counsel to the Lenders, McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, New York 10020-1104 (Attn: Brian Swett, Esq. ([BSwett@mcguirewoods.com](BSwett@mcguirewoods.com))) and Greenberg Traurig, One Vanderbilt Avenue, New York, New York 10017 (Attn: Brian E. Greer, Esq. ([greerb@gtlaw.com](greerb@gtlaw.com))).

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served, and received by the Objection Deadline, Groom Law Group, Chartered ("**Groom**") may file a certificate of no objection (a "**CNO**") with the Court with respect to the fees and expenses requested in the Application. Upon filing of a CNO, the Debtors will be authorized and directed to pay Groom, without need for further order of the Court, all fees (including the 20% holdback) and expenses requested in the Application.

Dated: Wilmington, DE  
May 15, 2023

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*  
Robert A. Weber (I.D. No. 4013)  
Mark L. Desgrosseilliers (I.D. No. 4083)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone: (302) 295-0191  
Weber@chipmanbrown.com  
[Desgross@chipmanbrown.com](Desgross@chipmanbrown.com)

*Co-Counsel to the Debtors and Debtors-in-Possession*