IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered)<br><br>**Monthly Fee Application:**<br><br>Hearing Date: Only in the Event of Objection<br>Objection Deadline: June 7, 2023 at 4:00 p.m. (ET)<br><br>**Final Fee Application:**<br><br>Hearing Date: June 21, 2023 at 2:00 p.m. (ET)<br><br>Objection Deadline: June 7, 2023 at 4:00 p.m. (ET) |

**NOTICE OF ELEVENTH MONTHLY AND FINAL APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE MONTHLY PERIOD FROM MARCH 1, 2023 THROUGH AND INCLUDING APRIL 17, 2023 AND THE FINAL PERIOD FROM MAY 8, 2022 THROUGH AND INCLUDING APRIL 17, 2023**

PLEASE TAKE NOTICE that on May 16, 2023, undersigned counsel filed the *Eleventh Monthly and Final Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Monthly Period from March 1, 2023 Through And Including April 17, 2023 and the Final Period from May 8, 2022 Through and Including April 17, 2023* (the "**Application**").

PLEASE TAKE FURTHER NOTICE that, responses, if any, to the Application, must be filed on or before **June 7, 2023, at 4:00 p.m. (Eastern)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline:

i.  the Debtors, Armstrong Flooring, Inc., c/o Riveron Management Services, LLC, 265 Franklin Street, Suite 1004, Boston, MA 02110;

ii. the Applicant, Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: Robert A. Weber,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is c/o Riveron Management Services, LLC, 265 Franklin Street, Suite 1004, Boston, MA 02110.

00049312.1

        Esquire (weber@chipmanbrown.com), and Mark L. Desgrosseilliers, Esquire (desgross@chipmanbrown.com));

iii.    counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King Street, Wilmington, Delaware 19801 (Attn: Joseph Larkin, Esquire (joseph.larkin@skadden.com) and Jacqueline Dakin, Esquire (jacqueline.dakin@skadden.com)) and 155 North Wacker Drive, Chicago, Illinois 60606 (Attn: Ron Meisler, Esquire (ron.meisler@skadden.com), Jennifer Madden, Esquire (jennifer.madden@skadden.com), and Anthony Joseph, Esquire (anthony.joseph@skadden.com));

iv.    counsel to the Official Committee of Unsecured Creditors, Cole Schotz PC; 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, (Attn: Justin Alberto, Esquire (jalberto@coleschotz.com)), and, 1325 Avenue of the Americas, 19th Floor, New York, New York, 10019 (Attn: Seth Van Aalten, Esquire (svanaalten@coleschotz.com));

v.    the U.S. Trustee, 844 King Street, Suite 2007, Wilmington, Delaware 19801 (Attn: Linda Casey, Esquire (linda.casey@usdoj.gov)); and

vi.    counsel to the Lenders, McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, New York 10020-1104 (Attn: Brian Swett, Esquire (BSwett@mcguirewoods.com)) and Greenberg Traurig, One Vanderbilt Avenue, New York, New York 10017 (Attn: Brian E. Greer, Esquire (greerb@gtlaw.com)).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Application will be held on **June 21, 2023 at 2:00 p.m. (Eastern)** before the Honorable Mary F. Walrath, Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

- 3 -

Dated: Wilmington, Delaware
May 16, 2023

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
Robert A. Weber (I.D. No. 4013)
Mark L. Desgrosseilliers (I.D. No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Weber@chipmanbrown.com
Desgross@chipmanbrown.com

*Co-Counsel to the Debtors and Debtors-in-Possession*