IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*, | Case No. 22-10426 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No.** |

**ORDER GRANTING ELEVENTH MONTHLY AND FINAL APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE MONTHLY PERIOD FROM MARCH 1, 2023 THROUGH AND INCLUDING APRIL 17, 2023 AND THE FINAL PERIOD FROM MAY 8, 2022 THROUGH AND INCLUDING APRIL 17, 2023**

Upon consideration of the *Eleventh Monthly and Final Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Monthly Period from March 1, 2023 Through and Including April 17, 2023 and the Final Period from May 8, 2022 Through and Including April 17, 2023* (the "**Final Application**"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and Chipman Brown Cicero & Cole, LLP ("**CBCC**") having provided appropriate notice of the Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is c/o Riveron Management Services, LLC, 265 Franklin Street, Suite 1004, Boston, MA 02110.

00048574.1

Application; and the Court having reviewed the Final Application; and after due deliberation and sufficient cause appearing therefor;

**I**T **I**S **H**EREBY **ORDERED T**HAT**:**

1. The Final Application is GRANTED, and CBCC is allowed, on a final basis, compensation and reimbursement of expenses in the amounts set forth in the Final Application, including any and all holdbacks.

2. CBCC is allowed final allowance of compensation in the amount of $1,398,655.10.

3. CBCC is allowed the final reimbursement of reasonable and necessary expenses in the amount of $3,668.71.

4. The Debtors are authorized and directed to remit payment to CBCC in the amounts set forth above, less all amounts previously paid on account of such fees and expenses.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.