## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 21, 2023 at 2:00 p.m. ET**<br>**Objection Deadline: June 7, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF COMBINED FOURTH MONTHLY AND FINAL FEE APPLICATION OF BARNES & THORNBURG LLP, AS SPECIAL LABOR COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE (I) MONTHLY PERIOD OF SEPTEMBER 1, 2022 THROUGH APRIL 17, 2023 AND (II) FINAL PERIOD OF MAY 9, 2022 THROUGH APRIL 17, 2023**

**PLEASE TAKE NOTICE** that today, Barnes & Thornburg LLP, as special labor counsel to the Debtors in the above-captioned cases, filed the attached *Combined Fourth Monthly and Final Fee Application of Barnes & Thornburg LLP, as Special Labor Counsel to the Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the (I) Monthly Period of September 1, 2022 through April 17, 2023 and (II) Final Period of May 9, 2022 through April 17, 2023* (the "Final Fee Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Final Fee Application, must be: (a) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by **June 7, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (b) served so as to be received on or before the Objection Deadline by the following:

(i) the undersigned counsel to Barnes & Thornburg LLP;

(ii) the Debtors, c/o Armstrong Flooring, Inc., P.O. Box 10068, 1770 Hempstead Road, Lancaster, PA 17065 (Attn: Christopher Parisi (csparisi@armstrongflooring.com));

(iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King St., Wilmington, DE 19801 (Attn: Joseph Larkin

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is P.O. Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

(joseph.larkin@skadden.com) and Jacqualine Dakin (jacqueline.dakin@skadden.com)) and 155 North Wacker Drive, Chicago, IL 60606 (Attn: Ron Meisler (ron.meisler@skadden.com), Jennifer Madden (jennifer.madden@skadden.com) and Anthony Joseph (anthony.joseph@skadden.com)); and Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Robert A. Weber (weber@chipmanbrown.com) and Mark L. Desgrosseilliers (desgross@chipmanbrown.com));

(iv)   counsel to the Official Committee of Unsecured Creditors, Cole Schotz PC, 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: Justin Alberto (jalberto@coleschotz.com)) and 1325 Avenue of the Americas, 19th Floor, New York, NY 10019 (Attn: Seth Van Aalten (svanaalten@coleschotz.com) and Sarah A. Carnes (scarnes@coleschotz.com));

(v)    the U.S. Trustee, 844 King Street, Suite 2007, Wilmington, DE 19801 (Attn: Linda Casey (linda.casey@usdoj.gov)); and

(vi)   counsel to the Lenders, McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, NY 10020-1104 (Attn: Brian Swett (BSwett@mcguirewoods.com)) and Greenberg Traurig, One Vanderbilt Avenue, New York, NY 10017 (Attn: Brian E. Greer (greerb@gtlaw.com)).

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Final Fee Application will be held on **June 21, 2023 at 4:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE FINAL FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 17, 2023
      Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/  Kevin G. Collins*
Kevin G. Collins (DE No. 5149)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 300-3434
kevin.collins@btlaw.com

        Mark R. Owens (DE No. 4364)
        1717 Pennsylvania Avenue N.W., Suite 500
        Washington, D.C. 20006
        (317) 231 7459
        mark.owens@btlaw.com

*Special Labor Counsel to the Debtors*