# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY DURING THE MONTHLY PERIOD

### (September 1, 2022 through April 17, 2023)

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 3.1 | $1,797.50 |
| Court Hearings | 1.9 | $1,054.50 |
| Fee & Employment Application | 9.9 | $3,655.00 |
| USW & IAM Negotiations | 4.6 | $3,117.00 |
| **TOTAL** | **19.5** | **$9,624.00** |

## COMPENSATION BY PROJECT CATEGORY DURING THE FINAL PERIOD

### (May 9, 2022 through April 17, 2023)

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B&T Retention | 29.8 | $17,035.00 |
| Budgeting | 4.3 | $2,375.00 |
| Case Administration | 7.0 | $3,687.00 |
| Court Hearings | 1.9 | $1,054.50 |
| Employee Benefits And Pensions | 24.9 | $17,056.50 |
| Fee & Employment Application | 32.8 | $14,876.50 |
| USW & IAM Information Requests | 69.1 | $50,709.50 |
| USW & IAM Negotiations | 116.3 | $79,284.50 |
| **TOTAL** | **286.1** | **$186,078.50** |