## EXHIBIT B

## EXPENSE SUMMARY DURING THE MONTHLY PERIOD

### (September 1, 2022 through April 17, 2023)

| Expense Category | Total Expenses |
|---|---:|
| Charge For Transcripts | $2,633.69 |
| Copying Costs | $166.17 |
| **Total Expenses** | **$2,799.86** |

## EXPENSE SUMMARY DURING THE FINAL PERIOD

### (May 9, 2022 through April 17, 2023)

| Expense Category | Total Expenses |
|---|---:|
| Charge For Transcripts | $2,633.69 |
| Copying Costs | $166.17 |
| Courier Service | $209.40 |
| **Total Expenses** | **$3,009.26** |