IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*, | Case No. 22-10426 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: June 21, 2023 at 2:00 p.m. (ET) |
| | Objection Deadline: June 7, 2023 at 4:00 p.m. (ET) |

### NOTICE OF FINAL APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2022 THROUGH APRIL 17, 2023 AS SPECIAL CONTINGENCY-FEE COUNSEL TO ANALYZE AND LITIGATE PREFERENCE CLAIMS

**PLEASE TAKE NOTICE** that on May 17, 2023, ASK LLP filed the *Final Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of November 1, 2022 Through April 17, 2023 as Special Contingency-Fee Counsel to Analyze and Litigate Preference Claims* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Application, must be filed on or before **June 7, 2023, at 4:00 p.m. (Eastern)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline:

i.  the Debtors, Armstrong Flooring, Inc., c/o Riveron Management Services, LLC, 265 Franklin Street, Suite 1004, Boston, MA 02110;

ii. the Applicant, ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121 (Attn: Kara E. Casteel (kcasteel@askllp.com));

iii. counsel to the Debtors, Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: Robert A. Weber, Esquire (weber@chipmanbrown.com), and Mark L. Desgrosseilliers, Esquire (desgross@chipmanbrown.com)); and Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King Street, Wilmington, Delaware 19801 (Attn: Joseph Larkin, Esquire (joseph.larkin@skadden.com) and Jacqueline Dakin, Esquire (jacqueline.dakin@skadden.com)) and 155 North Wacker Drive, Chicago,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is c/o Riveron Management Services, LLC, 265 Franklin Street, Suite 1004, Boston, MA 02110.

00049352.1

Illinois 60606 (Attn: Ron Meisler, Esquire (ron.meisler@skadden.com), Jennifer Madden, Esquire (jennifer.madden@skadden.com), and Anthony Joseph, Esquire (anthony.joseph@skadden.com));

iv. counsel to the Official Committee of Unsecured Creditors, Cole Schotz PC; 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, (Attn: Justin Alberto, Esquire (jalberto@coleschotz.com)), and, 1325 Avenue of the Americas, 19th Floor, New York, New York, 10019 (Attn: Seth Van Aalten, Esquire (svanaalten@coleschotz.com));

v. the U.S. Trustee, 844 King Street, Suite 2007, Wilmington, Delaware 19801 (Attn: Linda Casey, Esquire (linda.casey@usdoj.gov)); and

vi. counsel to the Lenders, McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, New York 10020-1104 (Attn: Brian Swett, Esquire (BSwett@mcguirewoods.com)) and Greenberg Traurig, One Vanderbilt Avenue, New York, New York 10017 (Attn: Brian E. Greer, Esquire (greerb@gtlaw.com)).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Application will be held on **June 21, 2023 at 2:00 p.m. (Eastern)** before the Honorable Mary F. Walrath, Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
May 17, 2023

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*

Robert A. Weber (I.D. No. 4013)
Mark L. Desgrosseilliers (I.D. No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Weber@chipmanbrown.com
Desgross@chipmanbrown.com

*Co-Counsel to the Debtors and Debtors-in-Possession*