**EXHIBIT "A"**
**EXPENSE SUMMARY**

| Expense Category | Service Provider | |
|---|---|---|
| Computer Assisted Legal Research | | $9,707.46 |
| Long Distance Telephone | | $593.41 |
| In-House Reproduction | | $645.28 |
| Filing/Court Fees | | $28,026.47 |
| Process Server | | $8,415.00 |
| Postage | | $1,141.84 |
| Total | | $48,529.46 |

**EXHIBIT "B"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOOING, INC. *et al.*,[1] | Case No. 22-10426 (MFW) |
| Debtor. | Re: Index Number _____ |

**ORDER APPROVING FINAL APPLICATION OF ASK LLP FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES THE PERIOD OF NOVEMBER 1, 2022 THROUGH APRIL 17, 2023 AS**
**SPECIAL COUNSEL TO ANALYZE AND LITIGATE PREFERENCE CLAIMS**

ASK LLP, as Counsel for the Debtors and Debtors in Possession in the above matter, having filed its Final Application for Allowance of Compensation and Reimbursement of Expenses for the Period of November 1, 2022 through April 17, 2023 as Special Counsel to Analyze and Litigate Preference Claims (the "Final Application");[2] and the Court having reviewed the Final Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Final Application is GRANTED.

2.      ASK LLP is awarded final approval for compensation in the amount of $178,059.46 for professional services rendered on a contingency fee basis and $48,529.46 for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

[2] Capitalized terms shall have the same meaning ascribed to them in the Final Application.

costs and expenses for a total of $226,588.92 for the Final Fee Period of November 1, 2022 through April 17, 2023.

3. Such sums are authorized for payment less any amounts previously paid to ASK LLP.

4. With respect to collections realized subsequent to preparation of the Final Application, ASK may receive a fee equal to that outlined in the Retention Application and Order and authorized herein without filing an additional fee application.