**EXHIBIT A**



Three Galleria Tower
13155 Noel Road, Suite 100
Dallas, TX 75240

Main 972.934.0022
Fax 972.960.0613

www.ryan.com

September 21, 2022

Payment Requests
Shared Email
Armstrong Flooring Inc.
PO Box 10068
1770 Hempstead Road
Lancaster, Pennsylvania 17605

Invoice No. 491731                                    Payment Terms: Net 45
Engagement No. 251875200.005                          Federal ID No. 75-2411641

For Services Rendered:

Progress billing for professional services rendered through May 31 2022, in connection with the multistate tax compliance services for Armstrong Flooring Inc.

| | | |
|---|---|---|
| Fixed Fee: | $ | 3,540.21 |
| Total Invoice Due: | $ | 3,540.21 |

**Ryan's preferred method of payment is EFT.**
**Please remit payment to: Bank of America**

REDACTED

Late fees applied on past due balances

Share your experience with us at http://ryanlistens.com/



|  |  |
|---|---|
|  | Three Galleria Tower |
|  | 13155 Noel Road, Suite 100 |
|  | Dallas, TX 75240 |
|  |  |
|  | Main 972.934.0022 |
|  | Fax 972.960.0613 |
| November 21, 2022 |  |
|  | www.ryan.com |

Robert Miller
Director of Finance Transformation
Armstrong Flooring Inc.
PO Box 10068 1770 Hempstead Road
Lancaster, Pennsylvania 17605

| Invoice No. 502501 | Payment Terms: Net 45 |
|---|---|
| Engagement No. 251875200.010 | Federal ID No. 75-2411641 |

For Services Rendered:

Billing for the PinPoint extension- Amendment 2 signed October 31, 2022

PinPoint- $5,000

| PinPoint Software: | $ | 5,000.00 |
|---|---|---|
| Total Invoice Due: | $ | 5,000.00 |

**Ryan's preferred method of payment is EFT.**
**Please remit payment to: Bank of America**



Late fees applied on past due balances

Share your experience with us at http://ryanlistens.com/



|  | Three Galleria Tower |
|---|---|
|  | 13155 Noel Road, Suite 100 |
|  | Dallas, TX 75240 |

Main 972.934.0022
Fax 972.960.0613

www.ryan.com

November 21, 2022

Robert Miller
Director of Finance Transformation
Armstrong Flooring Inc.
PO Box 10068 1770 Hempstead Road
Lancaster, Pennsylvania 17605

Invoice No. 502539                                    Payment Terms: Net 45
Engagement No. 251870500.002                          Federal ID No. 75-2411641

For Services Rendered:

Progress billing for professional services rendered through June 15, 2022, in connection with the California Sales and Use Tax Review of Armstrong Flooring Inc. for the period October 1, 2017, through June 30, 2020 and offsetting audit liabilities, as per letter agreement dated June 2, 2022. Savings received are contained in audit schedules 12A and 12B in the enclosed Audit Summary dated 10/18/2022.

| | |
|---|---:|
| Total Savings Amount: | $ 74,560.02 |
| Professional Fees at 25% : | $ 18,640.01 |
| Total Invoice Due (see attached): | $ 18,640.01 |

**<u>Ryan's preferred method of payment is EFT.</u>**
**Please remit payment to: Bank of America**



Late fees applied on past due balances

Share your experience with us at http://ryanlistens.com/