### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10426 (MFW)<br>(Jointly Administered)<br><br>**Monthly Fee Application:**<br>**Hearing Date:** Only if objections filed<br>**Objection Deadline:** June 7, 2023 at 4:00 p.m. (ET)<br><br>**Final Fee Application:**<br>**Hearing Date:** June 21, 2023 at 2:00 p.m. (ET)<br>**Objection Deadline:** June 7, 2023 at 4:00 p.m. (ET) |

**COMBINED FIFTH MONTHLY AND FINAL FEE APPLICATION OF COLE SCHOTZ P.C., COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM NOVEMBER 1, 2022 THROUGH APRIL 17, 2023 AND THE FINAL PERIOD FROM MAY 19, 2022 THROUGH APRIL 17, 2023**

| | |
|---|---|
| Name of Applicant: | **Cole Schotz P.C.** |
| Authorized to provide professional services to: | **The Official Committee of Unsecured Creditors** |
| Date of retention: | **July 7, 2022 *nunc pro tunc* to May 19, 2022** |
| Monthly Period for which compensation and reimbursement is sought: | **November 1, 2022 through April 17, 2023** |
| Amount of monthly compensation sought as actual, reasonable and necessary: | **$35,137.70** |
| Amount of monthly expense reimbursement sought as actual, reasonable and necessary: | **$90.10** |
| Final Period for which Compensation and Reimbursement is Sought: | **May 19, 2022 through April 17, 2023** |
| Amount of Final Compensation Sought as Actual, Reasonable and Necessary: | **$863,771.70** |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$2,795.93** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

This is a(n):   __x__ monthly   ____ interim   _x_ final application

Prior Monthly Fee Applications:

| Application/ D.I. No. | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| First Monthly Application [D.I. 593] | 7/21/2022 | 5/19/2022-6/30/2022 | $616,564.00/$922.81 | $493,251.20/$922.81 |
| Second Monthly Application [D.I. 724] | 8/19/2022 | 7/1/2022-7/31/2022 | $156,687.00/$1,521.35 | $125,349.60/$1,521.35 |
| Third Monthly Application [DI No. 853] | 9/22/2022 | 8/1/22-8/31/22 | $33,342.50/$219.35 | $26,674.00/$219.35 |
| Fourth Monthly Application [DI No. 985] | 11/16/2022 | 9/1/22-10/31/22 | $22,040.50/$42.32 | $17,632.40/$42.32 |

**SUMMARY OF BILLING BY PROFESSIONALS**
**FOR MONTHLY PERIOD FROM**
**NOVEMBER 1, 2022 THROUGH APRIL 17, 2023**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Seth Van Aalten | 2004 | Member (Bankruptcy) (since 2020) | $950.00 | 9.5 | $9,025.00 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) (since 2020) | $760.00 | 21.6 | $16,416.00 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2021) | $300.00 | 0.5 | $187.50 |
| Larry S. Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 20.6 | $7,313.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) (since 2008) | $355.00 | 6.1 | $2,196.00 |
| | | | **TOTAL** | **58.3** | **$35,137.70** |

**Blended Rate (All Timekeepers): $602.70**
**Blended Rate (Attorneys): $811.02**

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2022).

64573/0001-45327846v2

**SUMMARY OF BILLING BY PROFESSIONALS**
**FOR FINAL PERIOD FROM**
**MAY 19, 2022 THROUGH APRIL 17, 2023**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Seth Van Aalten | 2004 | Member (Bankruptcy) (since 2020) | $950.00 | 288.2 | $253,315.00 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) (since 2020) | $760.00 | 321.5 | $228,439.50 |
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $685.00 | 129.6 | $87,680.00 |
| G. David Dean | 2002 | Member (Bankruptcy) (since 2008) | $675.00 | 112.9 | $73,912.50 |
| Cameron A. Welch | 2005 | Member (Litigation) (since 2012) | $640.00 | 15.5 | $9,920.00 |
| Anthony De Leo | 2014 | Associate (Bankruptcy) (since 2020 | $610.00 | 17.7 | $10,797.00 |
| Sophie E. Macon | 2018 | Associate (Bankruptcy) (since 2020) | $475.00 | 177.9 | $84,502.50 |
| Shira A. Baratz | 2020 | Associate (Bankruptcy) (since 2021) | $325.00 | 99.3 | $32,697.50 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2021) | $300.00 | 166.9 | $50,205.00 |
| Larry S. Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 43.8 | $15,016.50 |

---

[2] This rate is Cole Schotz P.C.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2022).

