**Exhibit A**

Time Records for Monthly Period of November 1, 2022 through April 17, 2023



1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

ARMSTRONG FLOORING, INC.
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o ANGELA HODGES
EASTMAN CHEMICAL
200 S. WILCOX DRIVE W-140
KINGSPORT, TN 37660

|  |  |
|---|---|
| Invoice Date: | December 5, 2022 |
| Invoice Number: | 936082 |
| Matter Number: | 64573-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 28, 2022

### CASE ADMINISTRATION — 0.70 — 248.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/22 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 106.50 |
| 11/17/22 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.40 | 142.00 |

### CREDITOR INQUIRIES — 0.40 — 304.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/15/22 | SYC | RESPOND TO CREDITOR INQUIRIES | 0.20 | 152.00 |
| 11/17/22 | SYC | RESPOND TO CREDITOR INQUIRIES | 0.20 | 152.00 |

### FEE APPLICATION MATTERS/OBJECTIONS — 16.60 — 7,560.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/08/22 | SYC | REVIEW FEE APPLICATION AND CORRES WITH PROVINCE, L. MORTON AND PROVINCE RE: SAME | 0.70 | 532.00 |
| 11/08/22 | LSM | DRAFT SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.80 | 284.00 |
| 11/08/22 | LSM | REVIEW EXHIBITS AND START DRAFT OF COMBINED FOURTH MONTHLY FEE FOR COLE SCHOTZ RE: SEPTEMBER AND OCTOBER FEES/EXPENSES | 0.50 | 177.50 |
| 11/09/22 | SYC | REVIEW OF OUTSTANDING FEE APPLICATIONS AND CORRES WITH PROVINCE RE: SAME | 0.30 | 228.00 |
| 11/10/22 | LSM | DRAFT FOURTH COMBINED MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO S. CARNES | 3.30 | 1,171.50 |
| 11/10/22 | LSM | CONTINUE DRAFT OF SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.70 | 248.50 |
| 11/11/22 | LSM | CONTINUE DRAFT OF SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.60 | 213.00 |
| 11/14/22 | SYC | REVIEW AND REVISE PROVINCE / CS FOURTH MONTHLY FEE APP AND EMAIL TO UCC RE: SAME | 0.70 | 532.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 936082 |
|---|---|---|
| | Client/Matter No. 64573-0001 | December 5, 2022 |
| | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/22 | LSM | REVISE TWO FOURTH MONTHLY FEE APPLICATIONS FOR PROVINCE AND COLE SCHOTZ AND FORWARD SAME TO S. CARNES WITH COMMENTS | 0.70 | 248.50 |
| 11/16/22 | LSM | UPDATE, FILE AND ORGANIZE SERVICE OF TWO MONTHLY FEE APPLICATIONS FOR PROVINCE AND COLE SCHOTZ RE: OCTOBER 2022 FEES/EXPENSES | 0.70 | 248.50 |
| 11/16/22 | SYC | REVIEW DRAFT FEE STATEMENTS AND EMAIL TO L. MORTON RE: SAME | 0.30 | 228.00 |
| 11/17/22 | LSM | FOLLOW UP WITH CLAIMS AGENT REGARDING SERVICE OF FOURTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND PROVINCE | 0.20 | 71.00 |
| 11/22/22 | SYC | EMAILS TO L. MORTON AND PROVINCE RE: INTERIM FEE APPLICATION | 0.20 | 152.00 |
| 11/22/22 | LSM | COMPLETE DRAFT OF SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO S. CARNES WITH COMMENTS | 2.90 | 1,029.50 |
| 11/22/22 | LSM | EMAILS WITH ACCOUNTING REGARDING REVISIONS TO EXHIBITS TO SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.10 | 35.50 |
| 11/23/22 | LSM | REVISE SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO S. CARNES | 0.70 | 248.50 |
| 11/27/22 | SYC | REVIEW AND REVISE SECOND INTERIM FEE APPLICATIONS OF PROVINCE AND CS; EMAIL TO L. MORTON RE: SAME | 1.10 | 836.00 |
| 11/28/22 | SYC | REVISIONS TO INTERIM FEE APPLICATIONS AND CORRES WITH R. WEBER AND P. RATKOWIAK RE: SAME | 0.80 | 608.00 |
| 11/28/22 | PVR | EMAIL FROM AND TO S. CARNES RE: POTENTIAL HEARING DATE AND OBJECTION DEADLINE FOR FEE APPLICATIONS | 0.20 | 72.00 |
| 11/28/22 | PVR | EMAIL FROM AND TO S. CARNES AND REVIEW COLE SCHOTZ 2ND INTERIM FEE APPLICATION FOR FILING | 0.20 | 72.00 |
| 11/28/22 | PVR | EMAIL EXCHANGE WITH S. CARNES AND REVIEW AND REVISE COLE SCHOTZ 2ND INTERIM FEE APPLICATION | 0.90 | 324.00 |

