**EXHIBIT A**
**Certification**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATION OF SANJURO KIETLINSKI

Sanjuro Kietlinski, a Principal with the firm Province, after being duly sworn according to law, deposes and says:

1. I am a Principal with the firm of Province, LLC ("Province"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. Province also has offices in the Baltimore, Los Angeles, Miami and Stamford metro areas. Province was retained as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") on May 20, 2022 and Province's employment application was approved by the Court on July 8, 2022.

2. I have personally performed many of the services rendered by Province as financial advisor to the Committee and am familiar with the other work performed on behalf of the Committee by the other professionals in the firm.

3. The *Combined Fifth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

*Committee of Unsecured Creditors, for the (i) Monthly Period from November 1, 2022 through April 17, 2023, and (ii) Final Period from May 20, 2022 through April 17, 2023* (the "Application") was prepared at my direction. The facts set forth in the foregoing Application are true to the best of my knowledge, information and belief.

4. Province's rates for the services rendered by its professionals in these chapter 11 cases are similar to the rates Province charges for professional services rendered in comparable bankruptcy and non-bankruptcy cases in a competitive national market for financial advisory services.

5. I have reviewed the Court's Local Rule 2016-2 and the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. s.330 (the "Guidelines"). The Application substantially complies with Local Rule 2016-2 and the Guidelines.

Executed under penalty of perjury of the laws of the United States on this 17th day of May 2023.

*/s/ Sanjuro Kietlinski*
Sanjuro Kietlinski, Principal
Province, LLC
