**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH APRIL 17, 2023**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---:|---:|---:|
| Paul Huygens, Principal | $1,320 | 1.0 | $1,320.00 |
| Sanjuro Kietlinski, Principal | $1,030 | 0.8 | $824.00 |
| Sanjuro Kietlinski, Principal | $900 | 1.5 | $1,350.00 |
| Harry Foard, Director | $690 | 1.0 | $690.00 |
| Eric Mattson, Paralegal | $270 | 2.2 | $594.00 |
| Eric Mattson, Paralegal | $220 | 2.6 | $572.00 |
| **Grand Total** |  | **9.1** | **$5,350.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Court Filings | 1.0 | $1,320.00 |
| Fee / Employment Applications | 8.1 | $4,030.00 |
| **Grand Total** | **9.1** | **$5,350.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---:|
| Miscellaneous | Research fee. | $58.00 |
| **Total Expenses** |  | **$58.00** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 11/8/2022 | Harry Foard | Corresponded with CS re fee app. | Fee / Employment Applications | 0.10 | 690.00 | $69.00 |
| 11/8/2022 | Sanjuro Kietlinski | Corresponded with H. Foard re: fee app matters. | Fee / Employment Applications | 0.20 | 900.00 | $180.00 |
| 11/8/2022 | Harry Foard | Corresponded with S. Kietlinski re fee app. | Fee / Employment Applications | 0.10 | 690.00 | $69.00 |
| 11/9/2022 | Sanjuro Kietlinski | Corresponded with S. Carnes re: fee apps. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 11/9/2022 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.30 | 900.00 | $270.00 |
| 11/9/2022 | Sanjuro Kietlinski | Followed up with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 11/10/2022 | Eric Mattson | Revised fourth monthly fee app to combine September and October (0.4). Emailed to S. Kietlinski and H. Foard for review (0.1). | Fee / Employment Applications | 0.50 | 220.00 | $110.00 |
| 11/10/2022 | Sanjuro Kietlinski | Corresponded with H. Foard re: Sept/Oct fee apps. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 11/11/2022 | Sanjuro Kietlinski | Followed up with H. Foard and E. Mattson re: fee app. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 11/14/2022 | Harry Foard | Revised the combined September & October fee application. | Fee / Employment Applications | 0.40 | 690.00 | $276.00 |
| 11/14/2022 | Harry Foard | Corresponded with S. Carnes re combined September & October fee application. | Fee / Employment Applications | 0.10 | 690.00 | $69.00 |
| 11/14/2022 | Sanjuro Kietlinski | Corresponded internally re: Sept/Oct fee app. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 11/22/2022 | Sanjuro Kietlinski | Reviewed draft fee app. | Fee / Employment Applications | 0.30 | 900.00 | $270.00 |
| 11/22/2022 | Eric Mattson | Drafted interim fee app (0.7). Emailed to S. Kietlinski and H. Foard for review (0.1). | Fee / Employment Applications | 0.80 | 220.00 | $176.00 |
| 11/22/2022 | Sanjuro Kietlinski | Reviewed CS fee app memo. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 12/22/2022 | Harry Foard | Corresponded with S. Carnes re monthly fee application. | Fee / Employment Applications | 0.10 | 690.00 | $69.00 |
| 12/22/2022 | Harry Foard | Revised latest monthly fee application draft. | Fee / Employment Applications | 0.20 | 690.00 | $138.00 |
| 12/22/2022 | Eric Mattson | Drafted November fee app (0.7). Emailed to S. Kietlinski and H. Foard for review (0.1). | Fee / Employment Applications | 0.80 | 220.00 | $176.00 |

64573/0001-45303598v1

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/22/2022 | Sanjuro Kietlinski | Corresponded with H. Foard and E. Mattson re: November fee app. | Fee / Employment Applications | 0.10 | 900.00 | $90.00 |
| 1/25/2023 | Eric Mattson | Revised November monthly fee app to include December (0.4). Emailed to S. Kietlinski for review (0.1). | Fee / Employment Applications | 0.50 | 220.00 | $110.00 |
| 3/20/2023 | Paul Huygens | Review Mexichem conversion motion and draft response, along with draft structured dismissal motion. | Court Filings | 1.00 | 1,320.00 | $1,320.00 |
| 4/17/2023 | Sanjuro Kietlinski | Reviewed and approved final fee app. | Fee / Employment Applications | 0.80 | 1,030.00 | $824.00 |
| 4/17/2023 | Eric Mattson | Drafted final fee app (2.1). Emailed to S. Kietlinski for review (0.1). | Fee / Employment Applications | 2.20 | 270.00 | $594.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 11/4/2022 | Miscellaneous | PACER - Quarterly research fee. | $53.00 |
| 2/6/2023 | Miscellaneous | PACER - Quarterly research fee. | $5.00 |
|  | **Total Expenses** |  | **$58.00** |