## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered)<br>**Hearing Date: June 21, 2023 at 2:00 p.m. (ET)**<br>**Obj. Deadline: June 7, 2023 at 4:00 p.m. (ET)**<br>**Re: Docket Nos. 1399 & 1400** |

### NOTICE OF HEARING ON FINAL FEE APPLICATIONS

**PLEASE TAKE NOTICE** that, on May 17, 2023, the (i) **Combined Fifth Monthly and Final Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2022 through April 17, 2023 and the Final Period from May 19, 2022 Through April 17, 2023**, and (ii) **Combined Fifth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to The Official Committee of Unsecured Creditors, for the (I) Monthly Period from November 1, 2022 Through April 17, 2023, and (II) Final Period From May 20, 2022 Through April 17, 2023** (the "Final Fee Applications"), were filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Final Fee Applications were due **4:00 p.m. (Prevailing Eastern Time) on June 7, 2023** (the "Objection Deadline").

A HEARING ON THE FINAL FEE APPLICATIONS, IF NECESSARY, WILL BE HELD ON **JUNE 21, 2023 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FINAL FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

64573/0001-45373135v1

2

| | |
|---|---|
| Dated: May 17, 2023<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br><br>- and -<br><br>Seth Van Aalten, Esq. (Admitted *Pro Hac Vice*)<br>Sarah A. Carnes, Esq. (Admitted *Pro Hac Vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>svanaalten@coleschotz.com<br>scarnes@coleschotz.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |