# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ARMSTRONG FLOORING, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST TO BE REMOVED FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Jinhee Kim, Yong Ik Lee, Mary Kosman, Somin Jun, and Jipyong LLC hereby withdraw their appearance as counsel for Hyundai L&C Corporation ("Hyundai L&C") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Jinhee Kim, Yong Ik Lee, Mary Kosman, Somin Jun, and Jipyong LLC hereby request they be removed as counsel for Hyundai L&C from all mailing and electronic case filing notice lists in the above-captioned case.

Dated: May 18, 2023

**JIPYONG LLC**

By: /s/ JK

Jinhee Kim (CA Bar No. 238928)
Yong Ik Lee (NY Bar Reg. No. 5718143)
Mary Kosman (MD Bar No.1312180108)
Somin Jun (IL Bar No. 6329889)

26F Grand Central A
14 Sejong-daero, Jung-gu
Seoul 04527, Korea
Telephone: +82-2-6200-1782
Facsimile: +82-2-6200-0811
jinheekim@jipyong.com

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).  The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

yilee@jipyong.com
marykosman@jipyong.com
smjun@jipyong.com

2