**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., et al.,[1] | Case No. 22-10426 (MFW) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 21, 2023 AT 2:00 P.M. (EASTERN TIME)**

> **This hearing will be conducted entirely via Zoom. Parties wishing to observe or participate in accordance with the Court's chambers procedures may attend remotely over Zoom. Any party wishing to appear by Zoom must register by June 20, 2023 at 4:00 p.m.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItfuyvrz8iG3hGFGW9GH8PlaMsJjOcJqs
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

I.      **CONTESTED MATTER**

1.      Final Fee Application of Ryan, LLC [Filed: 5/17/23] (Docket No. 1396).

   Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:

   a)   Chapter 7 Trustee's Limited Objection to Final Fee Application of Ryan, LLC [Filed: 6/7/23] (Docket No. 1422).

   Related Documents:

   a)   None.

   Status:  This matter will go forward.

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows:  Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

## II.    <u>FINAL FEE APPLICATIONS OF CHAPTER 11 PROFESSIONALS:</u>

2.    Approval of Final Fee Applications of Estate-Compensated Chapter 11 Professionals

<u>Response Deadline</u>:   June 7, 2023 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>: See *Exhibit A*, attached hereto

<u>Related Documents</u>:   See *Exhibit A*, attached hereto

<u>Status</u>:  The Trustee has filed a certification of counsel with an agreed proposal omnibus final fee order approving the final fee applications.  No hearing is necessary unless the Court has questions.

Dated:  June 16, 2023                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano,*
*Chapter 7 Trustee*

# EXHIBIT A

**Groom Law Group, Chartered – Special Employee Benefits Counsel to the Debtors**

1.    Final Application of Groom Law Group, Chartered, for Compensation and Reimbursement of Expenses as Special Employee Benefits Counsel for the Debtors for the Period From May 8, 2022 Through and Including January 31, 2023 [Filed: 5/15/23] (Docket No. 1389).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

Related Documents:

a)  Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432).

**Chipman Brown Cicero & Cole, LLP - Co-Counsel to the Debtors**

2.    Eleventh Monthly and Final Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel for the Debtor for the period (Monthly) from March 1, 2023 Through And Including April 17, 2023 and the Final Period from May 8, 2022 Through and Including to April 17, 2023 [Filed: 5/16/23] (Docket No. 1393).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

Related Documents:

a)  Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432).

**Barnes & Thornburg LLP – Special Labor Counsel to the Debtors**

3.      Combined Fourth Monthly and Final Fee Application of Barnes & Thornburg LLP, as Special Labor Counsel to the Debtors, For Allowance of Monthly Compensation and For Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the (I) Monthly Period of September 1, 2022 Through April 17, 2023 and (II) Final Period of May 9, 2022 Through April 17, 2023 [Filed: 5/17/23] (Docket No. 1394).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

Related Documents:

a)  Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432).

**ASK LLP – Special Counsel to the Debtors**

4.      Statement of Fees For Professional Services Rendered and Reimbursement of Expenses Incurred By ASK LLP as Special Counsel to Analyze and Litigate Preference Claims [Filed: 5/17/23] (Docket No. 1395).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

Related Documents:

a)  Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432).

**Cole Schotz P.C –Counsel to the Official Committee of Unsecured Creditors**

5.      Combined Fifth Monthly and Final Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2022 through April 17, 2023 and the Final for the period May 19, 2022 to April 17, 2023 [Filed: 5/17/23] (Docket No. 1399).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

4

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

Related Documents:

a)  Notice of Hearing on Final Fee Applications [Filed: 5/17/23] (Docket No. 1401).

b)  Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432).

**Province, LLC – Financial Advisor to the Official Committee of Unsecured Creditors**

6.    Combined Fifth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the (I) Monthly Period from November 1, 2022 Through April 17, 2023, and (II) Final for the period May 20, 2022 to April 17, 2023 [Filed: 5/17/23] (Docket No. 1400).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

Related Documents:

a)  Notice of Hearing on Final Fee Applications [Filed: 5/17/23] (Docket No. 1401).

b)  Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432)

**Skadden, Arps, Slate, Meagher & Flom LLP – Bankruptcy Counsel for the Debtors**

7.    Fourth Interim and Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP, as Bankruptcy Counsel for the Debtors, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period Fourth Interim Period of February 1, 2023 Through May 17, 2023 and (II) the Final Fee Period of May 8, 2022 Through May 17, 2023 [Filed: 5/17/23] (Docket No. 1403).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)  Chapter 7 Trustee's Omnibus Limited Objection to Final Fee Applications of Chapter 11 Estate Professionals [Filed: 6/7/23] (Docket No. 1421).

DOCS_NY:47813.2 31272/001

Related Documents:

a) Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals [Filed: 6/14/23] (Docket No. 1432).