UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ARMSTRONG FLOORING, INC. | ) | Case No. 22-10426-MFW |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE PURSUANT TO FED. R. BANKR. P. 9010(b) AND REQUEST FOR ALL NOTICES AND COPIES PURSUANT TO FED. R. BANKR. P. 2002

Terminus Software, Inc., a creditor and party-in-interest in the above-styled matter, hereby enters its appearance by and through its counsel, Jerome S. Sepkowitz of Derryberry & Naifeh, LLP. Further, in accordance with Fed. R. Bankr P. 2002, and, further, hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to their counsel:

>Jerome S. Sepkowitz, Esq.
>Derryberry & Naifeh, LLP
>4800 N. Lincoln Blvd
>Oklahoma City, OK  73105
>Jsepkowitz@derryberrylaw.com
>Tel: (405) 528-6569
>Fax: (405) 528-6462

This request encompasses all notices, copies, and pleadings referred to in Fed. R. Bankr. P. 2002, whether formal or informal, oral or written, or transmitted via hand-delivery, mail, electronic transmission, or otherwise, which affects or seeks to effect the above-styled matter.

>Respectfully submitted,
>
>*/s/ Jerome S. Sepkowitz*
>Jerome S. Sepkowitz, OBA No. 8081
>DERRYBERRY & NAIFEH, LLP
>4801 N. Lincoln Blvd
>Oklahoma City, OK  73105
>Jsepkowitz@derryberrylaw.com
>Tel: 405/528-6569
>Fax: 405/528-6462
>COUNSEL FOR TERMINUS SOFTWARE, INC.

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on this 13th day of July, 2023, a true and correct copy of the above and foregoing instruments was forwarded automatically to reappearing registrants of the CM/ECF system, including:

Robert Alan Weber on behalf of Debtor at: Weber@ChipmanBrown.com

Alfred T. Giuliano, Bankruptcy Trustee at: atgiuliano@giulianomiller.com


                                      */s/ Jerome S. Sepkowitz*
                                      Jerome S. Sepkowitz