IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ARMSTRONG FLOORING, INC., et al.,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 22-10426 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 9, 2023 AT 2:00 P.M. (EASTERN TIME)**

**PLEASE NOTE: THE HEARING IS CANCELED AT THE REQUEST**

**OF THE COURT AS NO MATTERS ARE GOING FORWARD.**

**I.    CONTINUED MATTERS**

1.    Final Fee Application of Ryan, LLC [Filed: 5/17/23] (Docket No. 1396).

Response Deadline:  June 7, 2023 at 4:00 p.m. Eastern Time.

Responses Received:

a)    Chapter 7 Trustee's Limited Objection to Final Fee Application of Ryan, LLC [Filed: 6/7/23] (Docket No. 1422).

Related Documents:

a)    None.

Status:  This matter is adjourned to August 23, 2023 at 2:00 p.m. (ET) at the request of the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

| | |
|---|---|
| Dated:  August 7, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>            pkeane@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to Alfred T. Giuliano,*<br>*Chapter 7 Trustee* |