**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In Re:**

| | | |
|---|---|---|
| **ARMSTRONG FLOORING, INC., et al.,** | : | **Chapter 7** |
| | : | |
| **Debtors.** | : | **Case No. 22-10426** |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, the undersigned attorney hereby serves this Notice of Appearance on behalf of the Commonwealth of Pennsylvania, Department of Environmental Protection, in the above-captioned case. Pursuant to Federal Rule of Bankruptcy Procedure 2002, 3017 and 9010, the undersigned attorney hereby requests service of all notices, motions, applications, orders, pleadings, reports, plans and disclosure statements filed or served in the above-captioned case. Service may be made and directed as follows:

> David N. Smith, Assistant Counsel
> PA ID No. 314504
>
> Department of Environmental Protection
> Office of Chief Counsel, DEP Southcentral Regional Office
> 909 Elmerton Avenue
> Harrisburg, PA 17110
>
> Telephone: 717-787-8792
> Email:   dnsmith@pa.gov

The Clerk is requested to add the attorney listed below to the mailing matrix and the mailing list for the above-mentioned case.

Respectfully submitted,

  /s/ David N. Smith  
David N. Smith, Assistant Counsel  
PA ID No. 314504

Department of Environmental Protection  
Office of Chief Counsel  
DEP Southcentral Regional Office  
909 Elmerton Avenue  
Harrisburg, PA 17110

Telephone: 717-787-8792  
Email:   dnsmith@pa.gov

FOR THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION

Date:   August 14, 2023