IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>**Docket No. 1452** |

**ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(e) AND 328, BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN BARLEY SNYDER LLP AS REAL ESTATE COUNSEL TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF CONVERSION DATE**

Upon consideration of the Application (the "Application")[2] of Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), for entry of an order (this "Order") authorizing the Trustee to employ and retain Barley Snyder LLP ("Barley" or the "Firm") as Pennsylvania real estate counsel to the Trustee in connection with the sale of the Property, effective as of the Conversion Date (defined below) on April 17, 2023, pursuant to sections 327(e) and 328 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the Application and the Declaration of Eden R. Bucher (the "Declaration"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

*Delaware*, dated February 29, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the Declaration, Barley neither has nor represents any interest adverse to the interests of the Debtors' estates, any other parties in interest, or in connection with the Debtors' cases, with respect to the matters for which Barley is to be employed by the Trustee; and (d) the Court having determined that the legal and factual bases set forth in the Application and the Declaration establish just cause for the relief granted herein; and it appearing to the Court that the Application should be approved, it is HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized to retain and employ Barley as real estate counsel pursuant to sections 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, effective as of April 17, 2023. Barley is authorized to render professional services to the Trustee as described in the Application and in accordance with the terms of the Agreement.

3. Barley shall be compensated on an hourly basis in accordance with the terms of the Agreement. Barley will file a final fee application in these cases.

4. The Trustee and Barley are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

DOCS_DE:243911.2

6.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

| | |
|---|---|
| **Dated: August 18th, 2023**<br>**Wilmington, Delaware** | MARY F. WALRATH<br>UNITED STATES BANKRUPTCY JUDGE |

DOCS_DE:243911.2