**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 29th day of August, 2023, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Motion of Alfred T. Giuliano, Chapter 7 Trustee, For an Order: (I) Establishing the Deadline to File Requests For Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(B); (II) Approving the Form and Manner of Notice Thereof; and (III) Granting Related Relief**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17605.

2

Armstrong Flooring, Inc.
Case # 22-10426
Service List

**FIRST CLASS MAIL**
Ahlstrom Munksjo Glassfibre Oy
Ahlstromintie 19
Kotka 48600
Finland

**FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
(Counsel to Lanxess, Emerald Kalama Chemical)
Dilworth Paxson LLP
Attn: Peter C. Hughes, Scott J. Freedman, Jack Small
1500 Market St, Suite 3500e
Philadelphia, PA 19102

**FIRST CLASS MAIL**
Secretary of State
Division of Corporations, Franchise Tax
John G Townsend Bldg
401 Federal St, Suite 4
Dover, DE 19901

**FIRST CLASS MAIL**
(Counsel to Debtors)
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Joseph O. Larkin & Jacqueline M. Dakin
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to Debtors)
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron E. Meisler & Jennifer Madden
155 North Wacker Drive
Chicago, IL 60606-1720

**ELECTRONIC MAIL**
Ardex Engineered Cements
400 Ardex Park Drive
Aliquippa, PA 15001
**Email: lorie.wagoner@ardexamericas.com**

**ELECTRONIC MAIL**
Art Guild Inc.
300 Wolf Drive
West Deptford, NJ 08086
**Email: bsandone@artguildinc.com**

**ELECTRONIC MAIL**
(Counsel to Colour Stream Ltd)
ASK LLP
Attn: Edward E. Neiger &Marianna Udem
60 E 42nd St, 46th Fl
New York, NY 10165
**Email: eneiger@askllp.com
mudem@askllp.com**

**ELECTRONIC MAIL**
(Counsel to High Properties, a PA LP)
Ballard Spahr LLP
Attn: Leslie C. Heilman & Margaret A. Vesper
919 N Market St, 11th Fl
Wilmington, DE 19801-3034
**Email: heilmanl@ballardspahr.com
vesperm@ballardspahr.com**

**ELECTRONIC MAIL**
Bank of America
Attn: Matthew T. Okeefe
100 Federal St
MA5-100-09-12
Boston, MA 02110
**Email: matthew.okeefe@bofa.com**

**ELECTRONIC MAIL**
(Counsel to Adletea Corp.)
Bell Nunnally & Martin LLP
Attn: Russell W. Mills, Esq.
2323 Ross Ave, Suite 1900

Dallas, TX 75201
**Email: rmills@bellnunnally.com**

**ELECTRONIC MAIL**
(Counsel to Salesforce.com Inc.)
Bialson Bergen & Schwab
Attn: Thomas M. Gaa, Esq. & Gaye Nell Heck, Esq.
830 Menlo Ave, Suite 201
Menlo Park, CA 94025
**Email: tgaa@bbslaw.com**
**gheck@bbslaw.com**

**ELECTRONIC MAIL**
(Counsel to Summit Transportation/Summit Trucking)
The Bifferato Firm PA
Attn: Ian Connor Bifferato, Esq.
1007 N Orange St, 4th Fl
Wilmington, DE 19801
**Email: cbifferato@tbf.legal**

**ELECTRONIC MAIL**
Bostik Inc
Dept Ch 19480
Palatine, IL 60055
**Email: bostik.ar@bostik.com**

**ELECTRONIC MAIL**
(Counsel for SAP America Inc., Concur Technologies, Success Factors Inc. & Ariba Inc. (SAP Entities))
Brown & Connery LLP
Attn: Donald K. Ludman
6 North Broad St, Suite 100
Woodbury, NJ 08096
**Email: dludman@brownconnery.com**
**jmontgomery@brownconnery.com**

