## **Exhibit 1**

**Form of One-Page Notice for Clerk's Office**

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Armstrong Flooring, Inc., *et al.*

**Chapter:** 7

**Case No.:** 22-10426 (MFW)

**EIN:** 47-4303305

### NOTICE OF DEADLINES TO FILE REQUESTS FOR PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)

PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above referenced case, has filed a *Notice of Deadlines to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)* at Docket No. [__].

The complete Notice may be viewed by accessing the Court's website at:

*[http://www.deb.uscourts.gov/news/_____]*

*/s/ Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: [_____]