## Exhibit A

## Schedule of Settlements Subject to Court Approval

| Company Name | Adversary Number | Gross Amount Demanded | Settlement | Comment |
|---|---|---|---|---|
| Zhejiang Tianzhen Bamboo & Wood Development Co. Ltd. | 23-50082 | $ 2,634,463.97 | $ 263,446.40 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). This settlement also takes into consideration the risks of effectuating service and collection of any judgment in a foreign jurisdiction. |
| ZIM American Integrated Shipping Services Company, LLC | 23-50083 | $ 761,354.00 | $ 45,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Total Transportation of Mississippi LLC | 23-50068 | $ 1,388,810.45 | $ 2,500.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |

DE:4895-2246-7476.1 31272.001