# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Armstrong Flooring, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No.: 22-10426 (MFW)<br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Defendants Listed Below,<br><br>　　　　　　　　　　　　Defendants. | Re: Docket Index: _____<br><br>Adv. No.: Listed Below |

| **Defendant Name** | **Adversary Number** |
|---|---|
| Zhejiang Tianzhen Bamboo & Wood Development Co. Ltd. | 23-50082 |
| ZIM American Integrated Shipping Services Company, LLC | 23-50083 |
| Total Transportation of Mississippi LLC | 23-50068 |

## ORDER APPROVING PLAINTIFF'S FIRST MOTION FOR AN ORDER APPROVING SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiff's *First Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

DE:4891-1843-8036.1 31272.001

2

requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The settlement of the Avoidance Actions against the Defendants listed on **Exhibit A** attached to the Motion is approved.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.