IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 6, 2023 AT 2:00 P.M. (EASTERN TIME)**

**THE HEARING IS CANCELED WITH PERMISSION OF THE COURT AS NO MATTERS ARE GOING FORWARD.**

I.  **RESOLVED MATTERS**

First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From April 17, 2023 through September 30, 2023 [Filed: 11/14/23] (Docket No. 1488).

Response Deadline:  November 28, 2023 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

A.  [Proposed] Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From April 17, 2023 through September 30, 2023 [Filed: 11/14/23] (Docket No. 1488).

B.  [Signed] Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From April 17, 2023 Through September 30, 2023 [Filed: 12/4/23] (Docket No. 1492).

Status:  An order has been entered resolving this matter.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows:  Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

DE:4859-1403-7652.1 31272.001

| | |
|---|---|
| Dated: December 5, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:    bsandler@pszjlaw.com |
| |           pkeane@pszjlaw.com |
| |           ecorma@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano,* |
| | *Chapter 7 Trustee* |