IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 1525** |

### ORDER APPROVING TENTH NOTICE OF SETTLEMENT OF POTENTIAL AVOIDANCE ACTIONS AND AVOIDANCE ACTIONS PURSUANT TO SETTLEMENT PROCEDURES ORDER

Upon consideration of the *Plaintiff's Tenth Notice of Settlement of Potential Avoidance Actions and Avoidance Actions Pursuant to Settlement Procedures Order* [D.I. 1525] (the "Notice");[2] upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The settlements of Avoidance Actions against the Defendants listed on the Notice are **APPROVED**;

---

1 The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). .

2 Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Dated: August 6th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

4865-0249-8774.1 31272.001

2