

RECEIVED
2024 AUG 22 AM 9:00

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**

Armstrong Flooring, Inc., *et al.*

**Chapter:** 7

**Case No.:** 22-10426 (MFW)

**EIN:** 47-4303305

### NOTICE OF DEADLINES TO FILE REQUESTS FOR PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)

PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above referenced case, has filed a *Notice of Deadlines to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)* at Docket No. 1470 filed in 22-10426.

The complete Notice may be viewed by accessing the Court's website at:

*[http://www.deb.uscourts.gov/news/armstrong-flooring-inc-22-10426-administrative-expense-claim-deadline]*

Una O'Boyle, Clerk of Court

Dated: September 25, 2023

BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411



003407 3407 1 AB 0.534 17602 7 2 9973-1-3834

GOODMAN, JERE L
826 N PLUM ST
LANCASTER, PA 17602-2360





Jere Goodman
1380 Elm Ave Apt 316
Lancaster, PA 17603-4653

NEW mailiNg Adress Jere GoodmaN.

Jere Goodman
1380 Elm Ave Apt 316
Lancaster, PA 17603-4653

HARRISBURG PA   171
19 AUG 2024 PM 3  L

United States Bankrupcy Court
Distuct of Delaware
824, Market Street, 3rd Flo
Wilmington, DE 19801

19801-302499