**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |

## **CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 17th day of October, 2024, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

- **Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Private Sale of Certain Nonresidential Real Property Located in Lancaster, Pennsylvania Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief.**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

4866-4563-4278.1 31272.001