

October 15, 2024




Case N° 22-10426

**Start Man Furniture LLC, et al.**

**Chapter: 7**

**Previous chapter 11**

**United States Bankruptcy Court**

**District of Delaware**

H. Judge Mary F. Walrath

824 N Market St

3rd Floor

Wilmington, DE 19801

RE: Change of Address in Case Number 22-10426

Acting as an authorized agent on behalf of the listed creditor ARDEX, L. P., hereby we respectfully request a change of address in the case referenced above. The new address is described below:

*600 College Road East, Suite 1110*

*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information described in this document.

*Firmado por:*

*Luis Torres*

729F27489630434...

Luis Torres

Debt Collection Analyst

luis.torres@coface.com

+525550894558

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA