# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>Re: Docket No. 1532, 1536 |

## REPORT OF SALE PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)
## (SALE OF REAL PROPERTY – 1260 LOOP ROAD, LANCASTER, PENNSYLVANIA.)

**PLEASE TAKE NOTICE THAT:**

1. On September 17, 2024, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Private Sale of Certain Nonresidential Real Property Located in Lancaster, Pennsylvania Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief* [Docket No. 1532] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. On October 7, 2024, the Court entered *Order Approving (I) Private Sale of Certain Nonresidential Real Property Located in Lancaster, Pennsylvania Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief* [Docket No. 1536] approving the Motion and authorizing the Trustee to sell the real property – 1260 Loop Rd, Lancaster, Pennsylvania -- to Benjamin C. Collister for the purchase price of $205,000.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

2

| | |
|---|---|
| Dated: January 21, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>　/s/ Peter J. Keane　<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:　　bsandler@pszjlaw.com<br>　　　　　　pkeane@pszjlaw.com<br><br>*Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |