**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Armstrong Flooring, Inc., *et al.*,[1] | Case No. 22-10426 (MFW) |
| Debtors. | (Jointly Administered) |

Objection Deadline:  March 26, 2025, at 4:00 p.m. (ET)
Hearing Date:  April 16, 2025, at 2:00 p.m. (ET)

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF BARLEY SNYDER LLP, AS REAL ESTATE COUNSEL
TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM
APRIL 17, 2023 THROUGH JULY 26, 2024**

| | |
|---|---|
| Name of Applicant: | Barley Snyder LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective as of April 17, 2023 by order signed on or about August 18, 2023 |
| Period for which Compensation and Reimbursement is Sought: | April 17, 2023 through July 26, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $ 2,313.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $599.44 |

This is a:        ☐monthly        ☐ interim        ☒final application.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | | | | | |

No prior fee applications have been filed.

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows:   Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## BARLEY PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eden R. Bucher | Partner 2010; PA Bars since 1992 | $425.00 | 5.4 | **$2,313.00** |

**Grand Total:**      **$2,313.00**
**Total Hours:**      **5.40**
**Blended Rate:**      **$428.33**

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transfer taxes | Lancaster County | $599.44 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Armstrong Flooring, Inc., *et al.*,[1] | Case No. 22-10426 (MFW) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:  March 26, 2025, at 4:00 p.m. (ET)**
**Hearing Date:  April 16, 2025, at 2:00 p.m. (ET)**

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF BARLEY SNYDER LLP, AS REAL ESTATE COUNSEL**
**TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM**
**APRIL 17, 2023 THROUGH JULY 26, 2024**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Barley Snyder LLP ("Barley" or the "Firm"), as Real Estate Counsel for the Chapter 7 Trustee, hereby submits its First and Final Application for Compensation and for Reimbursement of Expenses for the Period from April 17, 2023 through July 26, 2024 (the "Application").

By this Application Barley seeks a final allowance of compensation in the amount of $2,313.00 and actual and necessary expenses in the amount of $599.44 for a total allowance of $2,912.44, and payment of the unpaid amount of such fees and expenses, for the period April 17, 2023 through July 26, 2024 (the "Final Period").  In support of this Application, Barley respectfully represents as follows:

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows:  Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

4883-6137-0328.3 31272.001

**Background**

1.      On May 8, 2022 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Cases").  On April 17, 2023 (the "Conversion Date"), the Court entered an order converting the Cases to cases under Chapter 7 of the Bankruptcy Code.  On the same date, Alfred T. Giuliano ("Trustee") was appointed as the Trustee in these Cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      The retention of Barley, as real estate counsel to the Trustee, was approved effective as of April 17, 2023 by this Court's "Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Barley Snyder LLP as Real Estate Counsel to the Chapter 7 Trustee, Effective as of April 17, 2023," signed on or about August 18, 2023 (the "Retention Order").

**BARLEY'S APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

4.      All services for which Barley requests compensation were performed for or on behalf of the Trustee.

5.      Barley has received no payment and no promises for payment from any source other than the Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  The Firm has no agreement with any

other entity to share with such entity any compensation received by the Firm in connection with these Cases, except among the partners, of counsel, and associates of the Firm.

## Fee Statements

6.      The fee statements for the Final Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Final Period.  To the best of Barley's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules. Barley's time reports are initially handwritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  Barley is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular billing code, separate time entries are set forth in the time reports.  Barley's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. Under its engagement agreement (the "Agreement"), Barley will be compensated at its standard hourly rates.

## Summary of Services Rendered

7.      The names of the partners and associates of Barley who have rendered professional services in this case during the Final Period, and the paralegals and case

management assistants of Barley who provided services to these attorneys during the Final

Period, are set forth in the attached Exhibit A.[2]

8.    Barley, by and through such persons, has prepared and assisted in the

preparation of various motions and orders submitted to the Court for consideration, advised the

Trustee on a regular basis with respect to various matters in connection with the Debtors'

bankruptcy cases, and performed all necessary professional services which are described and

narrated in detail below.  Barley's efforts have been extensive due to the size and complexity of

the Debtors' bankruptcy cases.

**Valuation of Services**

9.    Attorneys and paraprofessionals of Barley expended a total 5.40 hours in

connection with their representation of the Trustee during the Final Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eden R. Bucher | Partner 2010; PA Bars since 1992 | $425.00 | 5.40 | $ 2,313.00 |

**Grand Total:**       **$2,313.00**
**Total Hours:**              **5.40**
**Blended Rate:**       **$428.33**

10.    The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  These are Barley's hourly rates for work under the Agreement.  The

---

[2] Certain time entries on the invoices attached as Exhibit A reflect services rendered by Barley before the Conversion Date during the chapter 11 portion of the cases.  The Trustee has agreed to an allowed chapter 11 administrative expense claim for Barley for such services, the amount of which totals $807.50.

reasonable value of the services rendered by Barley for the Trustee during the Final Period is

$2,313.00.

11.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by Barley is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, Barley has reviewed the

requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such

Rule.

WHEREFORE, Barley respectfully requests that: (a) for the period April 17, 2023

through July 26, 2024, a final allowance be made to Barley for compensation in the amount of

$2,313.00 and actual and necessary expenses in the amount of $599.44 for a total allowance of

$2,912.44; that payment of such allowed amounts be authorized on a final basis; (b) Barley be

granted an allowed chapter 11 administrative expense claim for services performed during the

chapter 11 cases before conversion to chapter 7; (c) and for such other and further relief as this

Court may deem just and proper.

Dated: March 13, 2025

/s/ Eden R. Bucher
Eden R. Bucher
Barley Snyder LLP
2755 Century Blvd
Wyomissing, PA 19610
Phone: 610-370-8114
Email: ebucher@barley.com

*Real Estate Counsel to Alfred T. Giuliano, Chapter 7
Trustee*

4883-6137-0328.3 31272.001                                          5

**VERIFICATION**

Eden R. Bucher verifies the following:

a)      I am an attorney with the applicant law firm Barley Snyder LLP, and have been admitted to appear before this Court.

b)      I am familiar with many of the legal services rendered by Barley Snyder LLP as real estate counsel to the Trustee.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, and submit that the Application substantially complies with such rule.

Dated:  March 13, 2025

/s/ Eden R. Bucher
Eden R. Bucher