**EXHIBIT A**



Armstrong Flooring, Inc. (Flooring)     April 6, 2023
Alfred T. Giuliano     Invoice No. 70437346
Chapter 7 Trustee for Armstrong Flooring     Client No. 55915
Giuliano, Miller & Co., LLC     Matter No. 41
2301 E. Evesham Road     Billing Attorney ERB
Pavilion 800, Suite 210
Voorhees, NJ  08043

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements through March 31, 2023

**RE:  Real Estate**

| | |
|---|---:|
| Total Professional Services | $ 637.50 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 637.50** |

**Payment Terms**
Invoice Due Upon Receipt
Federal Tax ID #23-1499543

To Pay by Credit Card     To Pay by Check:
Please visit the Contact Us page at Barley.com or     Make check payable to Barley Snyder LLP

https://secure.lawpay.com/pages/barleysnyder/payments     Remit to:
Or call (717) 299-5201     126 East King Street, Lancaster, PA 17602

*Please reference invoice number 70437346 with payment.*

Barley Snyder

Client No. 55915  
Matter No. 41  

April 6, 2023  
Invoice No. 70437346

**RE: Real Estate**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/06/23 | ERB | Email correspondence to Rob Weber, Brigette McGrath, and Shawn Smith regarding status of transfer and sale | .20 | 85.00 |
| 3/07/23 | ERB | Telephone conference with Robert Weber, Brigette McGrath, and Shawn Smith regarding transfer tax and transfer of real estate; email correspondence with Brian Ardire regarding transfer of Loop Road property | .50 | 212.50 |
| 3/22/23 | ERB | Email correspondence with Brigette McGrath regarding Beech Creek property; review emails from Brigette McGrath and Rob Weber regarding same and Motion to sell Loop Road | .40 | 170.00 |
| 3/28/23 | ERB | Email correspondence with Brigette McGrath regarding Beech Creek parcel is owned by AWI; email correspondence with Rob Weber, Shawn Smith, and Brigette McGrath regarding recording Loop Rd Deed | .40 | 170.00 |

**TOTAL PROFESSIONAL SERVICES** $ 637.50

**TOTAL THIS INVOICE** $ 637.50



| | |
|---|---|
| Armstrong Flooring, Inc. (Flooring) | May 4, 2023 |
| Alfred T. Giuliano | Invoice No.  70445305 |
| Chapter 7 Trustee for Armstrong Flooring | Client No.  55915 |
| Giuliano, Miller & Co., LLC | Matter No.  41 |
| 2301 E. Evesham Road | Billing Attorney  ERB |
| Pavilion 800, Suite 210 | |
| Voorhees, NJ  08043 | |

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements through April 30, 2023

**RE:  Real Estate**

| | |
|---|---|
| Total Professional Services | $ 340.00 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 340.00** |

### Payment Terms
Invoice Due Upon Receipt
Federal Tax ID #23-1499543

To Pay by Credit Card
Please visit the Contact Us page at Barley.com or

https://secure.lawpay.com/pages/barleysnyder/payments
Or call (717) 299-5201

To Pay by Check:
Make check payable to Barley Snyder LLP

Remit to:
126 East King Street, Lancaster, PA 17602

*Please reference invoice number 70445305 with payment.*

|  |  | 2 |  | Barley Snyder |
|---|---|---|---|---|

Client No. 55915  
Matter No. 41

May 4, 2023  
Invoice No. 70445305

**RE: Real Estate**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 4/03/23 | ERB | Email correspondence with Shawn Smith regarding transfer of property | .20 | 85.00 |
| 4/05/23 | ERB | Telephone conference with Shawn Smith regarding transfer of Deed | .20 | 85.00 |
| 4/20/23 | ERB | Review email correspondence from Shawn Smith regarding conversion of case to Chapter 7 and Order regarding same | .20 | 85.00 |
| 4/25/23 | ERB | Email correspondence from Jeff Herr regarding decision on extension of due diligence period for Loop Road property | .20 | 85.00 |

