IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Armstrong Flooring, Inc., *et al.*,[1] | Case No. 22-10426 (MFW) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BARLEY SNYDER LLP, AS REAL ESTATE COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM APRIL 17, 2023 THROUGH JULY 26, 2024**

Barley Snyder LLP ("Barley"), as real estate counsel for Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") in the above-captioned cases, filed a first and final application for allowance of compensation and reimbursement of expenses for April 17, 2023 through July 26, 2024 (the "First and Final Fee Application"). The Court has reviewed the First and Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First and Final Fee Application, and any hearing on the First and Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First and Final Fee Application. Accordingly, it is hereby ORDERED THAT:

1.  The First and Final Fee Application is GRANTED, on a final basis. Fees in the amount of $2,313.00, and costs in the amount of $599.44, are allowed on a final basis. The Trustee in the above case shall pay to Barley the sum of $2,313.00 as compensation and $599.44

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

as reimbursement of expenses, for a total of $2,912.44 for services rendered and disbursements incurred by Barley for the period April 17, 2023 through July 26, 2024.

      2.      Barley shall have an allowed chapter 11 administrative expense claim in the amount of $807.50, which claim shall receive a distribution as and when other similarly-situated claims receive a distribution.

      3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.