IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br><br>Re: Docket No. 1545 |

**CERTIFICATION OF NO OBJECTION REGARDING
FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF BARLEY SNYDER LLP,
AS REAL ESTATE COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM APRIL 17, 2023 THROUGH JULY 26, 2024**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First and Final Application for Compensation and Reimbursement of Expenses of Barley Snyder LLP, as Real Estate Counsel to the Chapter 7 Trustee, for the Period from April 17, 2023 through July 26, 2024* (the "Application") [Docket No. 1545] filed on March 13, 2025. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice, objections to the Application were to be filed and served no later than March 26, 2025 at 4:00 p.m. (ET).

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

4903-7976-0688.1 31272.001

|  |  |
|---|---|
| Dated: March 31, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Peter J. Keane* |
|  | Bradford J. Sandler (DE Bar No. 4142) |
|  | Peter J. Keane (DE Bar No. 5503) |
|  | Edward A. Corma (DE Bar No. 6718) |
|  | 919 N. Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, DE 19899 (Courier 19801) |
|  | Telephone: (302) 652-4100 |
|  | Facsimile: (302) 652-4400 |
|  | Email: bsandler@pszjlaw.com |
|  | pkeane@pszjlaw.com |
|  | ecorma@pszjlaw.com |
|  | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |