# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*, | Case No. 22-10426 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 16, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE**: **AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

### RESOLVED MATTER

1. First and Final Application for Compensation and Reimbursement of Expenses of Barley Snyder LLP, as Real Estate Counsel to the Chapter 7 Trustee, for the period from April 17, 2023 to July 26, 2024 [Filed 03/13/25] (Docket No. 1545)

    Response Deadline: March 26 at 4:00 p.m. (ET)

    Response Received: None

    Related Documents:

    A.  Certification of No Objection Regarding First Final Application for Compensation and Reimbursement of Expenses of Barley Snyder LLP, as Real Estate Counsel to the Chapter 7 Trustee for the period from April 17, 2023 to July 26, 2024 [Filed 03/31/25] (Docket No. 1548)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

B.    Order Granting First Final Application for Compensation and Reimbursement of Expenses of Barley Snyder LLP, as Real Estate Counsel to the Chapter 7 Trustee for the period from April 17, 2023 to July 26, 2024 [Entered 04/02/25] ([Docket No. 1549](#))

Status:  An order has been entered resolving this matter.  No hearing is necessary.

Dated: April 14, 2025            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

Counsel for Alfred T. Giuliano, Chapter 7 Trustee