## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ARMSTRONG FLOORING, INC. et al.**[1]<br><br>**Debtors.** | **Chapter 7**<br><br>**Case No. 22-10426 (MFW)**<br><br><br><br>**Hearing Date: May 28, 2025 at 2:00 p.m. ET**<br>**Objection Deadline:  May 21, 2025 at 4:00 p.m. ET** |

### NOTICE OF FIRST INTERIM APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### OF GIULIANO MILLER AND COMPANY LLC, AS
### ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE
### FOR THE PERIOD FROM APRIL 17, 2023 THROUGH APRIL 30, 2025

**PLEASE TAKE NOTICE** that on May 7, 2025, Giuliano Miller & Company LLC ("GMCO" or the "Firm"), Accountants and Financial Advisors for the chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors, filed the *First Interim Application for Compensation and Reimbursement of Expenses of Giuliano Miller and Company LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee, for the Period from April 17, 2023 through April  30, 2025* (the "Application"), seeking compensation for the reasonable and necessary services rendered to the Trustee in the amount of $120,741.50, and reimbursement for actual and necessary expenses in the amount of $3,759.76. A copy of the Application is attached hereto.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).  The address of the Debtors' corporate headquarters is P.O. Box 10068, 1770 Hampstead Road, Lancaster, PA 17605.

PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 21, 2025, at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (bsandler@pszjlaw.com), and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov).

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **MAY 28, 2025 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

Dated:  May 7, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:        bsandler@pszjlaw.com
                   pkeane@pszjlaw.com
                   ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*