# EXHIBIT A



# Giuliano Miller & Company, LLC

Pavillion 800, Suite 210

2301 E. Evesham Road

Voorhees, NJ 08043

Phone:  856-767-3000      Fax:   856-767-3500

Armstrong Flooring, Inc., et al.
c/o Alfred T. Giuliano, Chapter 7 Trustee
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043

| | |
|---|---|
| *Invoice #:* | *27986* |
| *Date:* | *4/30/2025* |
| *Due Date:* | *5/30/2025* |
| *Client ID:* | *21034* |

*Please return top portion with remittance.*

Amount Enclosed  $  _____

For professional service rendered as follows:

### 951 1    Case Background/Administration

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/17/23 | discuss case background with ATG | DMM | 0.10 | 60.00 |
| 4/17/23 | background search on company and prepare notes | DMM | 0.80 | 480.00 |
| 4/19/23 | Review case information from docket | MSG | 0.50 | 167.50 |
| 4/19/23 | review dockets, schedules, SOFAs | DMM | 2.10 | 1260.00 |
| 4/19/23 | review related cases (.1)  email list to trustee re: status and closed adversary cases (.1) | DMM | 0.20 | 120.00 |
| 4/24/23 | Call with Shawn S.,  Dalton E. and Gayla B of Riveron review of remnant assets. LOC's for workers comp collateral, and funding of retiree's benefit settlement. | RLE | 0.80 | 480.00 |
| 4/24/23 | emails with ATG, SSH, and P Keane re: appointment | DMM | 0.30 | 180.00 |
| 4/25/23 | review appointment document draft from counsel | DMM | 0.20 | 120.00 |
| 4/26/23 | Review of action items provided by Shawn S. of Riveron. | RLE | 0.40 | 240.00 |
| 4/26/23 | Emails to/from Brad S on DIP loan liens Dutty Claw back. | RLE | 0.10 | 60.00 |
| 4/27/23 | Execute file download for claims | MSG | 0.60 | 201.00 |
| 4/28/23 | Review of close out memo from Riveron and created follow up questions. | RLE | 1.20 | 720.00 |
| 4/28/23 | emails from counsel and ATG re: filing of appointment application | DMM | 0.10 | 60.00 |
| 5/10/23 | Emails from Shawn S. outlline of professional responsibilities. | RLE | 0.10 | 60.00 |
| 5/11/23 | Call with Brad S. discuss sharing option with Path Light to proceed. | RLE | 0.30 | 180.00 |
| 11/14/23 | update from ATG re: case | DMM | 0.10 | 60.00 |
| 4/24/25 | request for fee application from trustee (.1); review case status of work completed (.2) | DMM | 0.30 | 208.50 |
| | Subtotal | | **8.20** | **$4,657.00** |

### 952 2    Insurance & Bank Account Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|

Giuliano Miller & Company, LLC

| | | Invoice #: | 27986 |
| | | Client ID: | 21034 |

| | | | | |
|---|---|---|---|---|
| 4/20/23 | Review of files and information from Riveron | RLE | 3.60 | 2160.00 |
| 4/21/23 | Review of LOC's. | RLE | 0.40 | 240.00 |
| 4/27/23 | Met with DMD re: works comp claim questions and Tennessee Bureau of WC Choice of Physician Form | DMR | 0.10 | 50.00 |
| 4/27/23 | Review emails from R. Stepp (Sedgwick) re: request for employer information needed for Tennessee Bureau of WC Choice of Physician Form for J. Weber (former employee) | DMR | 0.10 | 50.00 |
| 5/1/23 | Assist with inventory of debtor bank statements | MSG | 0.40 | 134.00 |
| 5/4/23 | Emails to/from Bob M on cash mgt system from JPM. | RLE | 0.20 | 120.00 |
| 5/5/23 | Review of JPM bank statements provided by Bob M of AEF | RLE | 0.60 | 360.00 |
| 5/5/23 | Emails from/to Bob M. on JPM accounts and balances. | RLE | 0.20 | 120.00 |
| 5/5/23 | Review of cash management diagram for JPM accounts. | RLE | 0.40 | 240.00 |
| 5/5/23 | Email from Bob M on Cash management diagram as requested. | RLE | 0.10 | 60.00 |
| 5/9/23 | Emails from/to Shawn S. on escrow account for professional retainer - Delaware Trust. | RLE | 0.30 | 180.00 |
| 5/9/23 | Emails from/to Donna D and Shawn S. on JPM account 6984. | RLE | 0.20 | 120.00 |
| 5/19/23 | Emails from/to Peter K and Jessica C on settlement of workers comp cases and next steps needed. | RLE | 0.40 | 240.00 |
| 5/25/23 | Emails from/to Connie W. on setlement for WC claim. | RLE | 0.30 | 180.00 |
| 5/25/23 | Email to Peter K on WC claim and settlement request. | RLE | 0.10 | 60.00 |
| 5/30/23 | Emails (4) from/to Shawn S. and review of payments made into JPM account. | RLE | 0.40 | 240.00 |
| 5/30/23 | Researched deposits into JPM accounts post conversion. | RLE | 0.40 | 240.00 |
| 6/3/23 | Email from/to Shawn S and Connie W. on WC claims settlement. | RLE | 0.30 | 180.00 |
| 6/7/23 | emails to/from Shawn S, and WC carrier on processing claims | RLE | 0.30 | 180.00 |
| 6/7/23 | Call with Gayla B of Riverson on background to worker comp claim processed by Sedgwick and ESI | RLE | 0.30 | 180.00 |
| 6/7/23 | Emails from/to Gaylab B. review of amount collateral and run off claims requested for Workers Comp Claim. | RLE | 0.40 | 240.00 |
| 6/7/23 | Emails from/to Aiko M of ESIS on review of worker comp process. | RLE | 0.10 | 60.00 |
| 6/7/23 | Emails from Shawn S.. review of Sedgwick claim process to date and contacts provided. | RLE | 0.20 | 120.00 |
| 6/7/23 | Email from/to Peter K on Stay relief motion for PI case. | RLE | 0.20 | 120.00 |
| 6/13/23 | Emails from/to Aiko M on workers comp settlement discussion. | RLE | 0.20 | 120.00 |
| 7/5/23 | Reserach on enviromental escrow funds being administered by Chicago Title. | RLE | 0.30 | 180.00 |
| 7/10/23 | Emails to/from Peter K and Shawn S, on workers comp audit with SWIF | RLE | 0.30 | 180.00 |
| 7/10/23 | Emails from Peter K  to Barry K auditor from SWIF on status of case and information needed for workers comp audit. | RLE | 0.20 | 120.00 |
| 7/11/23 | Review emails between RLE and S. Smith (Riveron) re: UKG outstanding invoices for 2022 year end payroll processing | DMR | 0.10 | 50.00 |

Giuliano Miller & Company, LLC

| | | | Invoice #: | 27986 |
| | | | Client ID: | 21034 |

| | | | | | |
|---|---|---|---|---|---|
| 7/13/23 | Review of claims by ACE insurance for approval of payments- workers comp. | RLE | 0.60 | 360.00 |
| 7/13/23 | Emails to/from Shawn S on workers comp claim and action required. | RLE | 0.60 | 360.00 |
| 7/19/23 | Email from/to Shawn S, on Workers Comp Settlement notices. | RLE | 0.20 | 120.00 |
| 7/20/23 | Call with Jessica C sedgewick workers comp claims. | RLE | 0.30 | 180.00 |
| 7/20/23 | Review of Escrow Balance foe Workers comp claims. | RLE | 0.20 | 120.00 |
| 8/2/23 | Emails from/to Hiren M. on escrow draw for southgate clean up. | RLE | 0.20 | 120.00 |
| 8/7/23 | Email from/to BM of Segwick on Qtr loss report. | RLE | 0.20 | 120.00 |
| 8/7/23 | Review of QTR loss report from Sedgwick. | RLE | 0.30 | 180.00 |
| 8/11/23 | emails to/from Shawn S. and PA Workers Comp premium due. | RLE | 0.20 | 120.00 |
| 8/30/23 | Emails from/to Jessica C. review of WC loss funding for July, | RLE | 0.20 | 120.00 |
| 8/31/23 | Emails (4) to/from Peter K and Shawn S. on CSC notices and transfer point of contact. | RLE | 0.30 | 180.00 |
| 9/20/23 | Emails from Jessica C on WC claim reports. | RLE | 0.20 | 120.00 |
| 10/9/23 | Emails from/to Shawn S and Jordan T on open WC invoice, | RLE | 0.20 | 120.00 |
| 10/10/23 | Emails to/from Sahwn S pm Chartible Trust bank account. | RLE | 0.20 | 120.00 |
| 10/10/23 | emails from/to Sahwn S and Jereny S on wire to be send and instructions needed. | RLE | 0.20 | 120.00 |
| 10/12/23 | Emails from Jess C on Sedgewick Claim admin costs. | RLE | 0.10 | 60.00 |
| 10/18/23 | Call with Peter K on CSC legal notice and authorization. | RLE | 0.10 | 60.00 |
| 10/19/23 | Emails from/to Peter K Shawn S and CSC on credentials for CSC account | RLE | 0.30 | 180.00 |
| 11/6/23 | Emails from Barb G on claims runoff reports. | RLE | 0.10 | 60.00 |
| 11/6/23 | Review of run off reports for WC claims. | RLE | 0.20 | 120.00 |
| 12/18/23 | Emails to Peter K and Kevin F/ on information requested for Armstrong Foundation account. | RLE | 0.20 | 120.00 |
| 12/20/23 | Emails (4) From/to John H of True Value and Donna D on monies to be returned to TV. | RLE | 0.40 | 240.00 |
| 2/6/24 | Email from Barbara G on workers comp claims | RLE | 0.10 | 65.00 |
| 2/6/24 | Review of Workers comp claim and runoff. | RLE | 0.30 | 195.00 |
| 3/1/24 | Emails from Sedwick on WC claim paid in 2023. | RLE | 0.10 | 65.00 |
| 4/17/24 | Emails from Hiren M on draw request and FedEx confirmation. | RLE | 0.20 | 130.00 |
| 4/17/24 | Emails from Cherry M and Hiren M on payment of EPA claims | RLE | 0.20 | 130.00 |
| 5/22/24 | Review of email from Hiren M and draw notice for EPA Claim | RLE | 0.20 | 130.00 |
| 11/6/24 | Review of workers comp run-off report from Sedgewick. | RLE | 0.30 | 195.00 |
| 2/25/25 | Call with Sedgewick on a medicare compliance issue. | RLE | 0.30 | 208.50 |
| | Subtotal | | **18.30** | **$10,942.50** |

