# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC. et al.[1] | Case No. 22-10426 (MFW) |
| Debtors. | |
| | Re: Docket No. _____ |

### ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO MILLER AND COMPANY LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM APRIL 17, 2023 THROUGH APRIL 30, 2025

Giuliano, Miller & Company, LLC ("GMCO"), as accountants and financial advisors for the Chapter 7 Trustee in the above-captioned cases, filed a First Interim application for allowance of compensation and reimbursement of expenses for the period April 17, 2023 Through April 30, 2025 (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of $120,741.50, and costs in the amount of $3,759.76, are allowed on an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is P.O. Box 10068, 1770 Hampstead Road, Lancaster, PA 17605.

4905-8771-2832.1 31272.001

2

interim basis.  The Chapter 7 Trustee in the above cases shall pay to GMCO from any available assets of the Debtors' estates in accordance with the Final Cash Collateral Order the sum of $120,741.50  as compensation and $3,759.76 as reimbursement of expenses, for a total allowance of $124,501.26 for services rendered and disbursements incurred by GMCO for the period April 17, 2023 through April 30, 2025.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.