# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*, | Case No. 22-10426 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Walrath's Chambers Procedures (https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## MATTERS WITH CERTIFICATE OF NO OBJECTION:

1. First Interim Application for Compensation and Reimbursement of Expenses of Giuliano Miller, as Accountants and Financial Advisors to the Chapter 7 Trustee, for the Period from April 17, 2023 through April 30, 2025 [Filed 05/07/25] (Docket No. 1553)

    Response Deadline: May 21, 2025 at 4:00 p.m. (ET)

    Response Received: None

    Related Documents:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

A.    Certificate of No Objection Regarding First Interim Application for Compensation and Reimbursement of Expenses of Giuliano Miller, as Accountants and Financial Advisors to the Chapter 7 Trustee, for the Period from April 17, 2023 through April 30, 2025 [Filed 05/23/25] ([Docket No. 1560](#))

Status:  A certificate of no objection has been filed. The Trustee respectfully requests entry of the order at the Court's earliest convenience.

Dated: May 23, 2025        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

Counsel for Alfred T. Giuliano, Chapter 7 Trustee