IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*, | Case No. 22-10426 (MFW) |
| Debtors.[2] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Peter J. Keane, hereby certify that on May 23, 2025, I caused a copy of the attached document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 23, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

Armstrong Flooring, Inc. 2002 Service List
Case No. 22-10426
Document no. 4921-9027-8214 v.1
04 – First Class Mail
01 – Foreign First Class
159 – Electronic Mail

*(Counsel for Plaintiff, Chapter 7 Trustee)*
Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
Edward A. Corma, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
**Email:  bsandler@pszjlaw.com;**
**pkeane@pszjlaw.com;**
**ecorma@pszjlaw.com**

**FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
Secretary of State
Division of Corporations, Franchise Tax
John G Townsend Bldg
401 Federal St, Suite 4
Dover, DE 19901

**FIRST CLASS MAIL**
Omnova Solutions Inc.
2011 Rocky River Rd
Monroe, NC 28110

**FIRST CLASS MAIL**
Sterling Mexico Investments LLC
PO Box 520
Denham Springs, LA 70727

**FOREIGN FIRST CLASS**
Ahlstrom Munksjo Grassfire Oy
Ahlstromintie 19
Kotka 48600
FINLAND

**ELECTRONIC MAIL**
(Counsel to Debtors)
Skadden, Arps, Slate, Meagher & Flom LLP
Joseph O. Larkin, Esq.
Jacqueline M. Dakin, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
**Email:  joseph.larkin@skadden.com;**
**jacqueline.dakin@skadden.com**

**ELECTRONIC MAIL**
Ardex Engineered Cements
400 Ardex Park Drive
Aliquippa, PA 15001
**Email:**
**lorie.wagoner@ardexamericas.com**

**ELECTRONIC MAIL**
Art Guild Inc.
300 Wolf Drive
West Deptford, NJ 08086
**Email: bsandone@artguildinc.com**

**ELECTRONIC MAIL**
*(Counsel for Plaintiff, Chapter 7 Trustee)*
ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Kara E. Casteel, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Email: kcasteel@askllp.com**

**ELECTRONIC MAIL**
*(Counsel to Colour Stream Ltd and Chapter 7 Trustee)*
ASK LLP
Attn: Edward E. Neiger &Marianna Udem
60 E 42nd St, 46th Fl
New York, NY 10165
**Email: eneiger@askllp.com**
**mudem@askllp.com**

**ELECTRONIC MAIL**
(Counsel to High Properties, a PA LP)
Ballard Spahr LLP
Attn: Leslie C. Heilman & Margaret A. Vesper
919 N Market St, 11th Fl
Wilmington, DE 19801-3034
**Email: heilmanl@ballardspahr.com**
**vesperm@ballardspahr.com**

**ELECTRONIC MAIL**
Bank of America
Attn: Matthew T. Okeefe
100 Federal St
MA5-100-09-12
Boston, MA 02110
**Email: matthew.okeefe@bofa.com**

**ELECTRONIC MAIL**
(Counsel to Adletea Corp.)
Bell Nunnally & Martin LLP
Attn: Russell W. Mills, Esq.
2323 Ross Ave, Suite 1900
Dallas, TX 75201
**Email: rmills@bellnunnally.com**

**ELECTRONIC MAIL**
(Counsel to Salesforce.com Inc.)
Bialson Bergen & Schwab
Attn: Thomas M. Gaa, Esq. & Gaye Nell Heck, Esq.
830 Menlo Ave, Suite 201
Menlo Park, CA 94025
**Email: tgaa@bbslaw.com**
**gheck@bbslaw.com**

**ELECTRONIC MAIL**
(Counsel to Summit Transportation/Summit Trucking)
The Bifferato Firm PA
Attn: Ian Connor Bifferato, Esq.
1007 N Orange St, 4th Fl
Wilmington, DE 19801
**Email: cbifferato@tbf.legal**

**ELECTRONIC MAIL**
Bostik Inc
Dept Ch 19480
Palatine, IL 60055
**Email: bostik.ar@bostik.com**

**ELECTRONIC MAIL**
(Counsel for SAP America Inc., Concur Technologies, Success Factors Inc. & Ariba Inc. (SAP Entities))
Brown & Connery LLP
Attn: Donald K. Ludman
6 North Broad St, Suite 100
Woodbury, NJ 08096
**Email: dludman@brownconnery.com**
**jmontgomery@brownconnery.com**