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) (since 2008) | $355.00 | 50.8 | $17,286.00 |
| | | | **TOTAL** | **1,424.10** | **$863,771.50** |

**Blended Rate (All Timekeepers):  $606.54**
**Blended Rate (Attorneys):  $625.40**

4

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[3]**
**FOR MONTHLY PERIOD FROM**
**NOVEMBER 1, 2022 THROUGH APRIL 17, 2023**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 7.2 | $2,894.00 |
| Claims Analysis, Administration and Objection | 1.2 | $988.00 |
| Creditor Inquiries | 1.1 | $874.00 |
| Fee Application Matters/Objections | 20.1 | $9,218.50 |
| Leases (Real Property) | 0.2 | $190.00 |
| Preference and Avoidance Actions | 2.0 | $1,403.50 |
| Preparation for and Attendance at Hearings | 9.3 | $5,253.50 |
| Reorganization Plan | 16.8 | $14,174.00 |
| Reports, Statements and Schedules | 0.4 | $142.00 |
| **TOTAL** | **58.3** | **$35,137.70** |

---

[3]  The subject matter of certain time entries may be appropriate for more than one project category.  In such cases, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

64573/0001-45327846v2

**EXPENSE SUMMARY**
**FOR MONTHLY PERIOD FROM**
**NOVEMBER 1, 2022 THROUGH APRIL 17, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER Service Center | $21.20 |
| Delivery Services/Couriers | | $15.00 |
| Depositions Transcript | Reliable | $48.00 |
| Photocopying/Printing/Scanning | | $5.90 |
| **TOTAL** | | **$90.10** |

64573/0001-45327846v2

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**
**FOR THE FINAL PERIOD FROM MAY 19, 2022 THROUGH APRIL 17, 2023**

| Project Category | Budgeted Hours | Budgeted Fees (estimated blended rate of $600.00) | Total Hours | Total Fees |
|---|---|---|---|---|
| Asset Analysis and Recovery | 5 | $3,000.00 | 0 | $0.00 |
| Asset Dispositions | 970 | $582,000.00 | 484.0 | $326,877.00 |
| Automatic Stay Matters | 20 | $12,000.00 | 0 | $0.00 |
| Bank Claims and Litigation Matters | 0 | $0.00 | 0 | $0.00 |
| Case Administration | 130 | $78,000.00 | 29.5 | $15,426.00 |
| Cash Collateral and DIP Financing | 460 | $276,000.00 | 192.2 | $122,227.00 |
| Claims Analysis | 120 | $72,000.00 | 17.8 | $10,691.00 |
| Committee Matters and Creditor Meetings | 180 | $108,000.00 | 123.3 | $81,539.00 |
| Creditor Inquiries | 40 | $24,000.00 | 8.0 | $5,825.00 |
| Disclosure Statement/Voting Issues | 40 | $24,000.00 | 0.2 | $72.00 |
| Document Review/Committee Investigation | 250 | $150,000.00 | 156.2 | $71,645.50 |
| Employee Matters | 50 | $30,000.00 | 29.8 | $19,724.50 |
| Executory Contracts | 30 | $18,000.00 | 15.4 | $11,683.50 |
| Fee Application Matters/Objections | 110 | $66,000.00 | 105.2 | $46,672.50 |
| Leases (Personal Property) | 0 | $0.00 | 0 | $0.00 |
| Leases (Real Property) | 15 | $9,000.00 | 0.6 | $570.00 |
| Litigation | 100 | $60,000.00 | 0 | $0.00 |
| Non-Working Travel Time | 15 | $4,500.00 | 10.0 | $3,391.00 |
| Preferences and Avoidance Actions | 55 | $33,000.00 | 7.4 | $6,091.00 |
| Preparation for and Attendance at Hearings | 45 | $27,000.00 | 101.5 | $63,336.50 |
| Utilities / Section 366 Issues | 5 | $3,000.00 | 0 | $0.00 |
| Reorganization Plan | 300 | $180,000.00 | 17.0 | $14,326.00 |
| Reports; Statements and Schedules | 0 | $0.00 | 0.7 | $479.50 |
| Retention Matters | 60 | $36,000.00 | 62.8 | $30,763.50 |
| Tax/General | 20 | $12,000.00 | 3.7 | $1,461.50 |
| U.S. Trustee Matters and Meetings | 0 | $0.00 | 0.9 | $292.50 |
| Vendor Matters | 40 | $24,000.00 | 28.4 | $16,277.50 |
| Business Operations | 0 | $0.00 | 29.5 | $14,399.50 |
| Other Investigative Matters | 0 | $0.00 | 0 | $0.00 |
| **TOTAL** | 3060 | $1,831,500.00 | 1424.1 | $863,771.50 |