**LEASES (REAL PROPERTY)**  0.20  190.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/22 | SVA | REVIEWED LA DISTRIBUTION CENTER ASSIGNMENT MOTION AND CORRES W/ R. WEBER RE SAME | 0.20 | 190.00 |

**PREFERENCES AND AVOIDANCE ACTIONS**  0.50  187.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/08/22 | PJS | REVIEW MOTION FOR PROCEDURES FOR SETTLEMENT OF AVOIDANCE ACTIONS AND CIRCULATE SHORT SUMMARY OF SAME | 0.50 | 187.50 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**  1.00  476.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 936082
Client/Matter No. 64573-0001  December 5, 2022
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/18/22 | PVR | ARRANGE FOR REMOTE APPEARANCES FOR J. ALBERTO, S. VAN AALTEN, D. DEAN AND S. CARNES FOR NOVEMBER 22, 2022 HEARING | 0.20 | 72.00 |
| 11/18/22 | PVR | EMAIL TO J. ALBERTO, S. VAN AALTEN, D. DEAN AND S. CARNES AND RETRIEVE AGENDA FOR NOVEMBER 22, 2022 HEARING | 0.20 | 72.00 |
| 11/18/22 | LSM | COMPILE, REVIEW AND CIRCULATE TO J. ALBERTO AND S. VAN AALTEN THE AGENDA FOR THE NOVEMBER 22, 2022 HEARING | 0.40 | 142.00 |
| 11/21/22 | SVA | CORRES W/ S. CARNES RE 11.22 HEARING | 0.20 | 190.00 |
| | | TOTAL HOURS | 19.40 | |

PROFESSIONAL SERVICES: $8,966.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Morton, Larry | Paralegal | 12.30 | 355.00 | 4,366.50 |
| Pauline Z. Ratkowiak | Paralegal | 1.70 | 360.00 | 612.00 |
| Peter J. Strom | Associate | 0.50 | 375.00 | 187.50 |
| Sarah A. Carnes | Member | 4.50 | 760.00 | 3,420.00 |
| Seth Van Aalten | Member | 0.40 | 950.00 | 380.00 |
| | **Total** | **19.40** | | **$8,966.00** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 09/22/22 | DELIVERY/COURIERS | 1.00 | 15.00 |
| 10/13/22 | ONLINE RESEARCH | 11.00 | 1.10 |
| 10/13/22 | ONLINE RESEARCH | 6.00 | 0.60 |
| 10/13/22 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/13/22 | ONLINE RESEARCH | 3.00 | 0.30 |
| 10/13/22 | ONLINE RESEARCH | 26.00 | 2.60 |
| 10/13/22 | ONLINE RESEARCH | 26.00 | 2.60 |
| 10/13/22 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/13/22 | ONLINE RESEARCH | 10.00 | 1.00 |
| 10/13/22 | ONLINE RESEARCH | 16.00 | 1.60 |
| 10/13/22 | ONLINE RESEARCH | 2.00 | 0.20 |
| 11/10/22 | PHOTOCOPY /PRINTING/ SCANNING | 16.00 | 1.60 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS　　　　　　　　　　　Invoice Number  936082
　　　Client/Matter No. 64573-0001　　　　　　　　　　　　　　　　　　　　　　　　　December 5, 2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 11/16/22 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.20 |
| | **Total** | | **$27.20** |