**ELECTRONIC MAIL**
(Counsel to Givens Inc.)
Brown Mcgarry Nimeroff LLC
Attn: Jami B. Nimeroff, Esq.
919 N Market St, Suite 420
Wilmington, DE 19801
**Email: jnimeroff@bmnlawyers.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America Inc)
Buchalter, PC
Attn: Shawn M. Christianson, Esq.
425 Market St, Suite 2900
San Francisco, CA 94105
**Email: schristianson@buchalter.com**

**ELECTRONIC MAIL**
(Counsel toThe Huntington National Bank)
Buchanan Ingersoll & Rooney PC
Attn: Geoffrey G. Grivner, Esq.
500 Delaware Ave, Suite 720
Wilmington, DE 19801
**Email: geoffrey.grivner@bipc.com**

**ELECTRONIC MAIL**
Camger Coatings System Inc.
364 Main Street
Norfolk, MA 02056
Email: g.beschi@camger.com

**ELECTRONIC MAIL**
(Modern Group Ltd)
Chartwell Law
Attn: John J. Winter, Esq.
970 Rittenhouse Rd, Ste 300
Norristown, PA 19403
**Email: jwinter@chartwelllaw.com**

**ELECTRONIC MAIL**
(Counsel to Encore International Inc.)
Ciardi Ciardi & Astin
Attn: Daniel K. Astin
1204 N. King St
Wilmington, DE 19801
**Email: dastin@ciardilaw.com**

**ELECTRONIC MAIL**
(Counsel to Encore International Inc.)
Ciardi Ciardi & Astin
Attn: Albert Ciardi, III & Walter Gouldsbury, III
1905 Spruce St
Philadelphia, PA 19103

Email: aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

**ELECTRONIC MAIL**
(Counsel to United Steelworkers, et al; Int'l Assoc. of Machinists & Aerospace Workers 98 & 2367)
Cohen Weiss & Simon LLP
Attn: Richard Seltzer, Melissa Woods & Matthew Stolz
900 Third Ave, 21st Fl
New York, NY 10022
**Email: rseltzer@cwsny.com
mwoods@cwsny.com
mstolz@cwsny.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Cole Schotz P.C.
Attn: Seth Van Aalten & Sarah A. Carnes
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
**Email: svanaalten@coleschotz.com
scarnes@coleschotz.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Cole Schotz P.C.
Attn: Justin R. Alberto
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com

**ELECTRONIC MAIL**
Colour Stream Ltd
3f No 3 SEC
2 Renai RD
Taipei 226017
Taiwan
**Email:  jodychen@dardeflooring.com**

**ELECTRONIC MAIL**
Department of Environmental Protection
Central Office of Chief Counsel
Attn: Vera N. Kanova, Asst. Counsel
400 Market St.
Harrisburg, PA 17101-2063
**Email: verkanova@pa.gov**

**ELECTRONIC MAIL**
(Counsel to Lanxess, Emerald Kalama Chemical)
Dilworth Paxson LLP
Attn: Peter C. Hughes, Esq.
One Customs House, Suite 500
704 King St.
Wilmington, DE 19801
**Email: phughes@dilworthlaw.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America Inc.)
Attn: Amish R. Doshi, Esq.
1979 Marcus Ave, Suite 210E
Lake Success, NY 11042
Email: amish@doshilegal.com

**ELECTRONIC MAIL**
Eastman Chemical Financial Corp
200 S Wilcox Drive
Kingsport, TN 37660
**Email: globalar@eastman.com**

**ELECTRONIC MAIL**
Emerald Kalama LLC
1296 Northwest Third
Kalama, WA 98625
**Email: creditdept@emeraldmaterials.com**

**ELECTRONIC MAIL**
(Counsel to Gamco Investors Inc.)
Entwistle & Cappucci LLP
Attn: Andrew J. Entwistle
500 W 2nd St., Suite 1900
Austin, TX 78701
**Email: aentwistle@entwistle-law.com**