| | | |
|---|---|---|
| | **TOTAL PROFESSIONAL SERVICES** | **$ 340.00** |
| | **TOTAL THIS INVOICE** | **$ 340.00** |



| | |
|---|---|
| Armstrong Flooring, Inc. (Flooring) | June 7, 2023 |
| Alfred T. Giuliano | Invoice No.   70454179 |
| Chapter 7 Trustee for Armstrong Flooring | Client No.   55915 |
| Giuliano, Miller & Co., LLC | Matter No.   41 |
| 2301 E. Evesham Road | Billing Attorney   ERB |
| Pavilion 800, Suite 210 | |
| Voorhees, NJ  08043 | |

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements through May 31, 2023

**RE:  Real Estate**

| | |
|---|---:|
| Total Professional Services | $ 595.00 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 595.00** |

### Payment Terms
Invoice Due Upon Receipt
Federal Tax ID #23-1499543

| | |
|---|---|
| To Pay by Credit Card | To Pay by Check: |
| Please visit the Contact Us page at Barley.com or | Make check payable to Barley Snyder LLP |
| https://secure.lawpay.com/pages/barleysnyder/payments | Remit to: |
| Or call (717) 299-5201 | 126 East King Street, Lancaster, PA 17602 |

*Please reference invoice number 70454179 with payment.*

Barley Snyder

| | |
|---|---|
| Client No. 55915 | June 7, 2023 |
| Matter No. 41 | Invoice No. 70454179 |

**RE:  Real Estate**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 5/01/23 | ERB | Review email regarding Loop Road property status and notice to terminate; telephone conference with Rob Edwards, Jeff Herr, Peter Keane, and Donna Dileo regarding same | .60 | 255.00 |
| 5/08/23 | ERB | Email correspondence with Peter Keane, et al. regarding termination of Agreement of Sale | .20 | 85.00 |
| 5/09/23 | ERB | Email correspondence with Jeff Herr regarding Liberty Environmental report on Loop Road property | .20 | 85.00 |
| 5/10/23 | ERB | Email correspondence from Jeff Herr regarding Liberty Environmental report; email correspondence with Peter Keane regarding environmental grandfathering provisions for past remedial work | .40 | 170.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 595.00** |
| **TOTAL THIS INVOICE** | **$ 595.00** |



Armstrong Flooring, Inc. (Flooring)  
Alfred T. Giuliano  
Chapter 7 Trustee for Armstrong Flooring  
Giuliano, Miller & Co., LLC  
2301 E. Evesham Road  
Pavilion 800, Suite 210  
Voorhees, NJ  08043  

August 4, 2023  
Invoice No. 70470303  
Client No. 55915  
Matter No. 41  
Billing Attorney ERB  

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements through July 31, 2023

**RE:  Real Estate**

| | |
|---|---:|
| Total Professional Services | $ 595.00 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 595.00** |

### Payment Terms
Invoice Due Upon Receipt  
Federal Tax ID #23-1499543

To Pay by Credit Card  
Please visit the Contact Us page at Barley.com or

https://secure.lawpay.com/pages/barleysnyder/payments  
Or call (717) 299-5201

To Pay by Check:  
Make check payable to Barley Snyder LLP

Remit to:  
126 East King Street, Lancaster, PA 17602

*Please reference invoice number 70470303 with payment.*

Barley Snyder

| | |
|---|---|
| Client No. 55915 | August 4, 2023 |
| Matter No. 41 | Invoice No. 70470303 |