Giuliano Miller & Company, LLC

| | Invoice #: | 27986 |
|---|---|---|
| | Client ID: | 21034 |

### 954  4    Employee Related Issues and W-2's

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/13/23 | Download and review 2016 - 2021 Form 5500 filings for health & welfare plans sponsored by the debtor | DMR | 0.50 | 250.00 |
| 4/13/23 | Email to ATG re: health & welfare plans sponsored by the debtor | DMR | 0.10 | 50.00 |
| 4/28/23 | Correspondence with R. Stepp (Sedgwick) re: request for employer information needed for Tennessee Bureau of WC Choice of Physician Form for J. Weber (former employee) and provided bankruptcy case information | DMR | 0.30 | 150.00 |
| 4/28/23 | Email to ATG and DMD re: status of call with R. Stepp (Sedgwick) for workers comp claim for J. Weber (former employee) | DMR | 0.10 | 50.00 |
| 5/8/23 | Email from/to Peter K on NY DOL on wages for Q1 2023. | RLE | 0.20 | 120.00 |
| 5/8/23 | Email from Shawn S confirming no wages paid in Q-1. | RLE | 0.10 | 60.00 |
| 5/9/23 | Email from/to Shawn S on employee garnishment request. | RLE | 0.20 | 120.00 |
| 7/11/23 | Emails to/from Shawn S W-2 status for 2023. | RLE | 0.10 | 60.00 |
| 7/11/23 | Review emails between RLE and S. Smith (Riveron) re: no payroll processed in 2023 | DMR | 0.10 | 50.00 |
| 9/11/23 | Emails to/from Lakesha P on 2023 wage reporting to state of WA. | RLE | 0.20 | 120.00 |
| 2/14/24 | Emails from Donna D and Shawn S on life policies for employees | RLE | 0.30 | 195.00 |
| 2/14/24 | Email from Shawn S on employee life insurance requested by Donna D. Provided census and policy calculations. | RLE | 0.30 | 195.00 |
| 2/14/24 | Email correspondence with G. Baxley (Highlands Residential Mortgage) re: employment information for B. Games (former employee) | DMR | 0.20 | 110.00 |
| 7/23/24 | Emails from Donna D and DMR on last payroll date for debtor | RLE | 0.20 | 130.00 |
| 10/18/24 | Correspondence with H. Payne (former employee) re: request for employment history | DMR | 0.20 | 110.00 |
| 1/22/25 | Create 2024 1099 and 1096 | BAG | 0.60 | 255.00 |
| 1/27/25 | Generage and organize 2024 1099 and 1096 | BAG | 0.60 | 255.00 |
| 2/10/25 | Correspondence with David Hamric (son of Donald Hamric, former employee) re: questions about healthcare insurance benefits and options | DMR | 0.30 | 177.00 |
| 2/13/25 | Correspondence with L. Warner (former employee) re: potential benefit letter received from SSA | DMR | 0.20 | 118.00 |
| | Subtotal | | **4.80** | **$2,575.00** |

### 955  5    Fee Applications

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/15/23 | Review GMCO application | ATG | 0.80 | 620.00 |
| 11/15/23 | work on first interim fee application | DMM | 4.10 | 2460.00 |
| 11/17/23 | update fee application | DMM | 0.70 | 420.00 |
| 4/24/25 | start 2nd interim fee application | DMM | 1.50 | 1042.50 |
| 4/30/25 | work on fee application | DMM | 1.20 | 834.00 |

Giuliano Miller & Company, LLC

| | Invoice #: | 27986 |
| --- | --- | --- |
| | Client ID: | 21034 |

Subtotal **8.30** **$5,376.50**

956 6   Litigation Support

| Date | Description | Staff | Hours | Amount |
| --- | --- | --- | --- | --- |
| 4/24/23 | Email to F. Caruso re instructions on sending hard drives. | SSH | 0.20 | 57.00 |
| 6/1/23 | Review of documents from Shawn S. on EPA and Environmental issues. | RLE | 0.70 | 420.00 |
| 6/1/23 | Email to/from Shawn S, on EPA docs and letters | RLE | 0.20 | 120.00 |
| 6/6/23 | Research of electronic records for Shipping container invoices as support for overcharge by shipping lines. | RLE | 2.30 | 1380.00 |
| 6/6/23 | Email to Peter K. providing samples of shipping containers invoices for possible litigation claim. | RLE | 0.20 | 120.00 |
| 6/6/23 | Emails (4) from/to ATG, BTG and Peter K, on status of recovery of PST files with SHI. | RLE | 0.40 | 240.00 |
| 6/13/23 | Call with Peter K and ATG on container ship Litigation and freight overcharges, | RLE | 0.20 | 120.00 |
| 6/13/23 | Emails from Peter K and Shawn S, on containers abandon on ZIM in VA. | RLE | 0.30 | 180.00 |
| 6/19/23 | Review stay relief motion for the Brent Hill matter. | RLE | 0.40 | 240.00 |
| 6/21/23 | Email to/from Peter K on setllment with SHI for admin claim. | RLE | 0.20 | 120.00 |
| 9/11/23 | Emails from/to Laurie M on mediation schedule | RLE | 0.20 | 120.00 |
| 9/12/23 | Emails from/to Laurie M of ASK on mediation schedule. | RLE | 0.40 | 240.00 |
| 9/12/23 | Begin to edit and format Delinquent Motax List file per RLE request | MSG | 0.30 | 100.50 |
| 9/26/23 | Emails (6) from Laurie M of ASK on scheduling dates for 15 preference matters. | RLE | 0.30 | 180.00 |
| 10/2/23 | Emails (13) on mediation dates for 13 matter from Laurie M of ASK. | RLE | 0.70 | 420.00 |
| 10/11/23 | Review of mediation statements for In Store Exp. | RLE | 0.80 | 480.00 |
| 10/11/23 | Emails to/from Laurie M on scheduling for mediations, | RLE | 0.30 | 180.00 |
| 10/13/23 | Review of mediation schedule and update calendar. | RLE | 0.20 | 120.00 |
| 10/16/23 | Review of Mediation statement for In-Store matter. | RLE | 1.10 | 660.00 |
| 10/17/23 | Mediation with Eric H and Jay Reding on In-Store matter. | RLE | 3.30 | 1980.00 |
| 10/17/23 | Review of mediation briefs and focus on Solvency argument. | RLE | 0.30 | 180.00 |
| 10/20/23 | Review of CMA brief form ASK for mediation next week. | RLE | 0.60 | 360.00 |
| 10/23/23 | Emails to from Laurie M of ASK on scheduling of mediation times late Nov and Dec | RLE | 0.30 | 180.00 |
| 10/23/23 | Review of mediations statements for defendant Diverzify. | RLE | 0.40 | 240.00 |
| 10/23/23 | Review ASK mediation statements for plaintiff - Diverzify matter. | RLE | 0.50 | 300.00 |
| 10/24/23 | Research what policies existed for Trade Credits and rebates, per Diverzify matter and request of Eric H mediator. | RLE | 2.10 | 1260.00 |
| 10/25/23 | Emails from/to Eric H, mediator and Nick B on documents requested CMA mediation. | RLE | 0.30 | 180.00 |
| 10/25/23 | Call with Nick B of ASK review of mediation options for CMA matter | RLE | 0.70 | 420.00 |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | 27986 |
|  |  | Client ID: | 21034 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 10/25/23 | Review of revised mediation statements for CMA matter. | RLE | 0.60 | 360.00 |
| 10/26/23 | Mediation on CMA matter with Nick B of ASK and Eric H - mediator and defendant. | RLE | 3.80 | 2280.00 |
| 10/26/23 | Mediation on Diverzify LL matter with Jay R of ASK and Eric H - mediator and defendant. | RLE | 2.20 | 1320.00 |
| 10/26/23 | Final settlement discussion | RLE | 0.20 | 120.00 |
| 10/27/23 | Mediation with Anastasia K. on Xpress matter. | RLE | 2.50 | 1500.00 |
| 10/27/23 | Review of revise mediation statements for Xpress mater. | RLE | 0.50 | 300.00 |
| 1/16/24 | Email from Kara C on settlement analysis for Yibin Logistics | RLE | 0.20 | 130.00 |
| 3/15/24 | Emails to RLE and PK re return of deposit for Loop Road property. | SSH | 0.60 | 180.00 |
| 11/13/24 | Emails from/to Lauren M of ASK on mediations schedule. | RLE | 0.30 | 195.00 |
| 12/17/24 | Review of mediation documents for Flexport matter. | RLE | 1.60 | 1040.00 |
| 12/17/24 | Email from/to  Anastasia K on mediation with Flexport | RLE | 0.20 | 130.00 |
| 12/18/24 | Prep for mediations | RLE | 0.40 | 260.00 |
| 12/18/24 | Emails on postponement of mediation session. | RLE | 0.20 | 130.00 |
|  | Subtotal |  | **31.20** | **$18,542.50** |