**ELECTRONIC MAIL**
(Counsel to Givens Inc.)
Brown Mcgarry Nimeroff LLC
Attn: Jami B. Nimeroff, Esq.
919 N Market St, Suite 420
Wilmington, DE 19801
**Email: jnimeroff@bmnlawyers.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America Inc)
Buchalter, PC
Attn: Shawn M. Christianson, Esq.
425 Market St, Suite 2900
San Francisco, CA 94105
**Email: schristianson@buchalter.com**

**ELECTRONIC MAIL**
(Counsel toThe Huntington National Bank)
Buchanan Ingersoll & Rooney PC
Attn: Geoffrey G. Grivner, Esq.
500 Delaware Ave, Suite 720
Wilmington, DE 19801
**Email: geoffrey.grivner@bipc.com**

**ELECTRONIC MAIL**
Camger Coatings System Inc.
364 Main Street
Norfolk, MA 02056
Email: g.beschi@camger.com

**ELECTRONIC MAIL**
(Modern Group Ltd)
Chartwell Law
Attn: John J. Winter, Esq.
970 Rittenhouse Rd, Ste 300
Norristown, PA 19403
**Email: jwinter@chartwelllaw.com**

**ELECTRONIC MAIL**
(Counsel to Encore International Inc.)
Ciardi Ciardi & Astin
Attn: Daniel K. Astin
1204 N. King St
Wilmington, DE 19801
**Email: dastin@ciardilaw.com**

**ELECTRONIC MAIL**
(Counsel to Encore International Inc.)
Ciardi Ciardi & Astin
Attn: Albert Ciardi, III & Walter Gouldsbury, III
1905 Spruce St
Philadelphia, PA 19103
**Email: aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com**

**ELECTRONIC MAIL**
(Counsel to United Steelworkers, et al; Int'l Assoc. of Machinists & Aerospace Workers 98 & 2367)
Cohen Weiss & Simon LLP
Attn: Richard Seltzer, Melissa Woods & Matthew Stolz
900 Third Ave, 21st Fl
New York, NY 10022
**Email: rseltzer@cwsny.com
mwoods@cwsny.com
mstolz@cwsny.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Cole Schotz P.C.
Attn: Seth Van Aalten & Sarah A. Carnes
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
**Email: svanaalten@coleschotz.com
scarnes@coleschotz.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Cole Schotz P.C.
Attn: Justin R. Alberto
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com

**ELECTRONIC MAIL**
Colour Stream Ltd
3f No 3 SEC
2 Renai RD
Taipei 226017
Taiwan
**Email:  jodychen@dardeflooring.com**

**ELECTRONIC MAIL**
(Counsel to Lanxess, Emerald Kalama Chemical)
Dilworth Paxson LLP
Attn: Peter C. Hughes, Esq.
One Customs House, Suite 500
704 King St.
Wilmington, DE 19801
**Email: phughes@dilworthlaw.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America Inc.)
Attn: Amish R. Doshi, Esq.
1979 Marcus Ave, Suite 210E
Lake Success, NY 11042
Email: amish@doshilegal.com

**ELECTRONIC MAIL**
Eastman Chemical Financial Corp
200 S Wilcox Drive
Kingsport, TN 37660
**Email: globalar@eastman.com**

**ELECTRONIC MAIL**
Emerald Kalama LLC
1296 Northwest Third
Kalama, WA 98625
**Email: creditdept@emeraldmaterials.com**

**ELECTRONIC MAIL**
(Counsel to Gamco Investors Inc.)
Entwistle & Cappucci LLP
Attn: Andrew J. Entwistle
500 W 2nd St., Suite 1900
Austin, TX 78701
**Email: aentwistle@entwistle-law.com**

**ELECTRONIC MAIL**
(Counsel to Gamco Investors Inc.)
Entwistle & Cappucci LLP
Attn: Joshua K. Porter
230 Park Ave, 3rd Fl
New York, NY 10169
**Email: jporter@entwistle-law.com**