7

**EXPENSE SUMMARY**
**FOR FINAL PERIOD FROM MAY 19, 2022 THROUGH APRIL 17, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | | $234.67 |
| Court Fees | | $152.40 |
| Delivery Services | Federal Express | $39.94 |
| Delivery Services/Courier | | $15.00 |
| Transcripts | Reliable | $379.20 |
| Filing Fees (*pro hac* admissions) | U.S. District Court | $50.00 |
| Online Research | Westlaw | $156.80 |
| Photocopy/Printing/Scanning | | $252.70 |
| Travel | | $1,515.22 |
| **TOTAL** | | **$2,795.93** |

**TRAVEL EXPENSE SUMMARY**

| Date of Charge | Amount | Expense Description | Timekeeper |
|---|---|---|---|
| 6/27/2022 | $40.33 | Outbound cab from Auction to home | Peter Strom |
| 6/28/2022 | $56.65 | Outbound cab from Auction to home | Peter Strom |
| 6/27/2022 | $22.00 | Parking at train station for outbound train to Auction | Justin Alberto |
| 6/27/2022 | $216.00 | Outbound train from Delaware to Auction | Justin Alberto |
| 6/27/2022 | $145.00 | Inbound train from Auction to Delaware | Justin Alberto |
| 6/27/2022 | $467.09 | Hotel for Auction [6/27/2022-6/28/2022] | Justin Alberto |
| 6/27/2022 | $467.09 | Hotel for Auction [6/27/2022-6/28/2022] | G. David Dean |
| 7/15/2022 | $47.02 | Inbound cab from home to Auction | Sarah Carnes |
| 7/15/2022 | $11.81 | Outbound cab from home to Auction | Sarah Carnes |
| 7/15/2022 | $42.23 | Outbound cab from Auction to home | Sarah Carnes |
| | | | **Total: $1,515.22** |

64573/0001-45327846v2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered)<br><br>**Monthly Fee Application:**<br>**Hearing Date:** Only if objections filed<br>**Objection Deadline:** June 7, 2023 at 4:00 p.m. (ET)<br><br>**Final Fee Application:**<br>**Hearing Date:** June 21, 2023 at 2:00 p.m. (ET)<br>**Objection Deadline:** June 7, 2023 at 4:00 p.m. (ET) |

**COMBINED FIFTH MONTHLY AND FINAL FEE APPLICATION OF COLE SCHOTZ
P.C., COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE MONTHLY PERIOD FROM NOVEMBER 1, 2022 THROUGH APRIL 17,
2023 AND THE FINAL PERIOD FROM MAY 19, 2022 THROUGH APRIL 17, 2023**

Cole Schotz P.C. (the "Applicant" or "Cole Schotz"), as counsel to the Official Committee

of Unsecured Creditors (the "Committee") of Armstrong Flooring, Inc. and its affiliated debtors and

debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the

"Chapter 11 Cases"), hereby applies, pursuant to (i) sections 330 and 331 of title 11 of the United

States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), (ii) Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), (iii) Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), and (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258] (the "Interim

Compensation Order"),[2] for allowance of compensation for services rendered and reimbursement

of expenses for the (i) monthly period from November 1, 2022 through April 17, 2023 (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

"Monthly Period") and (ii) the final fee period from May 19, 2022 through April 17, 2023, and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.      The Chapter 11 Cases**

3.      On May 8, 2022 ("Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing these Chapter 11 Cases.

4.      Since the Petition Date, the Debtors continued to operate and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Cases.