TOTAL SERVICES AND COSTS:　　　　　　　　　　　　　　　　　　　　　　　　　$　　　8,993.20



1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

ARMSTRONG FLOORING, INC.
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o ANGELA HODGES
EASTMAN CHEMICAL
200 S. WILCOX DRIVE W-140
KINGSPORT, TN 37660

|  |  |
|---|---|
| Invoice Date: | January 6, 2023 |
| Invoice Number: | 937272 |
| Matter Number: | 64573-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2022

## CASE ADMINISTRATION                                                                                     0.50           475.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/22 | SVA | CORRES W/ UCC MEMBER RE CASE UPDATE | 0.20 | 190.00 |
| 12/05/22 | SVA | CORRES W/ UCC MEMBER RE CASE UPDATE | 0.30 | 285.00 |

## FEE APPLICATION MATTERS/OBJECTIONS                                                       2.60         1,216.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/22 | SYC | REVIEW AND FINALIZE FOR FILING CS AND PROVINCE SECOND INTERIM FEE APPS | 0.50 | 380.00 |
| 11/29/22 | PVR | EFILE AND COORDINATE SERVICE OF PROVINCE SECOND INTERIM FEE APPLICATION AND UPDATE CASE CALENDAR RE: OBJECTION DEADLINE | 0.30 | 108.00 |
| 11/29/22 | PVR | EMAIL FROM AND TO S. CARNES AND REVIEW, REVISE AND PREPARE COLE SCHOTZ SECOND INTERIM FEE APPLICATION AND NOTICE AND PROVINCE SECOND INTERIM FEE APPLICATION, NOTICE AND EXHIBIT A – CERTIFICATION FOR FILING | 0.30 | 108.00 |
| 11/29/22 | PVR | EFILE AND COORDINATE SERVICE OF COLE SCHOTZ SECOND INTERIM FEE APPLICATION AND UPDATE CASE CALENDAR RE: OBJECTION DEADLINE | 0.30 | 108.00 |
| 12/22/22 | PVR | EMAIL TO S. CARNES AND RETRIEVE AND REVIEW FILED COC RE: DEBTORS' INTERIM FEE APPLICATIONS | 0.30 | 108.00 |
| 12/22/22 | PVR | EMAIL TO S. CARNES AND DRAFT COC AND PROPOSED ORDER RE: SECOND INTERIM FEE APPLICATIONS FILED BY COLE SCHOTZ AND BY PROVINCE | 0.40 | 144.00 |
| 12/23/22 | PVR | EMAIL TO S. CARNES AND TO L. MORTON RE: STATUS OF COC AND PROPOSED ORDER RE: SECOND INTERIM FEE APPLICATIONS FOR COLE SCHOTZ AND FOR PROVINCE | 0.20 | 72.00 |
| 12/23/22 | PVR | EMAIL TO S. CARNES RE: FILING OF DRAFT COC AND PROPOSED ORDER RE: SECOND INTERIM FEE APPLICATIONS | 0.10 | 36.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 937272
Client/Matter No. 64573-0001  January 6, 2023
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/28/22 | SYC | REVIEW COC FOR SECOND INTERIM FEE APP | 0.20 | 152.00 |