**ELECTRONIC MAIL**
(Counsel to Gamco Investors Inc.)
Entwistle & Cappucci LLP
Attn: Joshua K. Porter

230 Park Ave, 3rd Fl
New York, NY 10169
**Email: jporter@entwistle-law.com**

**ELECTRONIC MAIL**
Expeditors International Inc.
519 Kaiser Drive
Folcroft, PA 19032
**Email: remit@expeditors.com**
**ar-phl@expeditors.com**

**ELECTRONIC MAIL**
(Counsel to Gamco Investors & Mexichem
Specialty Resins Inc)
Farnan LLP
Attn: Brian E. Farnan & Michael J. Farnan
919 N Market St, 12th Fl
Wilmington, DE 19801
**Email: bfarnan@farnanlaw.com**
**mfarnan@farnanlaw.com**

**ELECTRONIC MAIL**
FEI Group
811 Livingston Court SE, Suite A
Marietta, GA 30067
**Email: jortega@feigroup.net**

**ELECTRONIC MAIL**
(Counsel to Genpact UK Ltd & Genpact
 Int'l Inc)
Fish & Richardson PC
Attn: Jeremy D. Anderson
222 Delaware Ave, 17th Fl
Wilmington, DE 19801
**Email: janderson@fr.com**

**ELECTRONIC MAIL**
(Counsel to PNC Equipment Finance LLC)
Flamm Walton Heimbach
Attn: Matthew A. Foley, Robert E. Walton
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422
**Email: mafoley@flammlaw.com**
**rewalton@flammlaw.com**

**ELECTRONIC MAIL**
Flexport Inc.
760 Market Street
San Francisco, CA 94102
**Email: remittance@flexport.com**

**ELECTRONIC MAIL**
(Counsel to Summit Transportation/Summit
Trucking)
Frost Brown Todd LLC
Attn: Mark A. Platt, Esq.
2101 Cedar Springs Rd, Suite 900
Dallas, TX 75201
**Email: mplatt@fbtlaw.com**

**ELECTRONIC MAIL**
(Counsel to Colour Stream Ltd)
Gellert Scali Busenkell & Brown LLC
Attn: Ronald S. Gellert
1201 N Orange St, Suite 300
Wilmington, DE 19801
**Email: rgellert@gsbblaw.com**

**ELECTRONIC MAIL**
Givens Inc.
1720 S Military Highway
Chesapeake, VA 23320
**Email: ar@givens.com**

**ELECTRONIC MAIL**
(Counsel to Pathlight Capital, LP)
Greenberg Traurig LLP
Attn: Jeffrey M. Wolf, Joseph P. Davis
One International Place, Suite 2000
Boston, MA 02110
**Email: wolfje@gtlaw.com**
**davisjo@gtlaw.com**

**ELECTRONIC MAIL**
(Counsel to Pathlight Capital, LP)
Greenberg Traurig LLP
Attn: Brian E Greer
One Vanderbilt Avenue
New York, NY 10017
**Email: greerb@gtlaw.com**

**ELECTRONIC MAIL**
(Counsel to Pathlight Capital, LP)
Greenberg Traurig LLP
Attn: Anthony W. Clark, Dennis A. Meloro
The Nemours Building
1007 North Orange St, Suite 1200
Wilmington, DE 9801
**Email: anthony.clark@gtlaw.com
melorod@gtlaw.com**

**ELECTRONIC MAIL**
Han Rigid Plastics USA LLC
980 W. Cienega Ave
San Dimas, CA 91773
**Email: may@hanrigidusa.com**

**ELECTRONIC MAIL**
(Counsel to Mexichem Specialty Resins Inc)
Haynes & Boone LLP
Attn: Charles A Beckham, Jr, David Trausch
1221 Mckinney St, Suite 4000
Houston, TX 77010
**Email:
charles.beckham@haynesboone.com
david.trausch@haynesboone.com**

**ELECTRONIC MAIL**
Hong Kong Edson Trading Limited
28 Canton Road
Tsim Sha Tsui
Hong Kong 999077
Hong Kong
**Email: zoe@vnjufeng.com**