**RE: Real Estate**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 7/06/23 | ERB | Email correspondence to Jeff Herr, Peter Keane, et al. regarding offers on Loop Road property and amount held in escrow for transfer of property | .20 | 85.00 |
| 7/18/23 | ERB | Email correspondence with Jeff Herr regarding no response from Trustee on Loop Road offers | .20 | 85.00 |
| 7/19/23 | ERB | Email correspondence with Donna DiLeo regarding Loop Road property | .20 | 85.00 |
| 7/21/23 | ERB | Email correspondence with Peter Keane regarding agreement with secure lender on sale of Loop Road property | .20 | 85.00 |
| 7/25/23 | ERB | Review application to employ Barley Snyder and Declaration in Support thereof; email correspondence with Peter Keane regarding same | .40 | 170.00 |
| 7/27/23 | ERB | Email correspondence with Peter Keane regarding work performed for Armstrong prior to Petition Date | .20 | 85.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 595.00** |
| **TOTAL THIS INVOICE** | **$ 595.00** |



| | |
|---|---|
| Armstrong Flooring, Inc. (Flooring) | July 29, 2024 |
| Alfred T. Giuliano | Invoice No.         70567007 |
| Chapter 7 Trustee for Armstrong Flooring | Client No.               55915 |
| Giuliano, Miller & Co., LLC | Matter No.                   41 |
| 2301 E. Evesham Road | Billing Attorney         ERB |
| Pavilion 800, Suite 210 | |
| Voorhees, NJ  08043 | |

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements through July 29, 2024

**RE:  Real Estate**

| | |
|---|---:|
| Total Professional Services | $ 953.00 |
| Disbursements | $ 5,347.16 |
| Credits Applied | $-4,747.72 |
| Total Disbursements | $ 599.44 |
| **TOTAL THIS INVOICE** | **$ 1,552.44** |

### Payment Terms
Invoice Due Upon Receipt
Federal Tax ID #23-1499543

To Pay by Credit Card
Please visit the Contact Us page at Barley.com

https://www.barley.com/contact-us/
Or call (717) 299-5201

To Pay by Check:
Make check payable to Barley Snyder LLP

Remit to:
126 East King Street, Lancaster, PA 17602

**Please be advised that there will be a 2.5% surcharge on all credit card payments effective 3/1/2025.**

*Please reference invoice number 70567007 with payment.*

Barley Snyder

Client No. 55915  
Matter No. 41

July 29, 2024  
Invoice No. 70567007

**RE: Real Estate**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/15/23 | ERB | Review purchase guidelines for Loop Road offers | .20 | 85.00 |
| 10/03/23 | ERB | Email correspondence with Mr. Ardire at AWI, et al. regarding transferring Loop Road property to AFI; review email correspondence between Mr. Ardire and Mr. Keane regarding same and correspondence from Ms. McGrath demanding turnover of property dated November 9, 2022 | .20 | 85.00 |
| 10/18/23 | ERB | Email correspondence with Brian Ardire regarding decision regarding Loop Road property is up to Chapter 7 Trustee | .20 | 85.00 |
| 11/08/23 | ERB | Review Letter of Intent for Loop Road property | .20 | 85.00 |
| 11/09/23 | ERB | Review executed Agreement of Sale for Loop Road property | .20 | 85.00 |
| 7/17/24 | ERB | Email correspondence with Peter Keane regarding executed Deed for Loop Road property; review Deed for filing; email correspondence to Peter Keane regarding correct address for Grantee | .60 | 264.00 |
| 7/25/24 | ERB | Preparation of Deed and Statement of Value for recording | .20 | 88.00 |
| 7/26/24 | ERB | Email correspondence with Peter Keane regarding recording of Deed and additional tax; email correspondence to Peter Keane with recorded Deed | .40 | 176.00 |

**TOTAL PROFESSIONAL SERVICES** $ 953.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 7/26/24 | Simplifile, Lancaster County Deed | 5,347.16 |

**DISBURSEMENTS** $ 5,347.16

**CREDITS APPLIED** $ -4,747.72

**TOTAL DISBURSEMENTS** $ 599.44

**BALANCE DUE THIS INVOICE** $ 1,552.44

2