957  7     Preference & Fraudulent Transfers
Analyses

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/20/23 | Review of excluded avoidance claims from Robert W. | RLE | 0.80 | 480.00 |
| 4/21/23 | discussion with ATG re: appointment of ASK Financial for preference analysis | DMM | 0.10 | 60.00 |
| 4/26/23 | Email from/to ATG to ASK  requesting details of preference work to date. | RLE | 0.20 | 120.00 |
| 4/26/23 | Review of ASK worksheet on preference work to date. | RLE | 0.40 | 240.00 |
| 4/27/23 | Review of ASK information on preference analysis to date. | RLE | 1.20 | 720.00 |
| 5/1/23 | Review of ASK retention motion and engagement letter, | RLE | 0.60 | 360.00 |
| 5/1/23 | Initial review of ASK work product. | RLE | 0.40 | 240.00 |
| 5/30/23 | Settlement request for Zhejiang Wood development. | RLE | 0.20 | 120.00 |
| 7/20/23 | Review of settlement re-cap with ASK. | RLE | 0.30 | 180.00 |
| 7/26/23 | Met with DD, ATG re: tracking reports | MSG | 0.30 | 100.50 |
| 8/2/23 | Create tracking report from template | MSG | 0.80 | 268.00 |
| 8/3/23 | Finish creating tracking report | MSG | 0.70 | 234.50 |
| 9/29/23 | Review SEMs Inc email from KW re: settlement for tracking | MSG | 0.10 | 33.50 |
| 2/16/24 | Update preference tracking report for cash receipts and compare to ASK LLP report | MSG | 3.00 | 1125.00 |
| 2/19/24 | Continue to update and reconcile preference tracking report from Form 1 from DD and ASK LLP report | MSG | 2.00 | 750.00 |
| 2/20/24 | Continue to reconcile to analyze differences with preference tracking report | MSG | 0.90 | 337.50 |

Giuliano Miller & Company, LLC

| | | Invoice #: | 27986 |
|---|---|---|---|
| | | Client ID: | 21034 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| | against Form 1 from DD and ASK LLP report | | | |
| 2/22/24 | Review preference tracking with DD email reply and Form 1 | MSG | 0.30 | 112.50 |
| 2/23/24 | Review Form 2 against preference tracking and ASK collections | MSG | 2.00 | 750.00 |
| 4/5/24 | Review collection report from attorney KC | MSG | 0.20 | 75.00 |
| 4/30/24 | Met with ATG re: preference case status from ASK | MSG | 0.20 | 75.00 |
| 6/17/24 | call to MSG re: status of demands | DMM | 0.10 | 65.00 |
| 6/17/24 | call with DMM on cases | MSG | 0.10 | 37.50 |
| 6/18/24 | Begin to update pref tracking for 2024 adversary cases from July Form 1 and 2 as of 6/11 | MSG | 3.60 | 1350.00 |
| 6/18/24 | Create tracking report to send to attorneys to review status | MSG | 0.40 | 150.00 |
| 6/19/24 | Continue to update pref tracking for 2024 adversary cases from July Form 1 and 2 as of 6/11 | MSG | 2.50 | 937.50 |
| 6/19/24 | Draft email to attorneys re: pref tracking for 2024 | MSG | 0.30 | 112.50 |
| 6/24/24 | Update preference tracking, email attorneys | MSG | 0.50 | 187.50 |
| 6/27/24 | Review preference tracking and update, email DD re: discrepancies with Form 1 and 2 | MSG | 1.10 | 412.50 |
| 6/28/24 | Update preference tracking report from reply to DD email | MSG | 0.40 | 150.00 |
| 7/22/24 | Review of ASK status report and notes from Marc G. | RLE | 0.40 | 260.00 |
| 7/22/24 | Emails from/to Marc G on ASK report. | RLE | 0.20 | 130.00 |
| 7/22/24 | Review preference tracking report with DM | MSG | 0.50 | 187.50 |
| 7/22/24 | review of tracking report with MSG and his reconciliation with info sent by ASK and receipts | DMM | 0.50 | 325.00 |
| 7/22/24 | email to MSG re: reconciliation issue | DMM | 0.10 | 65.00 |
| 7/22/24 | review ASK spreadsheet for info provided (.1); multiple emails to MSG re: comments (.2) | DMM | 0.50 | 325.00 |
| 7/23/24 | review tracking report and email MSG re: revisions | DMM | 0.40 | 260.00 |
| 7/24/24 | Met with DD re: preference tracking | MSG | 0.30 | 112.50 |
| 1/2/25 | Email w/ W Pansegrau of ASK re: preference update | BTG | 0.10 | 50.00 |
| 1/7/25 | Review ASK preference status report provided | BTG | 0.20 | 100.00 |
| 3/11/25 | Email w/ A Kazmina of ASK re: Flexport pref settlement | BTG | 0.10 | 50.00 |
| 3/11/25 | T/c w/ ATG re: Flexport pref settlement | BTG | 0.10 | 50.00 |
| 3/18/25 | Update preference tracking | MSG | 0.90 | 396.00 |
| 3/26/25 | Review preference tracking report | MSG | 0.20 | 88.00 |
| | Subtotal | | **28.20** | **$12,183.00** |

958 8    Accounting

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/17/23 | Download/eview latest MORs. | RLE | 0.80 | 480.00 |
| 4/19/23 | Review of MORs for 02-28-23. | RLE | 0.60 | 360.00 |

Giuliano Miller & Company, LLC

| | | | Invoice #: | *27986* |
|---|---|---|---|---|
| | | | Client ID: | *21034* |

| 4/26/23 | Email from Shawn S, on retainer status. | RLE | 0.10 | 60.00 |
|---|---|---|---|---|
| 4/26/23 | Emails from/to Shawn S, on admin payment for Toyota | RLE | 0.10 | 60.00 |
| 5/2/23 | Emails from Sedgewick on service fee invoice to pay. | RLE | 0.20 | 120.00 |
| 5/3/23 | Call with Bob M. review of AR collections and mail forwarded to Riveron. | RLE | 0.30 | 180.00 |
| 5/5/23 | Email to/from Shawn S, on mail process and have all mail forwarded to trustee, | RLE | 0.20 | 120.00 |
| 5/5/23 | Review of form 2 for cash collection for JPM accounts. | RLE | 0.30 | 180.00 |
| 5/9/23 | Emails (4) from/to Shawn S and Bob M/ on JPM accounts and information on acct 6984. | RLE | 0.30 | 180.00 |
| 5/11/23 | Call with Peter K review of Chapter 11 admin expenses and timeline to review. | RLE | 0.30 | 180.00 |
| 5/11/23 | Review of files provided on retainer balances. | RLE | 0.40 | 240.00 |
| 5/11/23 | Call with Peter K review professional fee retainer balances. | RLE | 0.10 | 60.00 |
| 5/17/23 | Email to/from Donna D payment from EPIQ will be via a check. | RLE | 0.20 | 120.00 |
| 5/17/23 | Email from/to Donna D status of AR being sold in chapter 11. | RLE | 0.20 | 120.00 |
| 5/19/23 | Emails to/from Anshuman C. on Diligent open invoices payment chapter 11 expenses. | RLE | 0.20 | 120.00 |
| 5/22/23 | Emails to/from Shawn S on Diligent delinquent balance due and information stored there for BOD and executive management. | RLE | 0.30 | 180.00 |
| 5/23/23 | Review Trial balance and correspondence regarding claims review to prepare for conf call | MGI | 1.80 | 990.00 |
| 6/2/23 | Emails from/to Beth L of Neville Chemical on stipulation to pay AR. | RLE | 0.40 | 240.00 |
| 6/5/23 | Email to/from Shawn S, on excess freight charge claims. | RLE | 0.20 | 120.00 |
| 6/5/23 | Review of open list of items from Bob Miller of Gordon Brothers. | RLE | 0.30 | 180.00 |
| 6/20/23 | Review of unpaid invoices and effect on Chapter 11 expense pool. | RLE | 0.20 | 120.00 |
| 7/6/23 | Call with Pat S. of Chicago Title. on Southgate escrow and environmental clean up costs and process. | RLE | 0.60 | 360.00 |
| 7/6/23 | Review of escrow agreements southgate as provided by Pat S. | RLE | 0.70 | 420.00 |
| 7/6/23 | Call with Shawn S, review of Southgate Property and escow and Diligent Portal. | RLE | 0.50 | 300.00 |
| 7/6/23 | Calls to Pat S. on contact for OMP properties. | RLE | 0.20 | 120.00 |
| 7/11/23 | Review of UKG expenses and invoices for w-2 and year end payroll reporting. | RLE | 0.60 | 360.00 |
| 7/11/23 | Emails from/to Shawn S, on UKG contract extension and open invoices during chapter 11. | RLE | 0.40 | 240.00 |
| 7/11/23 | Email to Peter K asking for status of UKG invoices, | RLE | 0.20 | 120.00 |
| 7/19/23 | Review with Shawn S on monies held by EPIQ for retiree accounts, | RLE | 0.30 | 180.00 |
| 8/2/23 | Emails to/from David M on storage inoice for records at his location. | RLE | 0.20 | 120.00 |
| 9/14/23 | Emails from/to Hiren M and Cherry M on Southgate Draw notice. | RLE | 0.20 | 120.00 |
| 9/14/23 | Review of draw notice for Southgate cleanup and supporting documents. | RLE | 0.30 | 180.00 |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | 27986 |
|---|---|---|---|
|  |  | Client ID: | 21034 |