**ELECTRONIC MAIL**
Expeditors International Inc.
519 Kaiser Drive
Folcroft, PA 19032
**Email: remit@expeditors.com
ar-phl@expeditors.com**

**ELECTRONIC MAIL**
(Counsel to Gamco Investors & Mexichem Specialty Resins Inc)
Farnan LLP
Attn: Brian E. Farnan & Michael J. Farnan
919 N Market St, 12th Fl
Wilmington, DE 19801
**Email: bfarnan@farnanlaw.com
mfarnan@farnanlaw.com**

**ELECTRONIC MAIL**
FEI Group
811 Livingston Court SE, Suite A
Marietta, GA 30067
**Email: jortega@feigroup.net**

**ELECTRONIC MAIL**
(Counsel to Genpact UK Ltd & Genpact Int'l Inc)
Fish & Richardson PC
Attn: Jeremy D. Anderson
222 Delaware Ave, 17th Fl
Wilmington, DE 19801
**Email: janderson@fr.com**

**ELECTRONIC MAIL**
(Counsel to PNC Equipment Finance LLC)
Flamm Walton Heimbach
Attn: Kathy Gerhard , Robert E. Walton
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422
**Email: kmgerhard@flammlaw.com;
rewalton@flammlaw.com**

**ELECTRONIC MAIL**
Flexport Inc.
760 Market Street
San Francisco, CA 94102
**Email: remittance@flexport.com**

**ELECTRONIC MAIL**
(Counsel to Summit Transportation/Summit Trucking)
Frost Brown Todd LLC
Attn: Mark A. Platt, Esq.
2101 Cedar Springs Rd, Suite 900
Dallas, TX 75201
**Email: mplatt@fbtlaw.com**

**ELECTRONIC MAIL**
(Counsel to Colour Stream Ltd)
Gellert Scali Busenkell & Brown LLC
Attn: Ronald S. Gellert
1201 N Orange St, Suite 300
Wilmington, DE 19801
**Email: rgellert@gsbblaw.com**

**ELECTRONIC MAIL**
Givens Inc.
1720 S Military Highway
Chesapeake, VA 23320
**Email: ar@givens.com**

**ELECTRONIC MAIL**
(Counsel to Pathlight Capital, LP)
Greenberg Traurig LLP
Attn: Jeffrey M. Wolf, Joseph P. Davis
One International Place, Suite 2000
Boston, MA 02110
**Email: wolfje@gtlaw.com**
**davisjo@gtlaw.com**

**ELECTRONIC MAIL**
(Counsel to Pathlight Capital, LP)
Greenberg Traurig LLP
Attn: Brian E Greer
One Vanderbilt Avenue
New York, NY 10017
**Email: greerb@gtlaw.com**

**ELECTRONIC MAIL**
(Counsel to Pathlight Capital, LP)
Greenberg Traurig LLP
Attn: Anthony W. Clark, Dennis A. Meloro
The Nemours Building
1007 North Orange St, Suite 1200
Wilmington, DE 9801
**Email: anthony.clark@gtlaw.com**
**melorod@gtlaw.com**

**ELECTRONIC MAIL**
Han Rigid Plastics USA LLC
980 W. Cienega Ave
San Dimas, CA 91773
**Email: may@hanrigidusa.com**

**ELECTRONIC MAIL**
(Counsel to Mexichem Specialty Resins Inc)
Haynes & Boone LLP
Attn: Charles A Beckham, Jr, David Trausch
1221 Mckinney St, Suite 4000
Houston, TX 77010
**Email:**
**charles.beckham@haynesboone.com**
**david.trausch@haynesboone.com**

**ELECTRONIC MAIL**
Hong Kong Edson Trading Limited
28 Canton Road
Tsim Sha Tsui
Hong Kong 999077
Hong Kong
**Email: zoe@vnjufeng.com**

**ELECTRONIC MAIL**
Hyundai L & C USA LLC
1077 Cheonho-Daero
Seoul 5340
South Korea
**Email: jiminyou@hyundailncusa.com**
**damikim@hyundailncusa.com**
**jaishin@hyundailncusa.com**