5.      On May 18, 2022, the United States Trustee for the District of Delaware filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 175].  The Committee consists of: (i) Zhejiang Tianzhen Bamboo & Wood Development Co., Ltd.; (ii) Klöckner Pentaplast of America, Inc.; (iii) Colour Stream Ltd.; (iv) Eastman Chemical; (v) Ardex LP; (vi) The Sample Group Inc.; and (vii) United Steelworkers.

6.      On April 17, 2023, this Court entered the *Order Converting Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Docket No. 1352] (the "Conversion Order").

2

**B.      The Retention of Cole Schotz**

7.      On June 20, 2022, the Committee filed the *Application of Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to May 19, 2022* [Docket No. 394], seeking an order authorizing the Committee to retain and employ Cole Schotz as its counsel, *nunc pro tunc* to May 19, 2022.  On July 7, 2022, the Court entered an order [Docket No. 509] authorizing such retention.

**C.      The Interim Compensation Order**

8.      The Interim Compensation Order sets forth the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Cases.  Specifically, the Interim Compensation Order provides that on or after the fifteenth (15th) day of each calendar month following the month for which compensation is sought, each Retained Professional seeking interim allowance of its fees and expenses shall file with the Court an application, which shall include the relevant time entries and descriptions and expense details for interim allowance of compensation for services rendered and reimbursement of expenses incurred during the preceding month (the "Monthly Fee Application"), and a copy on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within twenty-one (21) days after the service of a Monthly Fee Application, the Retained Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection is filed to the Monthly Fee Application, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to an objection.

3

## RELIEF REQUESTED

9.      By this Application, Applicant seeks monthly approval and allowance of compensation in the amount of $35,137.50 for professional services rendered, and reimbursement of actual and necessary expenses in the amount of $90.10 incurred during the monthly application period of November 1, 2022 through April 17, 2023 (the "Monthly Period"). Detailed time records for the Monthly Period are attached hereto as **Exhibit A**.  Applicant also seeks final approval and allowance of compensation in the amount of $863,771.70 for professional services rendered, and reimbursement of actual and necessary expenses in the amount of $2,795.93 incurred during the final application period of May 19, 2022 through April 17, 2023 (the "Final Application Period").  Cole Schotz incorporates herein by reference each of its Monthly Fee Applications filed during the Final Application Period together with the corresponding certifications of no objections.

## SUMMARY OF KEY SERVICES

10.     During the Final Application Period, Cole Schotz worked closely with the Committee and Province, LLC, the Committee's financial advisor, to advance the Committee's objectives.  The following summary highlights the major areas in which Cole Schotz rendered services to the Committee during the Final Application Period:

11.     Asset Disposition, Sales, Uses, and Leases (Section 363) (484.0 hours; $326,877.00).  This category includes time spent with respect to the various sales of substantially all of the Debtors' assets.  During the Final Application Period, Cole Schotz professionals dedicated significant time to (i) analyzing the proposed bid procedures, negotiating with the Debtors, their secured lenders, and the Committee regarding the proposed sale timeline, and preparing an objection with respect to the foregoing, (ii) reviewing and analyzing the indications

4

of interest and bids submitted for the Debtors' assets, (iii) attending the 5-day auction, (iv) reviewing and analyzing the draft asset purchase agreements and sale orders, and (v) corresponding with the Debtors, the Debtors' secured lenders, the prospective purchasers, and the Committee regarding the foregoing.

12.    <u>Claims Analysis, Administration and Objections</u> (17.8 hours; $10,691.00).  This category includes, among other things, time spent (i) reviewing and commenting on the critical vendor motion, lien claimant motion, and bar date motion, (ii) reviewing reclamation demands and section 503(b)(9) claims filed by creditors, and (iii) conferring with the Committee and other parties-in-interest regarding same.

13.    <u>Committee Matters and Creditor Meetings</u> (123.3 hours; $81,539.00).  This category includes time spent (i) preparing for and attending regular conferences with the Committee, (ii) preparing, reviewing, and revising presentation materials prepared by Cole Schotz and Province for the Committee, and (iii) holding internal conferences and communicating with the Committee and Province concerning case strategy.