**PREFERENCES AND AVOIDANCE ACTIONS** — 1.50 — 1,216.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/04/22 | SYC | CORRES WITH DEBTORS RE: PREFERENCES / CASE STATUS | 0.20 | 152.00 |
| 12/08/22 | SVA | CORRES W/ UCC MEMBERS RE STATUS OF PREFERENCE CLAIMS | 0.40 | 380.00 |
| 12/08/22 | SYC | EMAILS WITH R. WEBER RE: PREFERENCES AND CASE DISMISSAL (.5); AND CORRES WITH UCC MEMBER RE: SAME (.4) | 0.90 | 684.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS** — 1.70 — 612.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/16/22 | PVR | EMAIL TO J. ALBERTO, D. DEAN, S. CARNES AND S. VAN AALTEN AND RETRIEVE AND REVIEW AGENDA FOR DECEMBER 20, 2022 FEE HEARING | 0.20 | 72.00 |
| 12/16/22 | PVR | EMAIL FROM AND TO S. CARNES RE: OMNIBUS HEARING DATES FOR COMMITTEE INTERIM FEE APPLICATIONS AND REVIEW DOCKET RE: SAME | 0.20 | 72.00 |
| 12/19/22 | PVR | EMAIL TO J. ALBERTO, S. VAN AALTEN, D. DEAN AND S. CARNES AND RETRIEVE AND REVIEW AMENDED AGENDA CANCELING DECEMBER 20, 2022 HEARING AND UPDATE CASE CALENDAR | 0.20 | 72.00 |
| 12/19/22 | PVR | EMAIL FROM S. CARNES AND EFILE AND COORDINATE SERVICE OF NOTICE OF HEARING ON SECOND INTERIM APPLICATIONS | 0.30 | 108.00 |
| 12/19/22 | PVR | EMAIL TO S. CARNES AND DRAFT NOTICE OF HEARING ON INTERIM FEE APPLICATIONS FOR COLE SCHOTZ AND FOR PROVINCE | 0.30 | 108.00 |
| 12/19/22 | PVR | TELEPHONE CALLS TO SKADDEN AND CHIPMAN BROWN RE: FUTURE OMNIBUS HEARING DATES | 0.20 | 72.00 |
| 12/19/22 | PVR | EMAIL FROM AND TO S. CARNES AND REVIEW DOCKET RE: OMNIBUS HEARING DATES IN JANUARY AND FEBRUARY 2023 | 0.10 | 36.00 |
| 12/20/22 | PVR | UPDATE CASE CALENDAR RE: JANUARY 26, 2023 AND FEBRUARY 22, 2023 HEARINGS | 0.20 | 72.00 |

TOTAL HOURS  6.30

PROFESSIONAL SERVICES:  $3,519.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Pauline Z. Ratkowiak | Paralegal | 3.60 | 360.00 | 1,296.00 |
| Sarah A. Carnes | Member | 1.80 | 760.00 | 1,368.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 937272 |
| --- | --- | --- |
| | Client/Matter No. 64573-0001 | January 6, 2023 |
| | | Page 3 |

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
| --- | --- | --- | --- | --- |
| Seth Van Aalten | Member | 0.90 | 950.00 | 855.00 |
| | **Total** | **6.30** | | **$3,519.00** |

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
| --- | --- | --- | --- |
| 11/10/22 | ONLINE RESEARCH | 11.00 | 1.10 |
| 11/10/22 | ONLINE RESEARCH | 22.00 | 2.20 |
| 11/18/22 | ONLINE RESEARCH | 4.00 | 0.40 |
| 11/18/22 | ONLINE RESEARCH | 2.00 | 0.20 |
| 11/18/22 | ONLINE RESEARCH | 3.00 | 0.30 |
| 11/22/22 | ONLINE RESEARCH | 1.00 | 0.10 |
| 11/22/22 | ONLINE RESEARCH | 2.00 | 0.20 |
| 11/22/22 | ONLINE RESEARCH | 18.00 | 1.80 |
| 11/22/22 | ONLINE RESEARCH | 2.00 | 0.20 |
| 11/28/22 | ONLINE RESEARCH | 4.00 | 0.40 |
| 11/28/22 | ONLINE RESEARCH | 9.00 | 0.90 |
| 11/28/22 | ONLINE RESEARCH | 17.00 | 1.70 |
| 11/29/22 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.20 |
| 11/29/22 | PHOTOCOPY /PRINTING/ SCANNING | 12.00 | 1.20 |
| 11/29/22 | PHOTOCOPY /PRINTING/ SCANNING | 18.00 | 1.80 |
| 12/19/22 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.20 |
| 12/19/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 12/28/22 | PHOTOCOPY /PRINTING/ SCANNING | 6.00 | 0.60 |
| | **Total** | | **$13.60** |