**ELECTRONIC MAIL**
Hyundai L & C USA LLC
1077 Cheonho-Daero
Seoul 5340
South Korea
**Email: jiminyou@hyundailncusa.com
damikim@hyundailncusa.com
jaishin@hyundailncusa.com**

**ELECTRONIC MAIL**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
-and-
1500 Pennsylvania Ave NW
Washington, DC 20220
**Email: millie.h.agent@irs.gov**

**ELECTRONIC MAIL**
J & M Tank Lines Inc.
Attn: President
1100 Corporate Pkwy
Birmingham, AL 35238
**Email: psumerford@jmtank.com
ar@jmtank.com**

**ELECTRONIC MAIL**
(Counsel to Modern Group Ltd)
Jack Shrum PA
Attn: J. Jackson Shrum, Esq.
919 N Market St, Suite 1410
Wilmington, DE 19801
**Email: jshrum@jshrumlaw.com**

**ELECTRONIC MAIL**
(Counsel to Ronald Mark Associates)
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins PC
Attn: Raymond M. Patella
505 Morris Ave
Springfield, NJ 07081
**Email: rpatella@lawjw.com**

**ELECTRONIC MAIL**
(Counsel to Official Committee Of Non-Represented Retirees)
Jenner & Block LLP
Attn: Catherine L. Steege, Melissa M. Root, William A. Williams
353 N Clark St.
Chicago, IL 60654-3456
**Email: csteege@jenner.com
mroot@jenner.com
wwilliams@jenner.com**

**ELECTRONIC MAIL**
Klockner-Pentaplast of Amer Inc.
3585 Kloeckner Rd

Gordonsville, VA 22942
**Email: remittance.us@kpfilms.com**
**acctsrec@kpfilms.com**

**ELECTRONIC MAIL**
(Counsel to Right Management Inc)
Kohner Mann & Kailas SC
Attn: Samuel C. Wisotzkey
Washington Bldg
Barnabas Business Ctr
4650 N. Port Washington Rd
Milwaukee, WI 53212-1059
**Email: swisotzkey@kmksc.com**

**ELECTRONIC MAIL**
(Counsel to Multiple Utilities)
Law Firm of Russell R. Johnson III, PLC
Attn: Russell R. Johnson, Iii
2258 Wheatlands Dr.
Manakin Sabot, VA 23103
**Email:**
**russell@russelljohnsonlawfirm.com**

**ELECTRONIC MAIL**
(Counsel to United Steelworkers;
International Assoc of Machinists &
Aerospace Workers 98 & 2367)
Law Offices of Susan E. Kaufman, LLC
Attn: Susan E. Kaufman, Esq.
919 N. Market St, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Tarrant, Shelby, & Dallas
Counties)
Linebarger Goggan Blair & Sampson, LLP
Attn: Laurie Spindler, Tara Grundemeier, J.
Turner
2777 N. Stemmons Freeway, Ste 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@lgbs.com**
**houston_bankruptcy@lgbs.com**

**ELECTRONIC MAIL**

(Counsel to JMB Capital Partners Lending,
LLC)
Lowenstein Sandler LLP
Attn: R. Hirsh, J. Renert, P. Khezri
1251 Avenue of the Americas
New York, NY 10020
**Email: rhirsh@lowenstein.com**
**jrenert@lowenstein.com**
**pkhezri@lowenstein.com**

**ELECTRONIC MAIL**
(Counsel to Adleta Corp)
Macauley LLC
Attn: Thomas G Macauley
300 Delaware Ave, Suite 1018
Wilmington, DE 19801
**Email: bk@macdelaw.com**

**ELECTRONIC MAIL**
(Counsel to Wesco Insurance Co)
Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122
**Email:**
**ahochheiser@mauricewutscher.com**