| 10/4/23 | Emails from/to Shawn S on open invoice for TSA. | RLE | 0.10 | 60.00 |
|---|---|---|---|---|
| 10/6/23 | Review and requested changes to Martin Storage invoice. | RLE | 0.20 | 120.00 |
| 10/9/23 | Emails to/from Dan Mon storage invoice. | RLE | 0.20 | 120.00 |
| 10/11/23 | Review of draw notice from Hiren M EPA clean up. | RLE | 0.30 | 180.00 |
| 10/18/23 | Emails from/to Shawn S on CSC credentials for legal notices. | RLE | 0.20 | 120.00 |
| 10/18/23 | Emails from Array Solution on open payment of invoice, | RLE | 0.10 | 60.00 |
| 10/25/23 | Emails from Donna on invoice for global tax to be paid. | RLE | 0.10 | 60.00 |
| 10/26/23 | Emails from/to Bob S. on outstanding invoices for Global Tax. | RLE | 0.20 | 120.00 |
| 11/14/23 | Review emails from B Gollnick of SHI re: outstanding invoices | BTG | 0.10 | 42.50 |
| 11/21/23 | Email w/ ATG & P Keane of Pachulski re: backup of debtor emails | BTG | 0.10 | 42.50 |
| 11/28/23 | Emails from/to Donna D on payment of Iron Mountain invoice and reveiw of past invoice payments, | RLE | 0.20 | 120.00 |
| 12/6/23 | Email from Brett K on real estate  tax refund. | RLE | 0.20 | 120.00 |
| 12/19/23 | Email w/ B Gollnick of SHI re: backup of debtor emails | BTG | 0.10 | 42.50 |
| 1/12/24 | Review of returned retainer from Steptoe and Johnson PLC. | RLE | 0.20 | 130.00 |
| 3/15/24 | Emails from Sonia S  and Peter K on return of deposit for loop road property, | RLE | 0.30 | 195.00 |
| 3/15/24 | Emails (3) to/from Peter K and Sonia S. on escrow balance for 1260 loop road sale. | RLE | 0.30 | 195.00 |
| 4/16/24 | Emails to/from Hiren M and Cherry M draw notice #13. | RLE | 0.20 | 130.00 |
| 4/26/24 | Email w/ ATG & P Keane of Pachulski re: SHI outstanding invoices | BTG | 0.20 | 95.00 |
| 5/13/24 | Email w/ P Keane of Pachulski re: payment of SHI invoices | BTG | 0.10 | 47.50 |
| 5/13/24 | Review draft email for SHI re: payment of outstanding invoices | BTG | 0.20 | 95.00 |
| 5/20/24 | Email w/ ATG & P Keane of Pachulski re: termination & payment of SHI invoices | BTG | 0.20 | 95.00 |
| 5/20/24 | Meeting w/ ATG re: termination & payment of SHI invoices | BTG | 0.20 | 95.00 |
| 5/30/24 | Email from Shawn S on CSC notice. | RLE | 0.10 | 65.00 |
| 5/31/24 | Email w/ P Keane of Pachulski re: termination & final payment due to SHI | BTG | 0.10 | 47.50 |
| 6/3/24 | Email w/ P Keane of Pachulski re: payment of SHI invoices | BTG | 0.10 | 47.50 |
| 6/3/24 | Email w/ DMD re: payment of outstanding SHI invoices | BTG | 0.10 | 47.50 |
| 6/11/24 | T/c & email w/ P Keane of Pachulski re: SHI invoices & termination of services | BTG | 0.20 | 95.00 |
| 6/18/24 | Email w/ J Watson of SHI re: payment of invoices & termination of services | BTG | 0.20 | 95.00 |
| 6/18/24 | Email w/ DMD re: payment of outstanding SHI invoices | BTG | 0.10 | 47.50 |
| 6/24/24 | Email w/ DMD & B Wood of SHI re: payment of outstanding invoices | BTG | 0.20 | 95.00 |
| 1/2/25 | Emails from Shawn S on unpaid invoices | RLE | 0.10 | 69.50 |

|  |  | Subtotal | **16.90** | **$9,824.50** |
|---|---|---|---|---|

Giuliano Miller & Company, LLC

| | | Invoice #: | 27986 |
|---|---|---|---|
| | | Client ID: | 21034 |

961  11      Records - Inventory and Access

| Date | Description | Staff | Hours | Amount |
|------|-------------|-------|-------|--------|
| 4/19/23 | Review with ATG on MS 365 issue and email account. | RLE | 0.20 | 120.00 |
| 4/19/23 | Emails from/to Dalton E. review of MS 365 issue and schedule for a call. | RLE | 0.40 | 240.00 |
| 4/19/23 | Call with Dalton E and team on MS 365 issues and next steps to recover PST files. | RLE | 0.60 | 360.00 |
| 4/20/23 | Call with Shawn S. on document storage and contacts. | RLE | 0.40 | 240.00 |
| 4/20/23 | Emails (6) from/to Shawn S. on document request list. | RLE | 0.60 | 360.00 |
| 4/21/23 | Review of inventory records lists from Iron Mountain | RLE | 1.20 | 720.00 |
| 4/21/23 | Review of document request information loaded up to share drive. | RLE | 1.40 | 840.00 |
| 4/24/23 | Review of shared file information from Shawn S. of Riveron- Organized records and created file folders from group. | RLE | 3.80 | 2280.00 |
| 4/25/23 | Review of additional downloaded files from share point. | RLE | 1.20 | 720.00 |
| 4/26/23 | Emails from/to Frank C and Sonia S. on hard drive to be provided. | RLE | 0.20 | 120.00 |
| 4/26/23 | Emails to/from Susan M on status of record storage at Martin CFS. | RLE | 0.20 | 120.00 |
| 4/27/23 | Review and downloaded documents from file share from Shawn S. of Riveron. | RLE | 2.60 | 1560.00 |
| 5/1/23 | Review of Armstrong Hard drive and directories -- organized file | RLE | 2.80 | 1680.00 |
| 5/2/23 | Emails from/to Shawn updates to document request list. | RLE | 0.20 | 120.00 |
| 5/2/23 | Review shared hard drive and organized files for case. | RLE | 0.70 | 420.00 |
| 5/9/23 | Emals to from Peter K and Shawn S. on deleted PST files - at SHI. | RLE | 0.20 | 120.00 |
| 5/22/23 | Review and organized information from external hardrive. | RLE | 0.90 | 540.00 |
| 5/30/23 | Email to/from Peter K and Shawn S. on mail forwarding issue, | RLE | 0.20 | 120.00 |
| 5/31/23 | Email w/ ATG, RLE & P Keane of Pachulski re: debtor emails to be recovered | BTG | 0.20 | 85.00 |
| 6/5/23 | T/c & email w/ B Gollnick of SHI re: access to debtor emails | BTG | 0.30 | 127.50 |
| 6/5/23 | Email w/ ATG, RLE & P Keane of Pachulski re: access to debtor emails | BTG | 0.10 | 42.50 |
| 6/6/23 | T/c & email w/ B Gollnick of SHI re: access to debtor emails | BTG | 0.20 | 85.00 |
| 6/13/23 | Email w/ B Gollnick of SHI re: quote to backup debtor emails | BTG | 0.10 | 42.50 |
| 6/20/23 | Emails from/to Peter K on claim from SHI concerning deleted records. | RLE | 0.30 | 180.00 |
| 6/20/23 | Emails from/to Shawn S. on payments made to SHI on amounts in arrears | RLE | 0.20 | 120.00 |
| 6/20/23 | Email w/ P Keane of Pachulski re: SHI quote to backup debtor records | BTG | 0.10 | 42.50 |
| 6/27/23 | Email w/ P Keane of Pachulski re: SHI quote to backup debtor emails | BTG | 0.10 | 42.50 |
| 6/27/23 | Review email from B Gollnick of SHI re: quote to backup debtor emails | BTG | 0.10 | 42.50 |
| 7/5/23 | emails to/from Shawn S, on access to Dillegent Web Site for BOD materials, | RLE | 0.20 | 120.00 |
| 7/5/23 | Email w/ P Keane of Pachulski re: SHI quote to backup debtor emails | BTG | 0.10 | 42.50 |
| 7/5/23 | Email w/ B Gollnick of SHI re: quote to backup debtor emails | BTG | 0.20 | 85.00 |
| 7/11/23 | Emails (6) from/to BTG, Peter K  and ATG on PST files to be preserved and | RLE | 0.40 | 240.00 |