**ELECTRONIC MAIL**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
-and-
1500 Pennsylvania Ave NW
Washington, DC 20220
**Email: millie.h.agent@irs.gov**

**ELECTRONIC MAIL**
J & M Tank Lines Inc.
Attn: President
1100 Corporate Pkwy
Birmingham, AL 35238
**Email: psumerford@jmtank.com**
**ar@jmtank.com**

**ELECTRONIC MAIL**
(Counsel to Modern Group Ltd)
Jack Shrum PA
Attn: J. Jackson Shrum, Esq.
919 N Market St, Suite 1410
Wilmington, DE 19801
**Email: jshrum@jshrumlaw.com**

**ELECTRONIC MAIL**
(Counsel to Ronald Mark Associates)
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins PC
Attn: Raymond M. Patella
505 Morris Ave
Springfield, NJ 07081
**Email: rpatella@lawjw.com**

**ELECTRONIC MAIL**
(Counsel to Official Committee Of Non-Represented Retirees)
Jenner & Block LLP
Attn: Catherine L. Steege, Melissa M. Root, William A. Williams
353 N Clark St.
Chicago, IL 60654-3456
**Email: csteege@jenner.com**
**mroot@jenner.com**
**wwilliams@jenner.com**

**ELECTRONIC MAIL**
Klockner-Pentaplast of Amer Inc.
3585 Kloeckner Rd
Gordonsville, VA 22942
**Email: remittance.us@kpfilms.com**
**acctsrec@kpfilms.com**

**ELECTRONIC MAIL**
(Counsel to Right Management Inc)
Kohner Mann & Kailas SC
Attn: Samuel C. Wisotzkey
Washington Bldg
Barnabas Business Ctr
4650 N. Port Washington Rd
Milwaukee, WI 53212-1059
**Email: swisotzkey@kmksc.com**

**ELECTRONIC MAIL**
(Counsel to Multiple Utilities)
Law Firm of Russell R. Johnson III, PLC
Attn: Russell R. Johnson, Iii
2258 Wheatlands Dr.
Manakin Sabot, VA 23103
**Email: russell@russelljohnsonlawfirm.com**

**ELECTRONIC MAIL**
(Counsel to United Steelworkers; International Assoc of Machinists & Aerospace Workers 98 & 2367)
Law Offices of Susan E. Kaufman, LLC
Attn: Susan E. Kaufman, Esq.
919 N. Market St, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Tarrant, Shelby, & Dallas Counties)
Linebarger Goggan Blair & Sampson, LLP
Attn: Laurie Spindler, Tara Grundemeier, J. Turner
2777 N. Stemmons Freeway, Ste 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@lgbs.com**
**houston_bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
(Counsel to JMB Capital Partners Lending, LLC)
Lowenstein Sandler LLP
Attn: P. Khezri; Jamelle Straker
1251 Avenue of the Americas
New York, NY 10020
**Email: pkhezri@lowenstein.com;**
**jstraker@lowenstein.com**

**ELECTRONIC MAIL**
(Counsel to Adleta Corp)
Macauley LLC
Attn: Thomas G Macauley
300 Delaware Ave, Suite 1018
Wilmington, DE 19801
**Email: bk@macdelaw.com**

**ELECTRONIC MAIL**
(Counsel to Wesco Insurance Co)
Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122
**Email: ahochheiser@mauricewutscher.com**

**ELECTRONIC MAIL**
(Counsel to Oxy Vinyls LP)
Mccarter & English LLP
Attn: Kate Roggio Buck, Matthew J Rifino
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801
**Email: kbuck@mccarter.com**
**mrifino@mccarter.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: Brian I. Swett
1251 Avenue of the Americas, 20th Fl
New York, NY 10020-1104
**Email: bswett@mcguirewoods.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: K. Elizabeth Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
**Email: bsieg@mcguirewoods.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: Cassandra A. Shoemaker
2000 Mckinney Avenue, Suite 1400
Dallas, TX 75201
**Email: cshoemaker@mcguirewoods.com**