14.    <u>Fee Application Matters/Objections</u> (105.2 hours; $46,672.50).  This category includes time spent preparing Cole Schotz's fee statements, revising the fee statements of the Committee's other professionals, and reviewing the fee statements filed by the Debtors' professionals.

15.    <u>Preparation for and Attendance at Hearings.</u> (101.5 hours; $63,336.50).  This category includes time spent preparing for and attending various hearings in these Chapter 11 Cases, including (i) the bid procedures hearing, (ii) the DIP financing hearing, (iii) the chambers conference regarding the sale hearing, and (iv) the sale hearing.

64573/0001-45327846v2

16.    <u>Retention Matters</u> (62.8 hours; $30,763.50).  This category includes time spent (i) preparing and filing the retention applications for Cole Schotz and Province, (ii) responding to requests regarding the foregoing from the U.S. Trustee, and (iii) reviewing the various retention applications filed by the Debtors' professionals.

**<u>THE FINAL FEE APPLICATION</u>**
**<u>AND COMPLIANCE AND WAIVER</u>**

17.    This Application was prepared in accordance with (a) Local Rule 2016-2, (b) the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, adopted on June 11, 2013* (the "<u>UST Guidelines</u>"), and (c) the Interim Compensation Order (collectively with Local Rule 2016-2 and the UST Guidelines, the "<u>Guidelines</u>"). Annexed hereto are various schedules required by the Guidelines, as applicable.

18.    Applicant provides the following responses to the questions set forth under ¶ C.5 of Appendix B of the UST Guidelines:

> <u>Question</u>:  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.
>
> <u>Response</u>:  No. Cole Schotz professionals working on this matter billed at Cole Schotz's standard hourly rates.
>
> <u>Question</u>:  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?
>
> <u>Response</u>:  The fees sought in this Application are not more than 10% of what was budgeted.
>
> <u>Question</u>:   Have any of the professionals included in this fee application varied their hourly rates based on the geographic location of the bankruptcy case.
>
> <u>Response</u>: No.

<u>Question</u>:  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  If so, please quantify by hours and fees.

<u>Response</u>:  No.

<u>Question</u>:  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

<u>Response</u>:  No.

<u>Question</u>:  Does this fee application include rate increases since retention?

<u>Response</u>:  Yes.  As disclosed in Cole Schotz' retention application, its hourly rates are subject to periodic adjustments to reflect economic and other conditions and increase in a professional's level of experience.  Consistent with its standard practice, Cole Schotz increased its hourly rates on or about September 1, 2022.  *See* Applicant's Notice of Increase of the Hourly Rates of Professionals, filed August 30, 2022 [Docket No. 747].

19.    The services for which Cole Schotz seeks compensation were, at the time rendered, necessary for, beneficial to, and in the best interests of, the Committee and the Debtors' estates.  The services rendered were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Applicant is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

20.    The following information is provided pursuant to Paragraph 9 of the Conversion Order:

a.    Total amount Cole Schotz has been paid to date: (i) fees: $773,251.00; (ii) expenses: $2,444.16.

b.  Any remaining retainer amount held by Cole Schotz: $0 (Cole Schotz did not hold a retainer in this case).

c.   Any amounts held in a reserve for purposes of paying professional fees: Cole Schotz understands that (a) the professional fee escrow account at Delaware Trust Company held approximately $321,958.45 as of May 3, 2023; and (b) the supplemental carve-out fund contributed by the lenders for the wind down of the Debtors' estates held at Bank of America, N.A. contained approximately $1 million after the Conversion Order was entered, including approximately $500,000 allocated for payment of professional fees.

21.    The undersigned representative of Cole Schotz certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule.   To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Cole Schotz believes that such deviations are not material and respectfully requests that any such requirements be waived.