TOTAL SERVICES AND COSTS:  $   3,532.60

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY  10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

ARMSTRONG FLOORING, INC.
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o ANGELA HODGES
EASTMAN CHEMICAL
200 S. WILCOX DRIVE W-140
KINGSPORT, TN 37660

|  |  |
|---|---|
| Invoice Date: | February 6, 2023 |
| Invoice Number: | 939697 |
| Matter Number: | 64573-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2023

| **CASE ADMINISTRATION** | | | **1.70** | **603.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 01/03/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 71.00 |
| 01/04/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.40 | 142.00 |
| 01/10/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 71.00 |
| 01/17/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 71.00 |
| 01/24/23 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR S. VAN AALTEN AND S. CARNES FOR THE JANUARY 26, 2023 HEARING | 0.40 | 142.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 939697 |
| | Client/Matter No. 64573-0001 | | | February 6, 2023 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/26/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 106.50 |

| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **0.80** | **608.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 01/25/23 | SYC | REVIEW OMNIBUS CLAIMS OBJECTION AND EMAILS TO UCC MEMBERS RE: SAME | 0.80 | 608.00 |

| **CREDITOR INQUIRIES** | | | **0.20** | **190.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 01/17/23 | SVA | CORRES W/ CREDITOR COUNSEL RE GUC DISTRIBUTIONS | 0.20 | 190.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **0.30** | **108.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 01/03/23 | PVR | EMAIL TO S. CARNES, J. ALBERTO AND S. VAN AALTEN, RETRIEVE AND REVIEW OMNIBUS FEE ORDER AWARDING UCC SECOND INTERIM FEE APPS, AND COORDINATE SERVICE OF ORDER | 0.30 | 108.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **0.80** | **408.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 01/24/23 | PVR | EMAIL TO J. ALBERTO, S. VAN AALTEN, D. DEAN AND S. CARNES AND RETRIEVE AND REVIEW AGENDA FOR JANUARY 26, 2023 HEARING | 0.20 | 72.00 |
| 01/24/23 | PVR | ARRANGE FOR ZOOM APPEARANCE FOR J. ALBERTO FOR JANUARY 26, 2023 HEARING | 0.10 | 36.00 |
| 01/24/23 | PVR | TELEPHONE TO L. MORTON RE: ZOOM APPEARANCES FOR S. VAN AALTEN AND S. CARNES | 0.20 | 72.00 |
| 01/26/23 | SYC | ATTEND 1/26 HEARING | 0.30 | 228.00 |

| **REORGANIZATION PLAN** | | | **2.10** | **1,824.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 01/03/23 | SVA | REVIEWED MOTION TO EXTEND EXCLUSIVITY | 0.40 | 380.00 |
| 01/17/23 | SVA | REVIEW MEXICHEM OBJECTION TO EXCLUSIVITY EXTENSION MOTION | 0.40 | 380.00 |
| 01/18/23 | SYC | CALL WITH SVA AND DEBTORS' COUNSEL RE: DISMISSAL AND NEXT STEPS, REVIEW OF MEXICHEM OBJECTION TO EXCLUSIVITY; EMAIL TO L. MORTON RE: EXCLUSIVITY HEARING | 0.90 | 684.00 |
| 01/18/23 | SVA | CALL W/ DEBTOR COUNSEL RE EXCLUSIVITY MOTION | 0.40 | 380.00 |

| **RETENTION MATTERS** | | | **0.40** | **142.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  939697
Client/Matter No. 64573-0001  February 6, 2023
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/10/23 | LSM | REVISE, FILE AND CIRCULATE TO S. CARNES THE NOTICE OF PROFESSIONAL FEE HOURLY RE: PROVINCE | 0.40 | 142.00 |
| | | TOTAL HOURS | 6.30 | |