**ELECTRONIC MAIL**
(Counsel to Oxy Vinyls LP)
Mccarter & English LLP
Attn: Kate Roggio Buck, Matthew J Rifino
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801
**Email: kbuck@mccarter.com**
**mrifino@mccarter.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: Brian I. Swett
1251 Avenue of the Americas, 20th Fl
New York, NY 10020-1104
**Email: bswett@mcguirewoods.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: K. Elizabeth Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
**Email: bsieg@mcguirewoods.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: Cassandra A. Shoemaker
2000 Mckinney Avenue, Suite 1400
Dallas, TX 75201
**Email: cshoemaker@mcguirewoods.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: Joseph A. Florczak
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818
**Email: jflorczak@mcguirewoods.com**

**ELECTRONIC MAIL**
Mexichem Specialty Resins Inc.
Attn: General Manager
33653 Walker Rd
Avon Lake, OH 44012
**Email: robert.wolf@vestolit.com**

**ELECTRONIC MAIL**
Michigan Dept of Treasury
Attn: Heather L. Donald, Asst. Attorney General
Cadillac Place
3030 W Grand Blvd, Suite 10-200
Detroit, MI 48202
**Email: donaldh@michigan.gov**

**ELECTRONIC MAIL**
Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475
**Email: deecf@dor.mo.gov**

**ELECTRONIC MAIL**
(Counsel to Waste Management)
Monzack Mersky & Browder PA
Attn: Rachel B Mersky
1201 N Orange St, Suite 400
Wilmington, DE 19801
**Email: rmersky@monlaw.com**

**ELECTRONIC MAIL**
Office of the United States Attorney
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov
ellen.slights@usdoj.gov**

**ELECTRONIC MAIL**
Omnova Solutions Inc.
2011 Rocky River Rd
Monroe, NC 28110
Email: cfs@omnova.com

**ELECTRONIC MAIL**
Oxyvinyls LP
1950 N Stemmons Frwy
Dallas, TX     75207
**Email: accounts_receivable@oxy.com**

**ELECTRONIC MAIL**
Pathlight Capital, LP
Attn: Katie Hendricks, Managing Director
100 Federal Street, Floor 20
Boston, MA 02110
**Email: khendricks@pathlightcapital.com**

**ELECTRONIC MAIL**
Pension Benefit Guaranty Corporation
Office of the General Counsel
Attn: Erin C. Kim, William Mabry, IV
1200 K St, NW
Washington, DC 20005-4026
**Email: Kim.Erin@pbgc.gov**

mabry.william1@pbgc.gov
efile@pbgc.gov

**ELECTRONIC MAIL**
(Counsel to the Sample Group Inc.)
Porzio Bromberg & Newman, PC
Attn: Warren J. Martin, Jr.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962
**Email: wjmartin@pbnlaw.com**

**ELECTRONIC MAIL**
(Counsel to the Sample Group Inc.)
Porzio Bromberg & Newman, PC
Attn: Cheryl A. Santaniello
300 Delaware Ave, Suite 1220
Wilmington, DE 19801
**Email: casantaniello@pbnlaw.com**

**ELECTRONIC MAIL**
(Counsel To Prepetition Abl Agent)
Richards, Layton & Finger, P.A
Attn: John H. Knight, Amanda R. Steele, Sarah E. Silveira
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: knight@rlf.com
steele@rlf.com
silveira@rlf.com**

**ELECTRONIC MAIL**
(Counsel to Flexport International LLC, Flexport Customs LLC, and Flexport, Inc)
Robl Law Group, LLC
Attn: Michael D Robl
3754 LaVista Rd, Suite 250
Tucker, GA 30084
Email: max@roblgroup.com

**ELECTRONIC MAIL**
Ronald Mark Associates
Attn: Howard Katuna, Controller
1227 Central Ave
Hillside, NJ 07205
**Email: hkatuna@ronaldmark.com**

**ELECTRONIC MAIL**
(Counsel to Hilco Global)
Ropes & Gray LLP
Attn: Stephen Iacovo
1211 Avenue of the Americas
New York, NY 10036-8704
**Email: stephen.iacovo@ropesgray.com**