Giuliano Miller & Company, LLC

| | | | Invoice #: | 27986 |
|---|---|---|---|---|
| | | | Client ID: | 21034 |

| | options of cost to retain them. | | | |
|---|---|---|---|---|
| 7/11/23 | Conf call w/ B Gollnick & G Hill of SHI re: quote & backup of debtor emails | BTG | 0.50 | 212.50 |
| 7/11/23 | Email w/ B Gollnick of SHI re: quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 7/11/23 | Email w/ RLE & P Keane of Pachulski re: quote & backup of debtor emails | BTG | 0.20 | 85.00 |
| 7/11/23 | Review email from B Gollnick of SHI re: summary user list | BTG | 0.20 | 85.00 |
| 7/24/23 | Review of Email accounts to retain and which ones to omit. | RLE | 0.80 | 480.00 |
| 7/24/23 | Email w/ RLE & P Keane of Pachulski re: quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 7/24/23 | Email w/ B Gollnick of SHI re: quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 8/1/23 | Email w/ ATG, K Casteel & Q Kruszka of ASK re: email access | BTG | 0.20 | 85.00 |
| 8/1/23 | Email w/ ATG & P Keane of Pachulski re: SHI quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 8/1/23 | Email w/ B Gollnick of SHI re: quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 8/1/23 | Email w/ RLE & S Smith formerly of Armstrong re: backup of debtor emails | BTG | 0.10 | 42.50 |
| 8/1/23 | T/c w/ ATG re: ASK access to email & SHI quote to backup debtor emails | BTG | 0.10 | 42.50 |
| 8/2/23 | Emails from/to BTG and Peter K on SHI analysis on E-mail accounts and costs to preserve. | RLE | 0.20 | 120.00 |
| 8/2/23 | Email w/ ATG, K Casteel & Q Kruszka of ASK re: email access | BTG | 0.10 | 42.50 |
| 8/2/23 | Email w/ B Gollnick of SHI re: ASK email access | BTG | 0.10 | 42.50 |
| 8/3/23 | Organized electronic records | RLE | 1.40 | 840.00 |
| 8/4/23 | Review with BTG on SHI restoration of PST files. | RLE | 0.20 | 120.00 |
| 8/4/23 | Emails to/from Peter K and BTG on SHI pst accounts. | RLE | 0.20 | 120.00 |
| 8/4/23 | Email w/ ATG & P Keane of Pachulski re: SHI quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 8/4/23 | Email w/ ATG, K Casteel & Q Kruszka of ASK re: email access | BTG | 0.10 | 42.50 |
| 8/4/23 | Email w/ B Gollnick of SHI re: ASK email access | BTG | 0.10 | 42.50 |
| 8/8/23 | T/c & email w/ ATG re: quote & backup of debtor emails | BTG | 0.10 | 42.50 |
| 8/9/23 | Review of records received from Riveron Boston office | RLE | 1.20 | 720.00 |
| 8/14/23 | Email to/from BTG on SHI email proposal and restoration. | RLE | 0.20 | 120.00 |
| 8/14/23 | Email w/ ATG & P Keane of Pachulski re: SHI quote & backup of debtor emails | BTG | 0.20 | 85.00 |
| 8/14/23 | Email w/ B Gollnick of SHI re: quote to backup debtor emails | BTG | 0.20 | 85.00 |
| 9/7/23 | Email from/to Iron mountain on record storage | RLE | 0.20 | 120.00 |
| 9/7/23 | Emails from/to Martins CF on payment of record storage for corporate records. | RLE | 0.20 | 120.00 |
| 9/7/23 | Email to Donna D. on payment of invoices for Martins CF and Iron Mountain | RLE | 0.10 | 60.00 |
| 10/3/23 | Email from Donna D. on payment of storage invoice for Iron Mountain. | RLE | 0.10 | 60.00 |
| 10/4/23 | Analyze files and folders on server for archiving | MSG | 0.40 | 134.00 |
| 10/5/23 | Review of debtor records from Shawn S. of Riveron. | RLE | 1.10 | 660.00 |

Giuliano Miller & Company, LLC

| | | Invoice #: | 27986 |
| | | Client ID: | 21034 |

| 10/5/23 | Archive select files and folders on server | MSG | 0.30 | 100.50 |
|---|---|---|---|---|
| 11/14/23 | Email w/ ATG & P Keane of Pachulski re: backup of debtor emails | BTG | 0.10 | 42.50 |
| 12/7/23 | Storage Invoice from Martin Storage, | RLE | 0.10 | 60.00 |
| 12/8/23 | Organize records for year end review | RLE | 0.40 | 240.00 |
| 12/12/23 | Email w/ B Gollnick of SHI re: backup of debtor emails | BTG | 0.10 | 42.50 |
| 12/12/23 | Email w/ ATG & P Keane of Pachulski re: SHI backup of debtor emails | BTG | 0.10 | 42.50 |
| 1/2/24 | Emails to Donna D on payment of storage invoice - Martin | RLE | 0.10 | 65.00 |
| 1/2/24 | Email w/ B Gollnick of SHI re: backup of debtor emails | BTG | 0.10 | 47.50 |
| 1/10/24 | Emails from/to BTG and Peter K on e- storage for all user information, | RLE | 0.20 | 130.00 |
| 1/10/24 | T/c & email w/ B Gollnick of SHI re: access & backup of debtor emails | BTG | 0.30 | 142.50 |
| 1/10/24 | Email w/ ATG & P Keane of Pachulski re: backup of debtor emails | BTG | 0.20 | 95.00 |
| 1/12/24 | Email from Shawn S on mail forwarding to Trustee Office. | RLE | 0.10 | 65.00 |
| 1/16/24 | Emails from/to Shawn S and review mail being forwarded. | RLE | 0.20 | 130.00 |
| 1/16/24 | Email w/ B Gollnick of SHI re: access & backup of debtor emails | BTG | 0.10 | 47.50 |
| 1/16/24 | Review Microsoft Outlook for access to debtor emails | BTG | 0.20 | 95.00 |
| 1/22/24 | Email w/ B Gollnick of SHI re: Azure subscription & backup of debtor emails | BTG | 0.20 | 95.00 |
| 1/22/24 | Review Microsoft 365 for access & subscription to Azure to backup debtor emails | BTG | 0.50 | 237.50 |
| 1/25/24 | Email w/ B Gollnick of SHI re: Azure subscription & backup of debtor emails | BTG | 0.10 | 47.50 |
| 1/26/24 | Review emails from B Gollnick of SHI re: Azure subscription & backup of debtor emails | BTG | 0.20 | 95.00 |
| 3/4/24 | Email w/ B Gollnick of SHI re: access to debtor records on Commvault | BTG | 0.10 | 47.50 |
| 3/11/24 | Email from Peter K and ATG on record destruction. | RLE | 0.20 | 130.00 |
| 3/12/24 | Emails from/to BTG and SHI on storage of emails, | RLE | 0.20 | 130.00 |
| 3/12/24 | Email w/ B Campiglia & S Qadri of Commvault re: backup of debtor emails | BTG | 0.20 | 95.00 |
| 3/13/24 | Emails from/to BTG, SHI and Commvault on storage of emails. | RLE | 0.30 | 195.00 |
| 3/14/24 | Emails from/to BTG and Syed Q on emails stored in Commvault Cloud. | RLE | 0.30 | 195.00 |
| 3/14/24 | Email form BTG and email back up at CommVault, | RLE | 0.10 | 65.00 |
| 3/18/24 | Emails(6) from/to Peter K and Shawn S on records and records to be destroyed by Iron Mountain. | RLE | 0.60 | 390.00 |
| 3/26/24 | Email w/ B Campiglia & S Qadri of Commvault re: backup of debtor emails | BTG | 0.20 | 95.00 |
| 4/1/24 | Emails to Peter K on records to be destroyed. | RLE | 0.10 | 65.00 |
| 4/8/24 | Review with BTG storage of electronic files and email for cold storage. | RLE | 0.20 | 130.00 |
| 4/16/24 | T/c w/ S Qadri of Commvault re: backup of debtor emails | BTG | 1.00 | 475.00 |
| 4/22/24 | T/c w/ S Qadri of Commvault re: backup of debtor emails | BTG | 0.50 | 237.50 |
| 4/26/24 | Email w/ S Qadri of Commvault re: backup of debtor emails | BTG | 0.20 | 95.00 |
| 5/7/24 | Emails from/to Donna D and Shawn S on record destruction at Iron Mountain/ | RLE | 0.30 | 195.00 |