**ELECTRONIC MAIL**
(Counsel to Prepetition ABL Agent)
McGuire Woods LLP
Attn: Joseph A. Florczak
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818
**Email: jflorczak@mcguirewoods.com**

**ELECTRONIC MAIL**
Mexichem Specialty Resins Inc.
Attn: General Manager
33653 Walker Rd
Avon Lake, OH 44012
**Email: robert.wolf@vestolit.com**

**ELECTRONIC MAIL**
Michigan Dept of Treasury
Attn: Heather L. Donald, Asst. Attorney General
Cadillac Place
3030 W Grand Blvd, Suite 10-200
Detroit, MI 48202
**Email: donaldh@michigan.gov**

**ELECTRONIC MAIL**
Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475
**Email: deecf@dor.mo.gov**

**ELECTRONIC MAIL**
(Counsel to Waste Management)
Monzack Mersky & Browder PA
Attn: Rachel B Mersky
1201 N Orange St, Suite 400
Wilmington, DE 19801
**Email: rmersky@monlaw.com**

**ELECTRONIC MAIL**
Office of the United States Attorney
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov**
dylan.steinberg@usdoj.gov

**ELECTRONIC MAIL**
Oxyvinyls LP
1950 N Stemmons Frwy
Dallas, TX    75207
**Email: accounts_receivable@oxy.com**

**ELECTRONIC MAIL**
Pathlight Capital, LP
Attn: Katie Hendricks, Managing Director
100 Federal Street, Floor 20
Boston, MA 02110
**Email: khendricks@pathlightcapital.com**

**ELECTRONIC MAIL**
Pension Benefit Guaranty Corporation
Office of the General Counsel
Attn: Erin C. Kim, William Mabry, IV
1200 K St, NW
Washington, DC 20005-4026
**Email: Kim.Erin@pbgc.gov**
**mabry.william1@pbgc.gov**
**efile@pbgc.gov**

**ELECTRONIC MAIL**
(Counsel to the Sample Group Inc.)
Porzio Bromberg & Newman, PC
Attn: Warren J. Martin, Jr.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962
**Email: wjmartin@pbnlaw.com**

**ELECTRONIC MAIL**
(Counsel to the Sample Group Inc.)
Porzio Bromberg & Newman, PC
Attn: Cheryl A. Santaniello
300 Delaware Ave, Suite 1220
Wilmington, DE 19801
**Email: casantaniello@pbnlaw.com**

**ELECTRONIC MAIL**
(Counsel To Prepetition Abl Agent)
Richards, Layton & Finger, P.A
Attn: John H. Knight, Amanda R. Steele,
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: knight@rlf.com**
**steele@rlf.com**

**ELECTRONIC MAIL**
(Counsel to Flexport International LLC,
Flexport Customs LLC, and Flexport, Inc)
Robl Law Group, LLC
Attn: Michael D Robl
3754 LaVista Rd, Suite 250
Tucker, GA 30084
Email: max@roblgroup.com

**ELECTRONIC MAIL**
Ronald Mark Associates
Attn: Howard Katuna, Controller
1227 Central Ave
Hillside, NJ 07205
**Email: hkatuna@ronaldmark.com**