## **NOTICE**

22.    Pursuant to the Interim Compensation Order, this Application is being served upon the Notice Parties (as defined in the Interim Compensation Order) and notice of the hearing on the Application is being served on all parties that have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Cole Schotz respectfully requests the Court enter an order (a) granting the Application and authorizing monthly allowance of compensation in the amount of $35,137.70 for professional services rendered, and reimbursement of actual and necessary costs in the amount of $90.10 incurred during the Monthly Period; (b) granting the Application and authorizing final allowance of compensation in the amount of $863,771.70 for professional services rendered, and reimbursement of actual and necessary costs in the amount of $2,795.93 during the Final Application Period; (c) authorizing the payment of such sums to Cole Schotz pursuant to the Interim Compensation Order; and (d) granting such other and further relief as the Court may deem just and proper.

Dated: May 17, 2023
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

- and -

Seth Van Aalten, Esq. (Admitted *Pro Hac Vice*)
Sarah A. Carnes, Esq. (Admitted *Pro Hac Vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
svanaalten@coleschotz.com
scarnes@coleschotz.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

9

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The aggregate hourly rate for all Cole Schotz Delaware, New Jersey, and New York non-bankruptcy timekeepers (including both attorneys and paralegals) (the "Non-Bankruptcy Blended Rate") for the year ending December 31, 2021 (the "Comparable Period") was $525.13 per hour, and the aggregate hourly rate for all Cole Schotz Delaware, New Jersey, and New York bankruptcy timekeepers (including both attorneys and paralegals) (the "Bankruptcy Blended Rate") for the Comparable Period was $551.85 per hour.

The blended hourly rate for all Cole Schotz timekeepers (including both attorneys and paralegals) who provided services to the Committee during the Application Period was approximately $606.54 per hour.

| Category of Timekeeper | 2022 Bankruptcy Blended Rate | 2021 Non-Bankruptcy Blended Rate | Application Period Blended Rate |
|---|---|---|---|
| Member | $716.51 | $638.30 | $752.87 |
| Special Counsel | N/A | N/A | N/A |
| Associate | $426.79 | $386.42 | $385.89 |
| Paralegal | $326.48 | $311.67 | $355.00 |
| **Aggregate** | **$551.85** | **$525.13** | **$606.54** |

**ARMSTRONG FLOORING, INC.,** *ET AL.*

**STAFFING PLAN FOR COLE SCHOTZ P.C. AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE FINAL PERIOD FROM MAY 19, 2022 THROUGH APRIL 17, 2023**

| Category of Timekeeper | Estimated Number of Timekeepers Expected to Work on Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Members | 4 | $735 |
| Associates | 3 | $367 |
| Paralegals | 2 | $315 |
| | **Estimated Blended Hourly Rate** | **$600** |

2

**ARMSTRONG FLOORING, INC., *ET AL.***

| SUMMARY OF FINAL FEE APPLICATION | |
|---|---|
| Name of Applicant | Cole Schotz P.C. |
| Name of Client | The Official Committee of Unsecured Creditors of Armstrong Flooring, Inc., *et al.* |
| Fee period covered by Application | May 19, 2022 – April 17, 2023 |
| Total compensation sought during Application Period | $863,771.50 |
| Total expenses sought during Application Period | $2,795.93 |
| Petition Date | May 8, 2022 |
| Retention Date | July 7, 2022 *nunc pro tunc* to May 19, 2022 |
| Date of order approving employment | July 7, 2022 |
| Total compensation approved by interim order to date | $0 |
| Total expenses approved by interim order to date | $0 |
| Total allowed compensation paid to date | $773,251.00 |
| Total allowed expenses paid to date | $2,444.16 |
| Blended rate in Application for all Attorneys | $625.40 |
| Blended rate in Application for all Timekeepers | $606.54 |
| Compensation sought in this Application already paid or payable pursuant to a monthly compensation order but not yet allowed | $0 |
| Expenses sought in this Application already paid or payable pursuant to a monthly compensation order but not yet allowed | $0 |
| Number of professionals included in this Application | 11 |
| If applicable, number of professionals in this Application not included in staffing plan | 2 |
| If applicable, difference between fees budgeted and compensation sought for this Application Period | $967,728.50 |
| Number of professionals billing fewer than 15 hours to the case during this Application Period: | 0 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this Application using the rates originally disclosed in the retention application: | All rates set forth in this Final Fee Application were disclosed in Applicant's Notices of Increase of the Hourly Rates of Professionals, filed August 30, 2022 [Docket No. 747] |

64573/0001-45327846v2