PROFESSIONAL SERVICES: $3,883.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Morton, Larry | Paralegal | 2.10 | 355.00 | 745.50 |
| Pauline Z. Ratkowiak | Paralegal | 0.80 | 360.00 | 288.00 |
| Sarah A. Carnes | Member | 2.00 | 760.00 | 1,520.00 |
| Seth Van Aalten | Member | 1.40 | 950.00 | 1,330.00 |
| | **Total** | **6.30** | | **$3,883.50** |

TOTAL SERVICES: $ 3,883.50



Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

ARMSTRONG FLOORING, INC.
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o ANGELA HODGES
EASTMAN CHEMICAL
200 S. WILCOX DRIVE W-140
KINGSPORT, TN 37660

| | |
|---|---|
| Invoice Date: | March 3, 2023 |
| Invoice Number: | 941396 |
| Matter Number: | 64573-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2023

| **CASE ADMINISTRATION** | | | 0.30 | 106.50 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/15/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 106.50 |

| **CREDITOR INQUIRIES** | | | 0.50 | 380.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/16/23 | SYC | RESPOND TO CREDITOR INQUIRIES | 0.50 | 380.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | 0.40 | 142.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/17/23 | LSM | COMPILE, REVIEW AND CIRCULATE AGENDA FOR THE FEBRUARY 22, 2023 HEARING | 0.40 | 142.00 |

| **REORGANIZATION PLAN** | | | 0.40 | 380.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/24/23 | SVA | T/C W/ R. WEBER RE DISMISSAL ISSUES | 0.40 | 380.00 |
| | | TOTAL HOURS | 1.60 | |

PROFESSIONAL SERVICES: $1,008.50

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Morton, Larry | Paralegal | 0.70 | 355.00 | 248.50 |
| Sarah A. Carnes | Member | 0.50 | 760.00 | 380.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                     Invoice Number  941396
         Client/Matter No. 64573-0001                                                    March 3, 2023
                                                                                                Page 2

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Seth Van Aalten | Member | 0.40 | 950.00 | 380.00 |
| | **Total** | **1.60** | | **$1,008.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 01/19/23 | ONLINE RESEARCH | 2.00 | 0.20 |
| 01/19/23 | ONLINE RESEARCH | 4.00 | 0.40 |
| 01/19/23 | ONLINE RESEARCH | 7.00 | 0.70 |
| 01/31/23 | DEPOSTIONS TRANSCRIPTS | 1.00 | 48.00 |
| | **Total** | | **$49.30** |

TOTAL SERVICES AND COSTS:                                                                   $    1,057.80



Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY  10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

ARMSTRONG FLOORING, INC.
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o ANGELA HODGES
EASTMAN CHEMICAL
200 S. WILCOX DRIVE W-140
KINGSPORT, TN 37660

|  |  |
|---|---|
| Invoice Date: | April 4, 2023 |
| Invoice Number: | 943588 |
| Matter Number: | 64573-0001 |

**Re:**   OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2023

## CASE ADMINISTRATION                                         2.90         1,029.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/21/23 | LSM | REVIEW, FILE AND ORGANIZE ELECTRONIC SERVICE OF COMMITTEE JOINDER TO DEBTORS OPPOSITION TO MOTION TO CONVERT. | 0.60 | 213.00 |
| 03/21/23 | LSM | ASSIST WITH FILING PREPARATIONS FOR COMMITTEE JOINDER TO DEBTORS OPPOSITION TO MOTION TO CONVERT CASES | 1.00 | 355.00 |
| 03/22/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES | 0.40 | 142.00 |
| 03/23/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 106.50 |
| 03/24/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 943588 |
| | Client/Matter No. 64573-0001 | | April 4, 2023 |
| | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/27/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE REMOVAL. | 0.30 | 106.50 |

| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **0.40** | **380.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 03/21/23 | SVA | REVIEWED MEXICHEM RESPONSE TO CLAIM OBJECTION | 0.40 | 380.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **0.70** | **248.50** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 03/24/23 | LSM | COMPILE, REVIEW AND CIRCULATE TO J. ALBERTO AGENDA FOR THE AGENDA FOR THE MARCH 28, 2023 HEARING | 0.30 | 106.50 |
| 03/27/23 | LSM | COMPILE, REVIEW AND CIRCULATE TO J. ALBERTO AND S VAN AALTEN THE AGENDA FOR THE MARCH 28, 2023 HEARING | 0.40 | 142.00 |

| **REORGANIZATION PLAN** | | | **11.70** | **9,880.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 03/07/23 | SVA | REVIEWED MEXICHEM MOTION TO CONVERT | 0.40 | 380.00 |
| 03/07/23 | SYC | REVIEW MEXICHEM CONVERSION MOTION AND EMAIL TO SVA RE: SAME | 0.30 | 228.00 |
| 03/08/23 | SVA | CORRES W/ S. CARNES RE MEXICHEM CONVERSION MOTION | 0.20 | 190.00 |
| 03/08/23 | SVA | T/C W/ R. WEBER RE MEXICHEM CONVERSION MOTION | 0.20 | 190.00 |
| 03/14/23 | SVA | T/C W/ R. WEBER RE DISMISSAL STATUS | 0.20 | 190.00 |
| 03/19/23 | SVA | REVIEW/COMMENT ON DEBTORS OPPOSITION TO MOTION TO CONVERT AND MOTION FOR STRUCTURED DISMISSAL | 1.20 | 1,140.00 |
| 03/20/23 | SYC | REVIEW DRAFT DISMISSAL MOTION AND OPPOSITION TO CONVERSION MOTION | 1.20 | 912.00 |
| 03/20/23 | SYC | CORRES WITH COMMITTEE AND CREDITORS RE: DISMISSAL MOTION AND OPPOSITION TO CONVERSION MOTION | 1.30 | 988.00 |
| 03/20/23 | SVA | CORRES W/ UCC MEMBERS RE STRUCTURED DISMISSAL | 0.80 | 760.00 |
| 03/20/23 | SVA | REVIEWED REVISED DEBTOR OBJECTION TO CONVERSION MOTION AND STRUCTURED DISMISSAL MOTION | 0.60 | 570.00 |
| 03/21/23 | SYC | DRAFT JOINDER TO DEBTOR OPPOSITION TO MEXICHEM CONVERSION MOTION AND COORDINATE FILING OF SAME | 3.10 | 2,356.00 |
| 03/21/23 | SYC | REVIEW REVISED DRAFTS OF DEBTOR OPPOSITION TO CONVERSION MOTION AND DISMISSAL MOTION | 0.60 | 456.00 |
| 03/21/23 | SVA | REVIEW/COMMENT ON UCC JOINDER TO DISMISSAL MOTION | 0.40 | 380.00 |
| 03/21/23 | SVA | REVIEW FINAL STRUCTURED DISMISSAL MOTION AND OPPOSITION TO CONVERSION MOTION | 0.80 | 760.00 |
| 03/23/23 | SVA | REVIEWED MEXICHEM REPLY TO DISMISSAL MOTION | 0.40 | 380.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 943588 |
| --- | --- | --- |
| | Client/Matter No. 64573-0001 | April 4, 2023 |
| | | Page 3 |

|  |  | TOTAL HOURS | 15.70 |  |
| --- | --- | --- | --- | --- |

PROFESSIONAL SERVICES: $11,538.00

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
| --- | --- | --- | --- | --- |
| Morton, Larry | Paralegal | 3.60 | 355.00 | 1,278.00 |
| Sarah A. Carnes | Member | 6.50 | 760.00 | 4,940.00 |
| Seth Van Aalten | Member | 5.60 | 950.00 | 5,320.00 |
| | **Total** | **15.70** | | **$11,538.00** |