**ELECTRONIC MAIL**
(Counsel to JMB Capital Partners Lending, LLC)
The Rosner Law Group
Attn: Jason A. Gibson
824 N Market St, Suite 810
Wilmington, DE 19801
**Email: gibson@teamrosner.com**

**ELECTRONIC MAIL**
(Counsel to Penn Color, Inc; Official Committee Of Non-Represented Retirees)
Saul Ewing Arnstein & Lehr LLP
Attn: Lucian B Murley, Mark Minuti, Monique B. Disabatino
1201 N Market St, Suite 2300
PO Box 1266
Wilmington, DE 19899-1266
**Email: luke.murley@saul.com
matthew.milana@saul.com
mark.minuti@saul.com
monique.disabatino@saul.com**

**ELECTRONIC MAIL**
SDI Inc
Attn: Chief Financial Officer
1414 Radcliffe St, Suite 300
Bristol, PA 17604
**Email: jackie.kramer@sdi.com**

**ELECTRONIC MAIL**
Securities & Exchange Comm-Ny Office
Attn: Bankruptcy Department
200 Vesey St, Suite 400
New York, NY 10281
**Email: bankruptcynoticeschr@sec.gov**

**nyrobankruptcy@sec.gov**

**ELECTRONIC MAIL**
Securities & Exchange Comm-Phila Office
Attn: Bankruptcy Department
1 Penn Ctr
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103
**Email: secbankruptcy@sec.gov**
**philadelphia@sec.gov**

**ELECTRONIC MAIL**
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549
**Email: bankruptcynoticeschr@sec.gov**
**nyrobankruptcy@sec.gov**
**secbankruptcy-ogc-ado@sec.gov**

**ELECTRONIC MAIL**
Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Suite 400
New York, NY 10281-1022
**Email: bankruptcynoticeschr@sec.gov**
**nyrobankruptcy@sec.gov**

**ELECTRONIC MAIL**
Specialty Minerals Inc
2800 Ayers Ave
Los Angeles, CA 90023
**Email:**
**us.cash.receipts@mineralstech.com**

**ELECTRONIC MAIL**
(Counsel to Minerals Technologies Inc)
Squire Patton Boggs LLP
Attn: Peter R. Morrison, Esq.
4900 Key Tower
127 Public Square
Cleveland, OH 44114
**Email: peter.morrison@squirepb.com**

**ELECTRONIC MAIL**
Sterling Mexico Investments LLC
PO Box 520
Denham Springs, LA 70727
**Email: crogers@sterlinggloballlc.com**

**ELECTRONIC MAIL**
(Counsel to Minerals Technologies Inc.)
Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan, Esq.
919 N Market St, Suite 420
Wilmington, DE 19801
**Email: bsullivan@sha-llc.com**

**ELECTRONIC MAIL**
TBL Services Inc
1005 Brookside Road
Allentown, PA 18106
**Email: tblfinance@bdpint.com**

**ELECTRONIC MAIL**
(Counsel to 8621 Georgia Associates LLC)
Tenenbaum & Saas Pc
Attn: Bradshaw Rost, Esq.
4504 Walsh St, Suite 200
Chevy Chase, MD 20815
Email: brost@tspclaw.com

**ELECTRONIC MAIL**
Texas Workforce Commission
Attn: Christopher S. Murphy, Asst Attorney General
c/o Sherri K Simpson
PO Box 12548
Austin, TX 78711-2548
**Email:**
**christopher.murphy@oag.texas.gov**

**ELECTRONIC MAIL**
The Sample Group NC Inc.
179 Merrimon Ave
Weaverville, NC 28787
**Email: acctgtsg@thesamplegroup.com**