Giuliano Miller & Company, LLC

| | | Invoice #: | *27986* |
| | | Client ID: | *21034* |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 5/20/24 | Email w/ S Qadri of Commvault re: backup of debtor records | BTG | 0.10 | 47.50 |
| 5/20/24 | Review email from S Qadri of Commvault re: backup of debtor records | BTG | 0.20 | 95.00 |
| 5/31/24 | Email w/ S Qadri of Commvault re: backup of debtor records | BTG | 0.20 | 95.00 |
| 5/31/24 | Email w/ E Zavrel of Synobis re: conf call to discuss backup of debtor records | BTG | 0.10 | 47.50 |
| 6/3/24 | T/c & email w/ E Zavrel of Synobis re: backup of debtor emails | BTG | 0.20 | 95.00 |
| 6/11/24 | T/c & email w/ S Qadri of Commvault re: backup of debtor emails & records | BTG | 1.00 | 475.00 |
| 6/12/24 | T/c & email w/ S Qadri of Commvault re: backup of debtor emails & records | BTG | 0.50 | 237.50 |
| 6/18/24 | Email w/ S Qadri of Commvault re: backup of debtor emails & records | BTG | 0.20 | 95.00 |
| 6/24/24 | Email w/ H Gowtham of Commvault re: backup of debtor records | BTG | 0.20 | 95.00 |
| 7/30/24 | Emails from/to Shawn S on iron mountain inventory and invoice due, | RLE | 0.20 | 130.00 |
| 7/31/24 | Emails from/to Donna D on order to destroy records at Iron Mountain. | RLE | 0.20 | 130.00 |
| 10/31/24 | Emails from Donna D. on  destruction status of records at Iron Mt. | RLE | 0.10 | 65.00 |
| 11/26/24 | Review with Donna M records at Iron mountain and COD required. | RLE | 0.20 | 130.00 |
| 11/26/24 | Emails with attachments on Iron Mt records and request for destruction per order issued by court. | RLE | 0.40 | 260.00 |
| 12/3/24 | Review of emails from Iron mountain on record destruction requests. | RLE | 0.60 | 390.00 |
| 12/3/24 | Calls (6) to Iron Mountain Reps on records destruction request, | RLE | 0.30 | 195.00 |
| 12/3/24 | Emails from Shawn S on Iron mountain records. | RLE | 0.10 | 65.00 |
| 1/2/25 | Review email from MS Commvault re: backup of debtor emails & records | BTG | 0.20 | 100.00 |
| 1/2/25 | Email w/ ATG & P Keane of Pachulski re: destruction of debtor records | BTG | 0.10 | 50.00 |
| 1/7/25 | Email w/ ATG & P Keane of Pachulski re: destruction of debtor records | BTG | 0.10 | 50.00 |
| 2/4/25 | Emails from/to Peter K on response from Iron Mountain for records. | RLE | 0.20 | 139.00 |
| 4/24/25 | T/c & email w/ P Keane of Pachulski re: motion to abandon / destroy debtor records | BTG | 0.20 | 100.00 |
| | Subtotal | | **43.20** | **$24,288.50** |

962  12     Tax Preparation and Services

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/26/23 | Emails (6) from/to Shawn S and Brett K on property tax appeal in TX. | RLE | 0.40 | 240.00 |
| 5/9/23 | email to MGI on franchise Tax assessment in TX | RLE | 0.10 | 60.00 |
| 5/15/23 | Phone call with Bob Smith regarding Tx Franchise tax, and other state gross receipts taxes. | MGI | 0.70 | 385.00 |
| 5/18/23 | Phone call with Prior accountants to discuss State tax returns. | MGI | 0.30 | 165.00 |
| 5/24/23 | Review payroll and bankruptcy filings. prepare response to IRS Notice re: payroll tax. | MGI | 0.70 | 385.00 |
| 6/7/23 | Call with Shawn S. review of insurance claim and tax notices | RLE | 0.30 | 180.00 |
| 7/10/23 | Email from Bob S of GTM Tax on prep of 2022 returns | RLE | 0.20 | 120.00 |

Giuliano Miller & Company, LLC

| | | | Invoice #: | *27986* |
| | | | Client ID: | *21034* |

| | | | | |
|---|---|---|---|---|
| 7/10/23 | Email to/from Shawn S  on GTM Tax and prior experience | RLE | 0.20 | 120.00 |
| 7/11/23 | Call with GTM Tax and MGI review of tax returns to be filed 2022 Fed and State. | RLE | 0.70 | 420.00 |
| 7/11/23 | Review tax returns.  Prepare for call with accountants preparing tax returns (1.1).  Phone call with Tax accountants (.7). | MGI | 1.80 | 990.00 |
| 8/14/23 | Review of GTM Tax engagement letter for 2022 taxes. | RLE | 0.30 | 180.00 |
| 8/15/23 | Review of engagement proposal from Bob S. of GTMAX  for 2022 Taxes | RLE | 0.70 | 420.00 |
| 8/17/23 | Review with MGI on ERC and opportunity to file a claim | RLE | 0.20 | 120.00 |
| 8/17/23 | Review of engagement letter GTM Tax. | RLE | 0.60 | 360.00 |
| 8/17/23 | Review with MGI on GTM tax engagement and budget. | RLE | 0.20 | 120.00 |
| 8/17/23 | Emails to MGI on GTM Tax budget and options for completion. | RLE | 0.10 | 60.00 |
| 8/17/23 | Review Docket, petitions and records available.  Determine ability to file 2022 and 2023 returns (.6).  Meet with RLE on tax issues (.4). | MGI | 1.00 | 550.00 |
| 8/25/23 | Review Payroll records and Financials.  Determine applicability of ERC. | MGI | 1.50 | 825.00 |
| 8/28/23 | Review Documents filed on Docket.  Create list of open points for items needed for ERC | MGI | 1.20 | 660.00 |
| 8/31/23 | Review payroll records / physical files. determine records needed for ERC. | MGI | 0.80 | 440.00 |
| 8/31/23 | Review Financials available for 2022 return prep. | MGI | 0.70 | 385.00 |
| 9/1/23 | Email from/to Pat S, of GT Tax on 2022 engagement letter. | RLE | 0.20 | 120.00 |
| 9/7/23 | Conference call with RLE and L Mastalski regarding ERC | MGI | 0.30 | 165.00 |
| 9/7/23 | Conf call with MGI and LM on ERC | RLE | 0.30 | 180.00 |
| 10/2/23 | Emails from Bob S, and MGI on prep of 2022 tax returns and timing for completion. | RLE | 0.30 | 180.00 |
| 10/2/23 | Emails from/to MGI on GTM tax prep proposal. | RLE | 0.20 | 120.00 |
| 10/2/23 | Review prior year filings, Docket, Schedules / Sofa.  Determine filing requirements for Armstrong Flooring. | MGI | 2.20 | 1210.00 |
| 10/3/23 | Review prior year filings, Docket, Schedules / Sofa.  Determine filing requirements for Armstrong Flooring. | MGI | 1.80 | 990.00 |
| 10/4/23 | Review various items filed on Docket to obtain support for Foreign entity sales.  Determine required disclosures for tax returns. | MGI | 2.70 | 1485.00 |
| 10/5/23 | Research for foreign asset sales for tax work papers. | RLE | 0.70 | 420.00 |
| 10/5/23 | Emails to/from Shawn S. on asset sale documentation for tax return prep. | RLE | 0.20 | 120.00 |
| 10/5/23 | Email from/to MGI on asset sales basis. | RLE | 0.20 | 120.00 |
| 10/5/23 | Search Y Drive and docket for information pertainign to asset sale. | MGI | 1.40 | 770.00 |
| 10/10/23 | Review Docket, PY returns, foreign entity transaction agreements. Determine requirements for 2022 returns. | MGI | 1.20 | 660.00 |
| 10/18/23 | Review prior year returns, and consolidation workpapers.  Determine requirements for foreign entities for 2022 and 2023. | MGI | 1.60 | 880.00 |
| 10/23/23 | Review agreement of sale regarding foreign entities. | MGI | 0.70 | 385.00 |
| 10/25/23 | emails from/to Bob S of Global Tax on 2022 tax returns. | RLE | 0.20 | 120.00 |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | *27986* |
|---|---|---|---|
|  |  | Client ID: | *21034* |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 10/25/23 | Review with MGI next steps on tax returns, | RLE | 0.20 | 120.00 |
| 10/25/23 | Review Sale notices for Canadian entities (.4). Meet with MGI on taxes (.2). Provide summary of returns to Bob Smith regarding tax return requirements (.2). | MGI | 0.80 | 440.00 |
| 10/30/23 | review of tax return status | ATG | 0.30 | 232.50 |
| 11/17/23 | Review Prior Year Tax returns, and debtor prepared financials. Review consolidation structure and motion to sell non-debtor foreign subs. Determine ability to prepare 2023 returns. | MGI | 1.70 | 935.00 |
| 12/6/23 | Review Consolidation structure, Schedules / SOFA. Determine income tax requirements. | MGI | 1.20 | 660.00 |
| 12/11/23 | Call with Bret K and review of property tax refund from Kankakee IL. | RLE | 0.60 | 360.00 |
| 1/2/24 | Emails from Bob S on GTM tax on sales tax accounts not being closed. | RLE | 0.20 | 130.00 |
| 2/8/24 | Emails from/to Shawn S on preparation of 1099. | RLE | 0.20 | 130.00 |
| 3/15/24 | Emails from/to Peter K on IRS tax credit. | RLE | 0.20 | 130.00 |
| 4/23/24 | Update Tracking spreadsheet regarding status of tax returns per DMM request. | MGI | 0.30 | 178.50 |
| 9/12/24 | Review analysis on valuation of tax NOL's | ATG | 2.40 | 1980.00 |
| 10/4/24 | Reorganize tax return documents to dropbox | BAG | 1.00 | 395.00 |
| 10/10/24 | Review PY returns (1.0). Respond to BTG inquiry regarding NOLs (.2). | MGI | 1.20 | 714.00 |
| 10/22/24 | Email w/ ATG & A Jones of Arkansas Dept of Revenue re: withholding & sales and use tax accounts to be terminated | BTG | 0.10 | 47.50 |
| 3/6/25 | Review prior year tax returns filed. Prepare for meeting with B. Giuliano regarding esxtensions needing to be filed. | MGI | 0.60 | 384.00 |
| 3/28/25 | File 2024 1120 extension | BAG | 0.50 | 212.50 |
| 3/28/25 | Meeting with BG. Preparation of 2024 federal tax extension. | MGI | 0.30 | 192.00 |
| 4/30/25 | emails w/ MGI re: tax status | DMM | 0.20 | 139.00 |