| | |
|---|---|
| **ELECTRONIC MAIL**<br>(Counsel to Hilco Global)<br>Ropes & Gray LLP<br>Attn: Stephen Iacovo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>**Email: stephen.iacovo@ropesgray.com** | **ELECTRONIC MAIL**<br>Securities & Exchange Comm-Ny Office<br>Attn: Bankruptcy Department<br>200 Vesey St, Suite 400<br>New York, NY 10281<br>**Email: bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov** |
| **ELECTRONIC MAIL**<br>(Counsel to JMB Capital Partners Lending, LLC)<br>The Rosner Law Group<br>Attn: Fred Rosner<br>Scott Leonhardt<br>Ruby Liu<br>824 N Market St, Suite 810<br>Wilmington, DE 19801<br>**Email: rosner@teamrosner.com;<br>leonhardt@teamrosner.com;<br>liu@teamrosner.com** | **ELECTRONIC MAIL**<br>Securities & Exchange Comm-Phila Office<br>Attn: Bankruptcy Department<br>1 Penn Ctr<br>1617 JFK Blvd, Suite 520<br>Philadelphia, PA 19103<br>**Email: secbankruptcy@sec.gov<br>philadelphia@sec.gov** |
| **ELECTRONIC MAIL**<br>(Counsel to Penn Color, Inc; Official Committee Of Non-Represented Retirees)<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Lucian B Murley, Mark Minuti, Monique B. Disabatino<br>1201 N Market St, Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899-1266<br>**Email: luke.murley@saul.com<br>mark.minuti@saul.com<br>monique.disabatino@saul.com** | **ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549<br>**Email: bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov<br>secbankruptcy-ogc-ado@sec.gov** |
| | **ELECTRONIC MAIL**<br>Securities and Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey St, Suite 400<br>New York, NY 10281-1022<br>**Email: bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov** |
| **ELECTRONIC MAIL**<br>SDI Inc<br>Attn: Chief Financial Officer<br>1414 Radcliffe St, Suite 300<br>Bristol, PA 17604<br>**Email: jackie.kramer@sdi.com** | **ELECTRONIC MAIL**<br>Specialty Minerals Inc<br>2800 Ayers Ave<br>Los Angeles, CA 90023<br>**Email:<br>us.cash.receipts@mineralstech.com** |

**ELECTRONIC MAIL**
(Counsel to Minerals Technologies Inc)
Squire Patton Boggs LLP
Attn: Peter R. Morrison, Esq.
4900 Key Tower
127 Public Square
Cleveland, OH 44114
**Email: peter.morrison@squirepb.com**

**ELECTRONIC MAIL**
(Counsel to Minerals Technologies Inc.)
Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan, Esq.
919 N Market St, Suite 420
Wilmington, DE 19801
**Email: bsullivan@sha-llc.com**

**ELECTRONIC MAIL**
TBL Services Inc
1005 Brookside Road
Allentown, PA 18106
**Email: tblfinance@bdpint.com**

**ELECTRONIC MAIL**
(Counsel to 8621 Georgia Associates LLC)
Tenenbaum & Saas Pc
Attn: Bradshaw Rost, Esq.
4504 Walsh St, Suite 200
Chevy Chase, MD 20815
Email: brost@tspclaw.com

**ELECTRONIC MAIL**
Texas Workforce Commission
Attn: Christopher S. Murphy, Asst Attorney General
c/o Sherri K Simpson
PO Box 12548
Austin, TX 78711-2548
**Email: christopher.murphy@oag.texas.gov**

**ELECTRONIC MAIL**
The Sample Group NC Inc.
179 Merrimon Ave
Weaverville, NC 28787
**Email: acctgtsg@thesamplegroup.com**

**ELECTRONIC MAIL**
Tronox LLC
263 Tresser Blvd, Ste 1100
Stamford, CT 06901-3227

**ELECTRONIC MAIL**
(Counsel to Eplus Technology Inc.)
Troutman Pepper Hamilton Sanders LLP
Attn: David Fournier, Kenneth Listwak
Hercules Plaza
1313 N Market St, Suite 5100
Wilmington, DE 19801
**Email: david.fournier@troutman.com
ken.listwak@troutman.com**

**ELECTRONIC MAIL**
Troutman Pepper Hamilton Sanders LLP
(Counsel to Hilco Global)
Attn: Douglas D. Herrmann,
1313 N Market St.
Wilmington, DE 19899-1709
**Email:
douglas.herrmann@troutman.com**

**ELECTRONIC MAIL**
(Counsel to Ardex Engineered Cements)
Tucker Arensberg PC
Attn: Michael A Shiner, Esq.
150 One Ppg Place
Pittsburgh, PA 15222
**Email: mshiner@tuckerlaw.com**

**ELECTRONIC MAIL**
United Steelworkers
Attn: Nathan Kilbert, Esq.
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
**Email: nkilbert@usw.org**

**ELECTRONIC MAIL**
US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
**Email: ustrustee.program@usdoj.gov
linda.casey@usdoj.gov**

**ELECTRONIC MAIL**
Valtris Specialty Chemicals
7500 East Pleasant Valley Rd
Independence, OH 44131
**Email: christine.defloor@valtris.com**