TOTAL SERVICES: $ 11,538.00



Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

ARMSTRONG FLOORING, INC.
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o ANGELA HODGES
EASTMAN CHEMICAL
200 S. WILCOX DRIVE W-140
KINGSPORT, TN 37660

|  |  |
|---|---|
| Invoice Date: | May 3, 2023 |
| Invoice Number: | 946671 |
| Matter Number: | 64573-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

### CASE ADMINISTRATION — 1.10 — 431.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/03/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.20 | 71.00 |
| 04/04/23 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR S. CARNES FOR APRIL 5, 2023 HEARING | 0.30 | 106.50 |
| 04/04/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES | 0.20 | 71.00 |
| 04/04/23 | SYC | REVIEW 4/5 HEARING AGENDA | 0.10 | 76.00 |
| 04/06/23 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR S. CARNES FOR THE APRIL 11, 2023 HEARING | 0.30 | 106.50 |

### FEE APPLICATION MATTERS/OBJECTIONS — 0.60 — 334.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/13/23 | SYC | EMAILS TO PROVINCE AND L. MORTON RE: FINAL FEE APPLICATION HEARING | 0.30 | 228.00 |
| 04/17/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES FOR FINAL FEE APPLICATIONS | 0.30 | 106.50 |

### PREPARATION FOR AND ATTENDANCE AT HEARINGS — 4.70 — 3,367.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/04/23 | LSM | COMPILE, REVIEW AND CIRCULATE TO S. CARNES THE AGENDA FOR THE APRIL 5, 2023 HEARING | 0.30 | 106.50 |
| 04/05/23 | SYC | ATTEND 4/5 HEARING | 0.40 | 304.00 |
| 04/06/23 | LSM | COMPILE, REVIEW AND CIRCULATE TO S. CARNES THE AGENDA FOR THE APRIL 11, 2023 HEARING | 0.30 | 106.50 |
| 04/10/23 | SYC | REVIEW HEARING AGENDA, WITNESS LISTS, AND PREPARE FOR 4/11 HEARING | 0.50 | 380.00 |
| 04/11/23 | SVA | T/C W/ S. CARNES RE DISMISSAL HEARING | 0.20 | 190.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 946671
Client/Matter No. 64573-0001  May 3, 2023
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/11/23 | SYC | ATTEND HEARING ON MOTION TO CONVERT | 3.00 | 2,280.00 |

**REORGANIZATION PLAN**                                                                 2.60     2,090.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/04/23 | SYC | REVIEW OBJECTIONS TO DISMISSAL PROCEDURES MOTION AND EMAIL TO SVA RE: SAME | 0.30 | 228.00 |
| 04/07/23 | SVA | REVIEW EXHIBIT AND WITNESS LISTS FOR DISMISSAL HEARING | 0.20 | 190.00 |
| 04/11/23 | SYC | EMAIL TO UCC RE: CONVERSION | 0.90 | 684.00 |
| 04/11/23 | SYC | EMAILS AND CALLS WITH R. WEBER AND SVA RE: CONVERSION | 0.30 | 228.00 |
| 04/13/23 | SVA | REVIEW/COMMENT ON CONVERSION ORDER | 0.40 | 380.00 |
| 04/13/23 | SYC | REVIEW DRAFT CONVERSION ORDER AND PROVIDE COMMENTS TO SAME | 0.50 | 380.00 |
|  |  | TOTAL HOURS | 9.00 |  |

PROFESSIONAL SERVICES:                                                                                  $6,222.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Morton, Larry | Paralegal | 1.90 | 355.00 | 674.50 |
| Sarah A. Carnes | Member | 6.30 | 760.00 | 4,788.00 |
| Seth Van Aalten | Member | 0.80 | 950.00 | 760.00 |
|  | **Total** | **9.00** |  | **$6,222.50** |

TOTAL SERVICES:                                                                                  $         6,222.50