**ELECTRONIC MAIL**
Tronox LLC

263 Tresser Blvd, Ste 1100
Stamford, CT 06901-3227

**ELECTRONIC MAIL**
(Counsel to Eplus Technology Inc.)
Troutman Pepper Hamilton Sanders LLP
Attn: David Fournier, Kenneth Listwak
Hercules Plaza
1313 N Market St, Suite 5100
Wilmington, DE 19801
**Email: david.fournier@troutman.com
ken.listwak@troutman.com**

**ELECTRONIC MAIL**
Troutman Pepper Hamilton Sanders LLP
(Counsel to Hilco Global)
Attn: Douglas D. Herrmann, Marcy J McLaughlin Smith
1313 N Market St.
Wilmington, DE 19899-1709
**Email:
douglas.herrmann@troutman.com
marcy.smith@troutman.com**

**ELECTRONIC MAIL**
(Counsel to Ardex Engineered Cements)
Tucker Arensberg PC
Attn: Michael A Shiner, Esq.
150 One Ppg Place
Pittsburgh, PA 15222
**Email: mshiner@tuckerlaw.com**

**ELECTRONIC MAIL**
United Steelworkers
Attn: Nathan Kilbert, Esq.
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
**Email: nkilbert@usw.org**

**ELECTRONIC MAIL**
US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
**Email: ustrustee.program@usdoj.gov
linda.casey@usdoj.gov**

**ELECTRONIC MAIL**
Valtris Specialty Chemicals
7500 East Pleasant Valley Rd
Independence, OH 44131
**Email: christine.defloor@valtris.com**

**ELECTRONIC MAIL**
(Counsel to Flexport International, LLC, Flexport Customs, LLC, and Flexport, Inc.)
Weir Greenblatt Pierce LLP
Attn: Jeffrey S. Cianciulli
824 N Market Street, Suite 800
Wilmington, DE 19801
**Email: jcianciulli@wgpllp.com**

**ELECTRONIC MAIL**
(Counsel to Armstrong World Industries Inc)
Whelehan Law Firm, LLC
Attn: Rory D. Whelehan
200 North Main St, Ste 301-D
Greenville, SC 29601
**Email: rwhelehan@whelehanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Salesforce.com Inc)
White & Williams LLP
Attn: Rochelle L. Gumapac, Esq.
600 N King St., Suite 800
Wilmington, DE 19899-0709
**Email: gumapacr@whiteandwilliams.com**

**ELECTRONIC MAIL**
(Counsel to Salesforce.com Inc)
White & Williams LLP
Attn: Amy E. Vulpio, Esq.
1650 Market St, 18th Fl
Philadelphia, PA 19103
**Email: vulpioa@whiteandwilliams.com**

**ELECTRONIC MAIL**
(Counsel to Genpact UK Ltd; Genpact Int'l Inc)
Wiggin & Dana LLP
Attn: Andrew Ritter, Michael L. Kenny, Jr.
437 Madison Ave, 35th Fl

New York, NY 10022
Email: aritter@wiggin.com
mkenny@wiggin.com

**ELECTRONIC MAIL**
Yibin Tianchang Logistics Co
Diaohuanlou Road
Yibin City 644000
China
Email: 79501918@qq.com

**ELECTRONIC MAIL**
Yibin Tianyi New Material
No 61 West Section
Yibin 644000
China
**Email: sman0425@qq.com**

**ELECTRONIC MAIL**
Zhejiang Tianzhen Bamboo & Wood
Development Co Ltd
Wellness Industry Park
Anji Economic Development Area    Anji
County
Zhejiang Province 313300
China
**Email: bill@tzbamboo.com**

**ELECTRONIC MAIL**
(Counsel for TBL Services, Inc.)
Whiteford Taylor & Preston, LLP
Attn: David W. Gaffey, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
**Email: dgaffey@whitefordlaw.com**

**ELECTRONIC MAIL**
(Counsel for TBL Services, Inc.)
Whiteford Taylor & Preston, LLP
Attn: Richard W. Riley, Esq.
600 North King Street, Suite 300
Wilmington, DE 19801
**Email: rriley@whitefordlaw.com**