| | Subtotal | | **38.90** | **$22,490.00** |
|---|---|---|---|---|

966  16    Asset Recovery & Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/26/23 | Emails from/to Shawn S on asset recovery. | RLE | 0.20 | 120.00 |
| 4/26/23 | Email to/from  Shawn S on Neville Chemical recovery. | RLE | 0.20 | 120.00 |
| 4/26/23 | Emails from Shawn S and Rob W on Neville Chemical recovery. | RLE | 0.10 | 60.00 |
| 4/26/23 | Email from Rob Weber to William  P. on Neville Chemical refund to be direct to the Trustee. | RLE | 0.10 | 60.00 |
| 4/26/23 | Email from Brad S, on status of real estate sale. | RLE | 0.10 | 60.00 |
| 4/28/23 | Review of sale documents for Loop road property sale | RLE | 0.30 | 180.00 |
| 4/28/23 | Emails to Peter K on Loop Road sale status. | RLE | 0.10 | 60.00 |
| 5/1/23 | Call with Peter K, ATG and Jeff H. on sale of loop road property. | RLE | 0.40 | 240.00 |
| 5/1/23 | Emails from Peter K on termination of Loop road property. | RLE | 0.10 | 60.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | *27986* |
|  |  |  | Client ID: | *21034* |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 5/1/23 | Review of termination notice for loop road property. | RLE | 0.10 | 60.00 |
| 5/4/23 | Call with Shawn S review of recoveries and possible admin expenses due. | RLE | 0.60 | 360.00 |
| 5/10/23 | Call with Shawn S. review of professional retainers. close out memo and possible recoveries | RLE | 0.80 | 480.00 |
| 5/10/23 | Emails to ATG on close out memo and possible recoveries. | RLE | 0.20 | 120.00 |
| 5/15/23 | Emails from/to ATG on Loop Road property sale.. | RLE | 0.20 | 120.00 |
| 5/17/23 | Completion of EPIQ online claim and refund set-up. | RLE | 0.90 | 540.00 |
| 5/17/23 | Organized claim form and email to Donna D. for back-up. | RLE | 0.20 | 120.00 |
| 5/17/23 | Call with Shawn S. and review of final report filed with the court and remaining assets to be sold. | RLE | 0.40 | 240.00 |
| 5/19/23 | Email from/to Keith C on transfer of Domain Names to AHF. | RLE | 0.20 | 120.00 |
| 5/25/23 | Emails from/to Peter K on release of escrow funds on loop road sale. | RLE | 0.20 | 120.00 |
| 5/26/23 | Call with Keith K of AHF on domain transfer from AF to AHF. | RLE | 0.30 | 180.00 |
| 5/30/23 | Emails to/from Peter K on Neville Chemical Stipulation. | RLE | 0.40 | 240.00 |
| 7/5/23 | Emails from/to Patricia S of Chicago Title on amount of escrow for southgate | RLE | 0.30 | 180.00 |
| 7/5/23 | emails to/from Shawn S on escrowed monies at Chicago Title. | RLE | 0.20 | 120.00 |
| 3/18/24 | Emails from/to Peter K on remnant asset sale. | RLE | 0.30 | 195.00 |
| 3/22/24 | Correspondence with J. Carroll (Pension Plan Administrator) re: potential asset from pension plan funds (0.2) and met with DMD re: same (0.1) | DMR | 0.20 | 110.00 |
| 3/22/24 | Email to ATG re: potential asset from pension plan funds | DMR | 0.20 | 110.00 |
| 9/4/24 | Analyze state account for escheated money | BAG | 1.30 | 513.50 |
| 9/6/24 | Organize escheated money claims into spreadsheet for tracking | BAG | 0.20 | 79.00 |
| 9/6/24 | T/c w/ D Grotenhuis of Investment Recovery Group re: potential stock sale | BTG | 0.20 | 95.00 |
| 9/6/24 | T/c & email w/ ATG re: Investment Recovery Group proposal for stock sale | BTG | 0.20 | 95.00 |
| 9/10/24 | Research for unclaimed property claims and upload information | BAG | 0.40 | 158.00 |
| 9/23/24 | Email w/ ATG & D Grotenhuis of Investment Recovery Group (IRS) re: potential stock sale | BTG | 0.20 | 95.00 |
| 9/25/24 | Review debtor records for prior year tax returns | BTG | 0.50 | 237.50 |
| 9/25/24 | Email w/ ATG & P Keane of Pachulski re: IRS inquiry to purchase stock | BTG | 0.20 | 95.00 |
| 9/25/24 | Meeting w/ ATG re: IRS inquiry to purchase stock | BTG | 0.10 | 47.50 |
| 10/2/24 | Acquire signatures for NDA asset sale | BAG | 0.50 | 197.50 |
|  | Subtotal | | **11.10** | **$5,988.00** |

973  23    Pension Plans

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/12/23 | Review DOL website re: search for pension plan sponsored by the debtor | DMR | 0.10 | 50.00 |
| 4/13/23 | Download and review 2016 - 2021 Form 5500 filings for pension plan sponsored by the debtor | DMR | 0.30 | 150.00 |