**ELECTRONIC MAIL**
(Counsel to Flexport International, LLC, Flexport Customs, LLC, and Flexport, Inc.)
Weir Greenblatt Pierce LLP
Attn: Jeffrey S. Cianciulli
824 N Market Street, Suite 800
Wilmington, DE 19801
**Email: jcianciulli@wgpllp.com**

**ELECTRONIC MAIL**
(Counsel to Armstrong World Industries Inc)
Whelehan Law Firm, LLC
Attn: Rory D. Whelehan
200 North Main St, Ste 301-D
Greenville, SC 29601
**Email: rwhelehan@whelehanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Salesforce.com Inc)
White & Williams LLP
Attn: Rochelle L. Gumapac, Esq.
600 N King St., Suite 800
Wilmington, DE 19899-0709
**Email: gumapacr@whiteandwilliams.com**

**ELECTRONIC MAIL**
(Counsel to Salesforce.com Inc)
White & Williams LLP
Attn: Amy E. Vulpio, Esq.
1650 Market St, 18th Fl
Philadelphia, PA 19103
**Email: vulpioa@whiteandwilliams.com**

**ELECTRONIC MAIL**
(Counsel to Genpact UK Ltd; Genpact Int'l Inc)
Wiggin & Dana LLP
Attn: Andrew Ritter, Michael L. Kenny, Jr.
437 Madison Ave, 35th Fl
New York, NY 10022
Email: aritter@wiggin.com
mkenny@wiggin.com

**ELECTRONIC MAIL**
Yibin Tianchang Logistics Co
Diaohuanlou Road
Yibin City 644000
China
Email: 79501918@qq.com

**ELECTRONIC MAIL**
Yibin Tianyi New Material
No 61 West Section
Yibin 644000
China
**Email: sman0425@qq.com**

**ELECTRONIC MAIL**
Zhejiang Tianzhen Bamboo & Wood Development Co Ltd
Wellness Industry Park
Anji Economic Development Area    Anji County
Zhejiang Province 313300
China
**Email: bill@tzbamboo.com**

**ELECTRONIC MAIL**
(Counsel for TBL Services, Inc.)
Whiteford Taylor & Preston, LLP
Attn: David W. Gaffey, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
**Email: dgaffey@whitefordlaw.com**

**ELECTRONIC MAIL**
(Counsel for TBL Services, Inc.)
Whiteford Taylor & Preston, LLP
Attn: Richard W. Riley, Esq.
600 North King Street, Suite 300
Wilmington, DE 19801
**Email: rriley@whitefordlaw.com**

 **ELECTRONIC MAIL**
**(**Counsel for Terminus Software, Inc.)
Derryberry & Naifeh, LLP
Attn: Jerome S. Sepkowitz, Esq.
4800 N. Lincoln Blvd
Oklahoma City, OK 73105
**Email: Jsepkowitz@derryberrylaw.com**

**ELECTRONIC MAIL**
Commonwealth of Pennsylvania,
Department of Environmental Protection
Office of Chief Counsel, DEP Southcentral Regional Office
Attn: David N. Smith, Assistant Counsel
909 Elmerton Avenue
Harrisburg, PA 17110
**Email: dnsmith@pa.gov**

**ELECTRONIC MAIL**
(Counsel to Lanxess, Emerald Kalama Chemical)
Dilworth Paxson LLP
Peter C. Hughes,
Scott J. Freedman,
Jack Small
1500 Market St, Suite 3500e
Philadelphia, PA 19102
**Email:  phughes@dilworthlaw.com;**
**sfreedman@dilworthlaw.com;**
**jsmall@dilworthlaw.com**

**ELECTRONIC MAIL**
(Counsel to Debtors)
Skadden, Arps, Slate, Meagher & Flom LLP
Ron E. Meisler
Jennifer Madden
155 North Wacker Drive
Chicago, IL  60606-1720
**Email:  ron.meisler@skadden.com;**
**jennifer.madden@skadden.com**

**ELECTRONIC MAIL**
ARDEX, L.P.
600 College Road East, Suite 1110
Princeton, New Jersey 08540, USA
**Email: luis.torres@coface.com**