Giuliano Miller & Company, LLC

| | | | | Invoice #: | 27986 |
| | | | | Client ID: | 21034 |

| | | | | | |
|---|---|---|---|---|---|
| 4/13/23 | Perform online research re: background of pension plan administrator named in 2021 Form 5500 filing | DMR | 0.30 | | 150.00 |
| 4/13/23 | Email to ATG re: status of pension plan sponsored by the debtor | DMR | 0.10 | | 50.00 |
| 4/17/23 | Met with ATG re: status of bankruptcy case and next steps for pension plan background information | DMR | 0.10 | | 50.00 |
| 4/17/23 | Correspondence with J. Gallo (Morison Cogen, Auditor) re: status of 2021 and 2022 pension plan audits | DMR | 0.20 | | 100.00 |
| 4/17/23 | Correspondence with J. Carroll (Pension Plan Administrator) re: status of pension plan wind-down | DMR | 0.80 | | 400.00 |
| 4/17/23 | VM for J. Gallo (Morison Cogen, Auditor) re: request for status updates for completion of 2021 pension plan audits | DMR | 0.10 | | 50.00 |
| 4/24/23 | Review with DMR status of pension wind down. | RLE | 0.30 | | 180.00 |
| 5/9/23 | Met with DMD re: pension plan bank accounts | DMR | 0.10 | | 50.00 |
| 5/9/23 | Review emails between J. Carroll (Pension Plan Administrator), DMD, and G. Sutton (JPMorgan Chase) re: pension plan bank accounts | DMR | 0.10 | | 50.00 |
| 7/31/23 | VM and email to J. Carroll (Pension Plan Administrator) re: request for status of 2022 Form 5500 filing and Form 5558 filing extension | DMR | 0.20 | | 100.00 |
| 8/1/23 | Email correspondence with J. Carroll (Pension Plan Administrator) re: 2022 Form 5558 filed and request for draft 2022 Form 5500 | DMR | 0.10 | | 50.00 |
| 9/28/23 | Email to J. Carroll (Pension Plan Administrator) re: follow-up request for draft 2022 Form 5500 | DMR | 0.10 | | 50.00 |
| 10/12/23 | Download and review copy of 2021 amended Form 5500 filing (with audit) for pension plan sponsored by the debtor | DMR | 0.20 | | 100.00 |
| 10/12/23 | Review DOL website re: search for copy of 2022 Form 5500 filing for pension plan sponsored by the debtor | DMR | 0.10 | | 50.00 |
| 10/12/23 | VM for J. Carroll (Pension Plan Administrator) re: follow-up for status of filing of 2022 Form 5500 for pension plan | DMR | 0.10 | | 50.00 |
| 10/12/23 | Correspondence with J. Carroll (Pension Plan Administrator) re: status of pension plan audit and filing of 2022 Form 5500 for pension plan | DMR | 0.20 | | 100.00 |
| 3/22/24 | Correspondence with R. Mattern (former employee) re: contact information for Prudential for 2023 1099-R Form | DMR | 0.20 | | 110.00 |
| 3/22/24 | Correspondence with J. Carroll (Pension Plan Administrator) re: pension plan contact at Prudential, additional pension plan buyout payment for G. Beaudoin (former employee), and status of 2022-2023 Form 5500s/audits | DMR | 0.30 | | 165.00 |
| 3/25/24 | Email from J. Carroll (Pension Plan Administrator) and reivew copy of filed 2022 Form 5500 for the pension plan | DMR | 0.30 | | 165.00 |
| 3/29/24 | Email to J. Carroll (Pension Plan Administrator) re: request for status of 2023 Form 5500 for the pension plan | DMR | 0.10 | | 55.00 |
| 5/13/24 | Email to J. Carroll (Pension Plan Administrator) re: follow-up request for status of final pension plan payout and 2023 Form 5500 for the pension plan | DMR | 0.10 | | 55.00 |
| 5/13/24 | Met with ATG re: status of pension plan termination | DMR | 0.10 | | 55.00 |
| 5/15/24 | Correspondence with B. Wells (son-in-law of R. Shank, deceased former employee) re: request for pension plan information | DMR | 0.30 | | 165.00 |

Giuliano Miller & Company, LLC

| | | Invoice #: | 27986 |
|---|---|---|---|
| | | Client ID: | 21034 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/31/24 | Email to J. Carroll (Pension Plan Administrator) re: request for status of 2023 Form 5500 filing and Form 5558 filing extension | DMR | 0.10 | 55.00 |
| 10/7/24 | Review DOL website re: search for filed copy of 2023 Form 5500 for the pension plan | DMR | 0.10 | 55.00 |
| 10/7/24 | Email to J. Carroll (Pension Plan Administrator) re: follow-up request for status of final pension plan payout and 2023 Form 5500 for the pension plan | DMR | 0.10 | 55.00 |
| 10/7/24 | VM for J. Carroll (Pension Plan Administrator) re: request for status of 2023 Form 5500 filing for the pension plan | DMR | 0.10 | 55.00 |
| 10/8/24 | Email correspondence with J. Carroll (Pension Plan Administrator) re: status of 2023 audit, Form 5500 filing, and final pension plan payout | DMR | 0.20 | 110.00 |
| 10/14/24 | Email to J. Carroll (Pension Plan Administrator) re: follow-up request for 2023 Form 5500 filing | DMR | 0.10 | 55.00 |
| 10/17/24 | Review Notice received from IRS re: approval of extension of time to file 2023 Form 5500 | DMR | 0.10 | 55.00 |
| 10/24/24 | Download copy of 2023 Form 5500 (with audit) from DOL website and VM for J. Carroll re: request for status of pension plan liquidation | DMR | 0.20 | 110.00 |
| 11/19/24 | Correspondence with P. Wells (ex-wife of C. Wells, deceased former employee) re: request for pension plan account assets | DMR | 0.30 | 165.00 |
| 11/19/24 | Correspondence with J. Carroll (Plan Adminisrator) re: status of pension plan assets and call from P. Wells (ex-wife of C. Wells, deceased former employee) (0.3); Email to J. Carroll re: same (0.1) | DMR | 0.40 | 220.00 |
| 12/2/24 | Email correspondence with J. Carroll (Plan Adminisrator) re: status of pension plan assets and pension plan wind down | DMR | 0.20 | 110.00 |
| 12/2/24 | Correspondence with P. Wells (ex-wife of C. Wells, deceased former employee) re: status of pension plan account assets | DMR | 0.40 | 220.00 |
| 1/30/25 | Correspondence with J. Daupin (former employee) re: address change for pension checks and contact information for J. Carroll (Plan Administrator) | DMR | 0.10 | 59.00 |
| | Subtotal | | **7.30** | **$3,874.00** |
| | FEES TOTAL | | 216.40 | $120,741.50 |

7011 Copies

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/30/23 | 337 copies @ .10 each | ALL | | 33.70 |
| 5/31/23 | 239 copies @ .10 each | ALL | | 23.90 |
| 6/30/23 | 100 copies @ .10 each | ALL | | 10.00 |
| 7/31/23 | 132 copies @ .10 each | ALL | | 13.20 |
| 8/30/23 | 141 copies @ .10 each | ALL | | 14.10 |
| 10/31/23 | 438 copies @ .10 each | ALL | | 43.80 |
| 12/30/23 | 50 copies @ $.10 each | ALL | | 5.00 |
| 1/29/24 | 25 copies @ $.10 each | ALL | | 2.50 |
| 2/28/24 | 50  copies @ $.10 each | ALL | | 5.00 |

Giuliano Miller & Company, LLC

| | |
|---|---|
| *Invoice #:* | *27986* |
| *Client ID:* | *21034* |

| | | | |
|---|---|---|---:|
| 3/29/24 | 30 copies @ $.10 each | ALL | 3.00 |
| 5/31/24 | 25 copies @ $.10 each | ALL | 2.50 |
| 6/28/24 | 120 copies @ $.10 each | ALL | 12.00 |
| 7/31/24 | 46 copies @ $.10 each | ALL | 4.60 |
| 8/30/24 | 20 copies @ $.10 each | ALL | 2.00 |
| 9/27/24 | 77 copies @ $.10 each | ALL | 7.70 |
| 10/31/24 | 60 copies @ $.10 each | ALL | 6.00 |
| 11/29/24 | 29 copies @ $.10 each | ALL | 2.90 |
| 12/27/24 | 50 copies @ $.10 each | ALL | 5.00 |
| 1/31/25 | 31 copies @ $.10 each | ALL | 3.10 |
| 2/28/25 | 31 copies @ $.10 each | ALL | 3.10 |
| 3/28/25 | 37 copies @ $.10 each | ALL | 3.70 |
| 4/30/25 | 30 copies @ $.10 each | ALL | 3.00 |
| | Subtotal | | **$209.80** |

### 7071 Data Storage Fees

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---:|
| 4/9/24 | Microsoft Commvault fees for email storage | BTG | | 192.33 |
| 5/9/24 | Microsoft Commvault fees for email storage | BTG | | 192.33 |
| 6/9/24 | Microsoft Commvault fees for email storage | BTG | | 192.33 |
| 7/9/24 | Microsoft Commvault fees for email storage | BTG | | 729.00 |
| 8/9/24 | monthly Commvault fees for email storage | BTG | | 479.00 |
| 8/9/24 | Monthly Storage Fees re: MS Commvault | BTG | | 479.00 |
| 9/9/24 | Monthly Storage Fees re: MS Commvault | BTG | | 499.00 |
| 9/9/24 | Microsoft Commvault fees for email storage | BTG | | 499.00 |
| 10/9/24 | Monthly Storage Fees re: MS Commvault | BTG | | 29.00 |
| 10/14/24 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| 11/11/24 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| 12/9/24 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| 1/9/25 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| 2/10/25 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| 3/10/25 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| 4/9/25 | Microsoft Commvault fees for email storage | BTG | | 29.00 |
| | Subtotal | | | **$3,493.99** |

### 7080 Outside Services

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|

Giuliano Miller & Company, LLC

| | | | Invoice #: | 27986 |
| | | | Client ID: | 21034 |

| | | | | |
|---|---|---|---|---|
| 4/25/23 | FedEx from Frank Caruso to RLE | ALL | | 27.19 |
| 1/23/24 | FedEx to D. Roach | ALL | | 20.01 |
| | Subtotal | | | **$47.20** |

**7030 Postage/Certified Mail**

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 8/1/23 | Postage - Certified (1) @ $8.77 re: TA Instruments-Waters, LLC | DMD | | 8.77 |
| | Subtotal | | | **$8.77** |
| | EXPENSES TOTAL | | | $3,759.76 |

| | | |
|---|---|---|
| | Invoice Total | **$124,501.26** |